ORIGINAL

FILED
JUN - 6 2006
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

AEON NEXUS CORPORATION

Plaintiff,

v.

THE UNITED STATES

Defendant.

CFC No. 06-444 C

## DECLARATION OF OMAR USMANI

I, Omar Usmani, depose and say:

1. I am over the age of eighteen years, and I have personal knowledge of the matters stated herein. This declaration is provided in support of a Protest before the United States Court of Federal Claims.

2. I am the Solutions Director of Aeon Nexus Corporation, ("Aeon Nexus").

3. Plaintiff Aeon Nexus is a Small Disadvantaged Business ("SDB") whose principal office is located in Manassas, Virginia. Aeon Nexus is engaged in the business of providing information technology ("IT") support services to the United States Government and other organizations.

4. Aeon Nexus was an actual offeror and submitted a proposal under the e-Acquisition Management Portal solicitation, RFQ No. HSHQDC-06-Q-00079, issued by the United States Department of Homeland Security ("DHS") on or about April 4, 2006. A copy of the RFQ, including the amendment issued on or about April 6, 2006 is attached hereto as Exhibit 1.

5. The e-Acquisition Management Portal RFQ solicited proposals for a Firm Fixed Price ("FFP") Task Order for a web based e-Acquisition Management Portal solution to optimize the procurement and administrative functions of the Office of Procurement Operations. The portal consists of software that can be accessed via the internet. It will be used by the Government and vendors to perform a number of functions to facilitate Task Order/Delivery Order ("TO/DO") procurements under EAGLE and FirstSource, which are two, large DHS contracts for computer products and services.

6. The RFQ also required that the contractor "host" the system. The RFQ provided that "[t]he contractor shall provide the services required to host and operate the DHS ESO e-Acquisition Management Portal system, based on commercial best practices for hosting operations. The contractor shall be responsible for the establishment of the hosting environment, procurement of required hardware, and management of system operations." Exhibit 1, April 6 SOW at 10.

7. The RFQ further provided:

> The contractor shall provide the following specific deliverables for Task 5: (see Section C.4 for Schedule of Deliverables):
>
> a. Hosting of the e-Acquisition Management Portal
> b. Service Level Agreement
> c. Registered IP address and URL
>
> In the event that DHS elects to transfer hosting responsibility from the contractor to the Government, the contractor shall assist the Government in transitioning the operational environment from the contractor's facility to the designated Government facility.

Exhibit 1, April 6 SOW at 10.

8. On April 28, 2006, Aeon Nexus was informed by DHS that the technical proposal it submitted in response to the above requirements received an "Excellent" score and its price proposal was within the competitive range. Aeon Nexus was also informed, in the same letter, that DHS had awarded the task order to Compusearch Software Systems, Inc., ("CSSI") in a total amount not to exceed $5,167,188.24.

9. Attached hereto as Exhibit 2 is a copy of the GSA FSS Schedule contract issued to CSSI. My reading of CSSI's GSA FSS Schedule contract indicates it does not include "hosting."

10. Hosting services for Ariba products are available through GSA Schedule# GS-35F-0330, which is held by Immix Technology, an Ariba reseller. Ariba and Aeon Nexus were teaming partners for the DHS procurement.

11. The requirement to host the system at the contractor's facility entails very significant costs for the contractor, including but not limited to space, personnel, power and network resources. Aeon Nexus's Price proposal would have been reduced by many hundreds of thousands of dollars if Aeon Nexus had been allowed to perform the hosting at a Government facility rather than at its own facility and would have been the lowest cost proposal received, based on the pricing information contained in DHS's letter dated April 28, 2006.

Further the Declarant sayeth not. In accordance with 28 U.S.C. § 1746 (1994), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on JUNE 2, 2006.

[signature]

Omar Usmani

Office of Procurement Operations
Office of the Chief Procurement Officer
U.S. Department of Homeland Security
Washington, DC 20528

Homeland Security

April 4, 2006

TO: All Prospective Offerors

FROM: DHS/Office of Procurement Operations
Department Operations Division

SUBJECT: Request for Quote (RFQ) # HSHQDC-06-Q-00079

The Department of Homeland Security, Office of Procurement Operations is issuing this competitive Request for Quotes (RFQ) to provide an e-Acquisition Management portal solution to optimize the procurement and administrative functions of the Office of Procurement Operations. The DHS Office of Procurement is competing this requirement among existing GSA Federal Supply Schedule Holders under Schedule 70 General Purpose Commercial Information Technology Equipment, Software, and Services, SIN 132-34 Software Maintenance and SIN 132-33 Perpetual Software License. This acquisition is being conducted in accordance with Federal Acquisition Regulations (FAR) Subpart 8.4 Federal Supply Schedules.

If you are interested in this acquisition, you may participate by submitting your response in accordance with the instructions enclosed herein. **The RFQ is due no later than 1:00 pm Eastern Standard Time, on Monday, April 10, 2006.** Offerors are requested to notify the contracting officer via email of their intent to bid, citing the DHS Request for Quote number, no later than Friday, April 7, 2006. Offerors are required to submit both a written technical proposal and a price quote to the Government for the purposes of assuring that the prospective contractor has a complete understanding of the scope of this effort and has the capability to complete all the Statement of Work requirements (Attachment).

If you have questions regarding this requirement, please submit your inquiries via email to the contracting officer no later than Thursday, April 6, 2006. Please be advised that the Government reserves the right to transmit those questions and the Government's responses to all prospective Offerors.

PERIOD OF PERFORMANCE:

The period of performance for this effort is the date of award through April 30, 2007, hereto referred to as the Base Period. This order includes four (4) one year option periods, which may be unilaterally exercised by the Government. All terms and conditions applicable to the Base Period shall extend to all the Option periods.

SUBMISSION OF REQUIREMENTS:

Your submission must include the following information (the Government prefers this information be provided on the cover letter):

A. Tax Identification Number (TIN)
B. Dun & Bradstreet Number (DUNS)
C. North American Industrial Classification System (NAICS) Code:
D. Standard Product Code
E. Contact Name
F. Contact Email address
G. Contact telephone and fax number
H. Complete business mailing address

Each Offeror is responsible to ensure that their firm is currently CCR certified and registered at http://www.ccr.gov

VOLUME 1- TECHNICAL PROPOSAL:

Offerors technical proposal should demonstrate your capability to perform the proposed requirements. Offerors shall provide a technical quote that includes the following four (4) general areas:

A. Technical Approach and Capabilities;
B. Key Personnel;
C. Organizational Experience; and
D. Past Performance

The Offeror must define their technical and management approach that satisfies the requirements defined in the Statement of Work. The Offeror's technical and management approach should include the following: 1) discussion of the background, objectives, and work requirements of the SOW as analyzed by the Offeror; 2) discussion of proposed methods and techniques for completing each task; 3) discussion which supports how each task will be evaluated for full performance and acceptability of work from the Offeror's point of view; 4) discussion of any anticipated major difficulties and problem areas, along with potential recommended approaches for their resolution; and 5) discussion of major logistical considerations.

The Offeror's technical and management plan shall include a Project Management Plan that is simple, easy to read and clearly describes project personnel and responsibilities, any proposed subcontracting arrangements, communication and coordination plans, schedules of all tasks and subtasks, meetings, and deliverables. All staff required to conduct the tasks and produce any required training or deliverables must be identified.

The Offeror's technical and management plan shall include your company's contingency and continuity of operations plans in the event of natural or manmade disasters that may disrupt service capabilities.

KEY PERSONNEL:

The Offeror's technical and management plan shall include proposed key personnel and a description of your current personnel resources. The key personnel portion of your proposal shall include:

A. Resumes with a description of the experience and capability for all key personnel proposed for your project. Descriptions shall address such items as the individual's background, education, work experience and accomplishments. Show the knowledge that the key personnel have gained through completed and ongoing effects that are similar in nature to this effort. Each resume should be limited to three (3) pages and;
B. A staffing plan with a description of the Offeror's current personnel resources for this activity, which addresses the offeror's capabilities and experience relating to the attached SOW.

Your response must demonstrate that both your firm and key personnel can successfully complete this project.

PAST PERFORMANCE:

The Government will evaluate the past performance of each Offeror based on the Offeror's demonstrated commitment to customer service. The Offeror shall identify three (3) contracts/task orders with the Federal Government that demonstrate recent and relevant past performance. Recent is defined as within the last three (3) years. Relevant is defined as work similar in complexity and magnitude to the work identified in the SOW. Please include the following information:

- Project Title
- Description of the Project
- Contract/Task Order Number
- Contract/Task Order Amount
- Government Agency/Organization
- COTR's name, address, phone number and email address
- Contracting Officer's name, address, telephone number and email address
- Current status, e.g. completed and/or in progress, start and estimated completion dates
- Key personnel, please identify those individuals who worked on the relevant project and are also proposed for this effort
- A brief narrative of why your firm believes this reference is relevant to the proposed task.

The Government is particularly interested in documented past performance examples related to the shipment of highly sensitive and high dollar value items. Describe what was shipped, e.g., chemicals, weapons, jewelry, etc.

ORAL PRESENTATION AND DEMONSTRATION:

The Government shall require the offeror's management team to demonstrate the proposed solution to Government representatives The Contractor's presentation team must include the proposed Program Manger and may include up to an additional four project team members Only members of the offeror's or teaming partner's in-house staff shall participate in the oral presentation. The purpose of the demonstration is to permit the Government to evaluate the proposed solution and the offeror's team's knowledge and skills regarding the Government's requirements, program objectives and the relevant technology, program challenges and risks. The presentation and solution demonstration shall be sufficiently detailed, specific, and complete to enable the Government to thoroughly evaluate the proposed solution and to determine whether the specific requirements are met. Each Offeror shall include a proposed agenda for the oral presentation The agenda should be limited to three pages

The oral presentation will be considered as part of the Government's evaluation of each Offeror's technical and management proposal ***Presentations and demonstrations will be scheduled by the Contracting Officer to occur on April 11, 2006***, at a Department of Homeland Security facility in the Washington, DC area. The Contracting Officer will notify the Offerors of the time and location for the oral presentation by close of business on April 7, 2006. Demonstrations shall be no more than 90 minutes in duration, with an additional 30 minutes for questions and answers for a total of 2 hours. During this time the offeror shall address the following topics in the allotted time:

Each offeror shall deliver their presentation through the use of electronic slide format such as overhead viewer projected MS PowerPoint '97-2000 presentation and by "live" demonstration of capabilities that meet the requirements of the DHS e-Acquisition Management Portal program. The contractor should provide all required equipment to provide both the electronic slide presentation and the demonstration of capability. The government will provide access to an internet connection. All slides shall be numbered and identified with the Offeror's name, RFQ Number, and date. The offeror shall be responsible for providing, setting-up and operating presentation equipment needed for presentation. No price information shall be included in the presentation

Page Limitation: the technical and management proposal submission has no specific page limitation, except for resumes described under Key Personnel.

Offeror's shall not include any price information in the technical and management proposal.

VOLUME 2 - PRICE PROPOSAL:

Each Offeror shall submit a price quote separate from the technical and management proposal.

The price quote shall include the following:

- A fixed rate price for each task identified in the SOW
- Fixed rates shall include all costs and fees, including overhead and profit.
- Offeror's are strongly encouraged to offer discounts to their GSA Federal Supply Schedule published rates. Identify by percentage any discounts or price reductions that you offer.

BASIS OF AWARD:

Each Offeror's proposal will be evaluated in accordance with the evaluation criteria identified below:

There are a total of five (5) evaluation factors: 1) Technical Approach and Capabilities; 2) Key Personnel; 3) Organizational Experience and 4) Past Performance and one (1) non technical evaluation factor – Price. Technical approach and capabilities is the most important; key personnel, organizational experience and past performance are of equal importance and when combined are of equal importance to technical approach. Technical approach, key personnel, organizational experience and past performance when combined are more important than Price.

Award will be made to the responsible Offeror whose offer, conforming to this RFQ, provides the best overall value to the Government, evaluation factors, and price considered The Government will not make award at a significantly higher overall cost to the Government to achieve only slightly superior technical capability. The Government will make this assessment through the development of trade-off analysis and other analytic studies that involve the assessment of benefits of superior technical capability features (e.g., benefits clearly attributable to increased productivity, probability of successful contract performance, and/or unique and innovative approaches or capabilities) versus the added cost.

AVAILABILITY OF FUNDS:

All option periods are subject to the availability of funds.

PROPOSAL SUBMISSION:

You are hereby requested to submit an electronic as well as hard copy of your firm's proposal. The electronic version shall be submitted to the contracting officer Mr. Bernard Salter Jr. at bernard.salter@dhs.gov. Hard copies shall be delivered to the following address:

Department of Homeland Security
Office of Procurement Operations
7th and D Streets, SW, Room 3521
Washington, DC 20528

**Both electronic and hard copies of your proposal are due no later than 1:00 pm Eastern Standard Time, on Monday, April 10, 2006.** Offerors are requested to notify the contracting officer via email of their intent to bid, citing the DHS Request for Quote number, no later than Friday, April 7, 2006. If you have any questions regarding this Request for Quotes you may contact the contracting officer Mr Bernard Salter Jr. at telephone number 202-202-772-9812.

Sincerely,

Bernard Salter Jr.

Bernard Salter Jr.
Contract Specialist

Attachments:

# U.S. Department of Homeland Security

# e-Acquisition Management Portal

# Statement of Work (SOW)

RFQ No. HSHQDC-06-Q-00079

April 4, 2006

Department of Homeland Security
Office of Procurement Operations
Information Technology Acquisition Center
Enterprise Solutions Office
Washington D.C.

## SECTION C - Statement of Work (SOW)

### C.1 General

The Department of Homeland Security (DHS), Office of the Chief Procurement Officer (OCPO), Office of Procurement Operations (OPO) has an immediate requirement for an e-Acquisition Management Portal to support strategic sourcing contracts, and contract management and administration activities.

### C.2 Background

The Department of Homeland Security (DHS) Office of Chief Procurement Officer (OCPO) Information Technology Acquisition Center (ITAC) and Enterprise Solution Office (ESO in conjunction with the DHS Office of Chief Information Officer (OCIO) intend to use a e-Acquisition Management portal solution to optimize the procurement and administrative activities of all applicable requirements. The OPO may utilize this portal for all OPO multiple award strategic sourcing contracts. EAGLE and FirstSource are the first strategic IT initiatives.

The DHS ITAC is in the process of establishing Department-wide contracts for services and commodities under the program names EAGLE and FirstSource respectively. These contracts will be multiple-award Indefinite Quantity Indefinite Delivery vehicles that will provide for task / delivery order competitions among the winning vendors.

The EAGLE contract-level service descriptions are intended to provide sufficient scope and flexibility to meet a comprehensive range of potential agency requirements. Specific program or project requirements will be defined at the task order level. The EAGLE Statement of Work (SOW) is comprised of five comprehensive functional service categories as follows:

Functional Category 1 – Engineering Design, Development, Implementation and Integration
Functional Category 2 – Operations and Maintenance
Functional Category 3 – Independent Test, Evaluation, Validation and Verification
Functional Category 4 – Software Development
Functional Category 5 – Management Support Services

These functional categories will provide the DHS OCIO community with the support services necessary to implement both DHS enterprise-wide and Component-specific requirements. It is intended to cover a broad range of potential IT requirements. Individual task orders may include work from more than one functional category.

Within the FirstSource acquisition, it is anticipated that DHS will acquire access to the contractors' entire IT commercial commodity catalog. For planning purposes most purchases will be in the following categories in accordance with the established CIO governance process:

- Computers
- Accessories
- Data Input Devices
- Displays & Accessories

- Network Components
- Printers

It is anticipated the EAGLE and FirstSource contracts will also be used in tandem. Contractors will have the ability to order commodities from the FirstSource vehicle to support solutions proposed under the EAGLE contract. The FirstSource contractors will also have the ability to access the services included in the scope of the EAGLE contract where necessary.

## C.3 Purpose

The DHS Chief Procurement Officer (CPO) and the Chief Information Officer (CIO) have established a joint program management office named Enterprise Solutions Office (ESO), and have identified technology as one of the critical program management infrastructure requirements. It has been determined that having an automated, web-based process, including requisitioning, contract management, solicitation management, vendor portal, award and close-out is key to the success of the ESO The overall goals and objectives are to standardize purchasing, improve contract management, lower purchasing costs, and centralize policy management, while integrating business processes

The Task/Delivery Order procedures for the EAGLE and FirstSource contracts set forth specific requirements and procedures for electronically preparing and executing legally binding documents related to a Task Orders (TOs) and Delivery Orders (DOs) for IT services and commodities. The purpose of this SOW is to set forth the requirements for a web-based e-Acquisition Management Portal solution for DHS. The resulting solution implemented is intended to satisfy immediate DHS requirements to support the EAGLE and FirstSource contract management and administration. The system shall at a minimum allow for the following key processes electronically:

- Government Creation and Issuance of TO/DO Solicitations
- Contractor Submission of Proposals
- Government Evaluation of Proposals
- Government Execution/Award of TOs/DOs
- Government Market Research of IT Products and Purchase Card Procurement
- Dashboard Capability for Executive and Senior Management

## C.4 Specific Tasks and Deliverables

The contractor shall provide services and deliverables under this task order for analysis, customization, implementation, deployment, hosting, and support of the DHS ESO e-Acquisition Management Portal. The system requirements and features for the DHS ESO e-Acquisition Management System are defined in Attachment 1. The contractor shall accomplish the tasks and provide the deliverables as outlined below

### C.4.1 Task 1 – System Requirements Specification

The contractor shall analyze the DHS e-Acquisition Management Portal requirements and features defined in Attachment 1 as the basis for developing the proposed solution. The contractor shall develop a requirements traceability matrix that, at a minimum, addresses the

Attachment 1 requirements and features in relation to the capabilities of the proposed solution. The contractor shall address key interface requirements, identified in the table below, to DHS procurement systems that include CompuSearch Prism, Procurement Desktop, Prodoc/ProTrack and IPro. The interface requirements shall detail the integration necessary to support transfer of purchase requisitions (PRs) or solicitations (RFQs, RFPs, or IFBs) from the contracting system(s) to the e-Acquisition Management Portal. The DHS e-Acquisition Management Portal shall store these documents and make them available to users as the basis for EAGLE and FirstSource solicitations and task / delivery orders. Integration with one or more financial systems shall include transmission of task order award data from the e-Acquisition Management Portal to the financial system(s). Award data shall include identification of awarded contractor(s), task / delivery order line item data, pricing data, and financial obligation data.

| Key Interface Requirements | | |
|---|---|---|
| **Organization** | **Financial System** | **Acquisition System** |
| OPO/ ICE/FPS/CIS | FFMS (Legacy) | PRISM 5.0 (DHS Instance) |
| CPB | SAP | SAP IPro |
| Secret Service | Oracle | PRISM 4.1 (SS Instance) Planned migration to 5.0 in 4/06 |
| Coast Guard/TSA/FAMS | Oracle | PRISM 4 1 (Coast Guard Instance) Planned migration to 5.0 in 4/06. Note: Coast Guard Instance of PRISM has been customized. |
| FLETC* | Momentum | Momentum |
| FEMA* | IFMIS (Legacy) | Distributed Solutions Automated Acquisition Management System |
| * Due to planned migration of financial and acquisition systems in FY07/08, interfaces to existing systems may not be feasible. FLETC and FEMA plan to migrate to PRISM for their acquisition system. Their future financial systems are unknown as of 3/30/06. | | |

The contractor shall also include the ordering procedures defined by the final EAGLE and FirstSource Request for Proposals (RFPs). Upon completion of this analysis, the contractor shall document the results in a System Requirements Specification, and create an Implementation Plan that specifies the prioritization of requirements for implementation. The Implementation Plan shall specifically address the roll-out of system functionality and availability of key component interfaces with existing DHS Acquisition Systems. The contractor shall, at a minimum, deploy the basic system functionality no later than July 1, 2006. The basic system functionality shall, at a minimum, include an operational interface to the DHS Instance of PRISM 5.0 identified in the table above. The contractor shall deploy the remaining operational interfaces to the existing DHS Acquisition System no later than August 1, 2006. The contractor Work in this area shall, at a minimum, include:

a. Identification and documentation of functional, operational, and performance requirements for the e-Acquisition Management Portal. The system requirements and features that form the basis of this work are provided in Attachment 1.
b. Analysis of requirements for integration of existing DHS contract management and financial systems with the DHS ESO e-Acquisition Management Portal
c. Analysis and specification of messaging protocols for communication interfaces

d. Documentation of messaging protocols, messaging methods and formats, and software design.
e. Creation of "To-Be" business process flows for implementation, to illustrate how DHS procurement processes have been addressed for use of the e-Acquisition Management Portal for EAGLE and FirstSource solicitations and orders.
f. Analysis and documentation of user roles and permissions, including control of access to information and system functions by user role.
g. Creation of an Implementation Plan for the e-Acquisition Management Portal, to document implementation of the system. The Implementation Plan shall prioritize requirements and describe a recommended release plan that identifies requirements, capabilities, and business processes to be implemented.
h. Complete Work Breakdown Structure (WBS) and Milestone Schedule.

The contractor shall provide/conduct the following for Task 1 (see Section C.5 for Schedule of Deliverables):

a. Kickoff meeting
b. System Requirements Specification
c. Implementation Plan
d. Project status meetings

### C.4.2 Task 2 – e-Acquisition Management Portal Implementation

The contractor shall implement, configure, and deploy the DHS e-Acquisition Management Portal, based on System Requirements Specification document and Implementation Plan developed in Task 1.

The contractor shall also develop and submit a detailed Security Plan that identifies the security technology and techniques to be used in the implementation of the DHS ESO e-Acquisition Management Portal. This plan shall provide assurance that the system meets the Federal and DHS Information technology, cyber security, and privacy requirements in force. The contractor shall also complete the Federal Information Security Management Act (FISMA) Risk Assessment and Contingency Plan for submission with the Security Plan. These documents shall be provided to assist the Government in acquisition of Interim Authority to Operate (IATO) and Full Authority to Operate (FATO).

Work within this task shall, at a minimum, include:

a. Development of a project plan for the implementation effort, to address management of scope, schedule, budget, communication, risk, and quality
b. Development of the System Specification Document
c. Development of the Interface Control Document
d. Development of e-Acquisition Management Portal User Guide
e. Development of the required security related documentation (C&A)
f. Configuration of the proposed solution in accordance with the System Requirements Specification and Implementation Plan
g. Testing of system capabilities against the requirements
h. Support for DHS User Acceptance Testing
i. Deployment of the system into the hosting environment specified in Task 4
j. Conducting regular project meetings, to be held on a bi-weekly basis

The contractor shall provide/conduct the following for Task 2 (see Section C.5 for Schedule of Deliverables):

a. System Specification Document
b. Interface Control Document
c. Operational e-Acquisition Management Portal, configured for DHS use according to DHS business processes and requirements.
d. e-Acquisition Management Portal User Guide
e. Project Plan
f. Regular project status meetings
g. Security Plan
h. FISMA Risk Assessment
i. Contingency Plan

### C.4.3 Task 3 - Training Plan

The contractor shall develop a documented Training Plan that describes the approach, processes, techniques, and materials to be used to train users of the DHS ESO e-Acquisition Management Portal. The Training Plan shall focus on training of DHS end users and incorporate best practices and processes and lessons learned from prior implementations. The Plan shall identify potential alternatives for providing computer based and/or online training. The contractor shall create training materials as required by the Training Plan, and conduct training as required. End-user training shall be conducted as face-to-face, and also include hands-on training or web cast training, with the contractor demonstrating use of the system through real-life scenarios. Additionally, train-the-trainer type sessions shall be required. The contractor shall plan for both on-site and off-site training sessions. DHS anticipates that each training session shall be 2-4 hours in length. The contractor shall prepare to conduct four (4) such training sessions within a 5-day period subsequent to deployment of the production system.

The contractor shall provide the following specific deliverables for Task 3:
a. Training Plan with syllabus
b. Four (4) 2 to 4 hour training sessions

The contractor shall provide additional training sessions, as deemed necessary by the Government COTR and approved by the Government CO. Additional training sessions shall be provided at the direction of the DHS Contracting Officer. End-user training shall be conducted as face-to-face, hands-on training or web cast training, with the contractor demonstrating use of the system through real-life scenarios. DHS anticipates that each training session shall be 2-4 hours in length.

The contractor shall provide the following specific deliverable for additional training sessions as required.

### C.4.4 Task 4 - DHS ESO e-Acquisition Management System Environment

The contractor shall procure all required computer equipment and software necessary for

implementation, testing, training, and operation of the DHS ESO e-Acquisition Management Portal.

a. e-Acquisition Management Portal system environment

### C.4.5 Task 5 - DHS ESO e-Acquisition Management System Operations

The contractor shall provide the services required to host and operate the DHS ESO e-Acquisition Management Portal system, based on commercial best practices for hosting operations. The contractor shall be responsible for the establishment of the hosting environment, procurement of required hardware, and management of system operations. The hosting service shall provide a documented Service Level Agreement (SLA) with 24x7 hosting operations and availability of no less than 99.9%, providing for scheduled downtime for maintenance during off hours with the specific approval of the COTR and CO. The contractor shall work with DHS to establish a registered IP address and URL for the system within the DHS network domain, and coordinate with DHS network administration staff to provide information necessary so the DHS staff and support contractors may properly configure network routers, firewalls, and domain name systems to allow access to the hosted e-Acquisition Management Portal. The contractor shall ensure access to DHS staff, and provide security and authentication to restrict access to the system by unauthorized users. Hosting operations shall also provide for backup and recovery of application software and data.

The contractor shall provide the following specific deliverables for Task 5: (see Section C.5 for Schedule of Deliverables):

a. Hosting of the e-Acquisition Management Portal
b. Service Level Agreement
c. Registered IP address and URL

In the event that DHS elects to transfer hosting responsibility from the contractor to the Government, the contractor shall assist the Government in transitioning the operational environment from the contractor's facility to the designated Government facility. It is anticipated that the DHS environment will consist of an Oracle database platform using Standard Development Kits (SDKs) within an open Application Program Interface (API) framework. The contractor shall assist in the development of a Transition Plan to accomplish the required re-hosting.

### C.4.6 Task 6 - Help Desk Services

The contractor shall provide Tier 1, Tier 2, and Tier 3 help desk support of the e-Acquisition Management Portal. Tier 1 is defined as logging services calls, resolving routine problems and routing more complex issues to subject matter experts, Tier 2 is defined as subject matter expert support for more complex problems, and Tier 3 is defined as problem resolution support escalated by Tier 2 subject matter expert, possibly involving desk-side support. The contractor shall establish standard help desk contact methods for DHS end-users, including phone and electronic mail support. The contractor shall maintain a record of all help desk calls and their resolution and shall provide monthly reports of help desk support activities to the DHS ESO COTR. The contractor shall also provide the capability to log, track and report customer requests

for service as part of the front door function.

The contractor shall provide the following specific deliverables for Task 6: (see Section C.4 for Schedule of Deliverables):

a. Tier 1, Tier 2, and Tier 3 help desk support
b. Help desk contact information for phone and e-mail support
c. Monthly help desk contact summary reports

## C.5 Schedule of Deliverables

| TASK | DELIVERABLE DESCRIPTION | SCHEDULE |
|---|---|---|
| Task 1 | • Kickoff meeting (3 days after award);<br>• Requirements Analysis;<br>• System Requirements Specification (30 days);<br>• WBS/Milestone schedule (30 days);<br>• Implementation Plan (30 days);<br>• Project status meetings | No later than 30 days after Task Order Award |
| Task 2 | • e-Acquisition Management Portal User Guide;<br>• Project Plan;<br>• Regular project status meetings;<br>• Security Plan;<br>• FISMA Risk Assessment;<br>• Contingency Plan;<br>• Operational e-Acquisition Management Portal, configured for DHS use according to DHS business processes and requirements as described in Optional Task 2 of the SOW Description C.3.2 | Initial deployment to be completed by July 1, 2006<br><br>Full capability deployment to be completed by August 1, 2006 |
| Task 3 | • Training Plan with syllabus;<br>• Four (4) 2 to 4 hour training sessions as described in Optional Task 3 of the SOW Description C.3.3. The contractor shall consider both on-site and off-site training sites. | As required to support initial deployment of July 1, 2006 |
| Task 4 | • Operational system environment;<br>• Integration system environment;<br>• Computing environments for the DHS e-Acquisition Management Portal, as described in Optional Task 4 of the SOW Description C.3.4 | As required to support initial deployment of July 1, 2006 |
| Task 5 | • Hosting of the e-Acquisition Management Portal;<br>• Service Level Agreement;<br>• Registered IP address and URL as described in Optional Task 5 of the SOW Description C.3.5 | Starting with Date of Initial System Deployment |
| Task 6 | • Tier 1, Tier 2, and Tier 3 help desk support,<br>• Help desk contact information for phone and e-mail support;<br>• Monthly help desk contact summary reports as described | Starting with Date of Initial System Deployment |

| TASK | DELIVERABLE DESCRIPTION | SCHEDULE |
|---|---|---|
| | in Task 6 of the SOW Description C.3.6 | |

**C.6 Government Furnished Resources**

The Government anticipates that a significant portion of the work is to be performed on-site at the contractor facility. The contractor will be provided access to the Government facility for meetings and conferences as required.

**SECTION E – Inspection and Acceptance**

**E.1 Inspection**

Inspection shall be at the place of performance and delivery as stated in Section F.

**E.2 General Acceptance Criteria**

As stated herein Criteria for Acceptance, accordingly, the specific criteria for each Deliverable are detailed below. In addition, the general quality measures as set forth below will be applied to each Deliverable received from the Contractor under this Delivery/Task Order. Any perceived conflict between quality measures referenced in Section C of this award and the quality measures listed below should be immediately reported in writing to the COTR and the Contracting Officer.

Accuracy - Deliverables shall be accurate in presentation, technical content, and adherence to accepted elements of style.

Clarity - Deliverables shall be clear and concise; engineering terms shall be used, as appropriate. All diagrams shall be easy to understand and relevant to the supporting narrative.

Specification Validity - All Deliverables must satisfy the requirements of the Government as specified herein.

File Editing - All text and diagrammatic files shall be editable by the Government.

Format - Deliverables shall be submitted in hard copy (where applicable) and in media defined in the SOW. The Deliverable format may change from Task/Sub-task to Task/Sub-task. Hardcopy formats shall follow DHS Directives and shall be consistent with other similar efforts.

Timeliness - Deliverables shall be submitted on or before the due date specified in each individual task/delivery order.

All deliverables shall be 508 compliant in accordance with section G.8.

## SECTION F – Deliverables and Performance

### F.1 Place of Performance

The primary place of performance shall be the contractor's facility. The contractor will be required to visit DHS locations within the Washington DC metropolitan area to attend meetings and conduct interviews and training sessions to complete the tasks defined herein.

### F.2 Period of Performance

The period of performance for this Task Order shall be a base period of twelve (12) months from the date of award with and four (4) one-year option periods of twelve (12) months each.

### F.3 Ship To / Deliverables

Unless otherwise instructed, the contractor shall provide all Deliverables to the designated COTR.

### F.4 Reports, Meetings, and Deliverables

The Contractor shall plan to provide a 5 working day review period for draft deliverables, incorporate applicable changes as agreed to by the COTR, and then prepare final deliverable after incorporated changes have been vetted with all concerned groups. The contractor shall provide updated deliverables within 5 business days of receipt of DHS comments, unless otherwise agreed to by the parties. Some tasks may require several iterations of coordination before the final deliverable is produced. Contractor shall not be accessed any type disincentives for Government delay.

### F.5 Kick-Off Meeting/Draft Project Schedule

A task order kick-off meeting shall be scheduled within 3 business days after award of Task Order. The Contractor shall provide a draft schedule of its plan to meet the requirements as identified in this SOW. This shall be due in 10 business days after award of the Task Order.

## SECTION G – Special Task Order Requirements

### G.1 Government Points of Contact

| Point of Contact | Organization | Location | Telephone / Email |
|---|---|---|---|
| Bernard Salter Jr., Contract Specialist | DHS/OCPO/OPO | GSA Bldg., 7th & D Sts, SW, Washington, D.C. 20407 | Phone: (202) 772-9812 Email:Bernard.Salter@dhs.gov |

### G.2 Key Personnel

The contractor shall designate Key Personnel that will be assigned to this Task Order. Key Personnel are considered to be those individual that are critical to the successful completion of the Tasks defined in the SOW within both mutually agreed upon project schedule and budget. During the first sixty- (60) days of the task order, the Contractor shall not make any key personnel changes unless an individual's sudden illness, death, or termination of employment

necessitates such substitutions. In case of these occurrences, the Contractor shall notify the Contracting Officer and COTR promptly and submit documentation pertaining to the proposed substitution in writing at least fifteen (15) days in advance, and thirty (30) days in advance if security clearances are to be obtained in advance of the proposed substitution.

Program Manager or Project Manager
Quality Assurance Manager

The Contractor may propose one individual as the Program Manager/Project Manager and the Quality Assurance Manager.

The Contractor must provide a detailed explanation of the circumstances causing the proposed substitution. All resumes submitted for each proposed substitution must have qualifications that are equal to or superior to the qualifications of the person being substituted to perform the work under this task order.

The Contracting Officer and COTR shall evaluate the resume of each request to verify the qualifications of every new employee being assigned to this task order.

## G.3 Hours of Operation and Performance Required Beyond Standard Workday

DHS observes a five- (5) day workweek. Normal business hours are 8:00 A.M. to 4:30 P.M, Local Time except for federal holidays, Saturdays and Sundays. Performance due to security reasons beyond the normal working hours shall be submitted to and approved by the COTR 24 hours prior to commencement of work beyond normal work hours.

Work performed beyond normal work hours on Government Site without the written consent of the COTR shall be at the contractor's own expense and risk.

The E-Acquisition Management portal shall be operational 24/7

## G.4 Security

### G.4.1 QUALIFICATIONS OF CONTRACTOR EMPLOYEES (NOV 2004) (Deviation)

(a) "Sensitive Information" means information that is:

(1) Protected Critical Infrastructure Information (PCII) as described in the Critical Infrastructure Information Act of 2002, 6 U.S.C. sections 211-224; its implementing regulations, 6 CFR Part 29; or the applicable PCII Procedures Manual; or

(2) Sensitive Security Information (SSI), as described in 49 CFR Part 1520; or

(3) Sensitive but Unclassified Information (SBU), which consists of any other unclassified information which:

(i) if lost, misused, modified, or accessed without authorization, could adversely affect the national interest, proprietary rights, the conduct of Federal programs, or individual privacy under 5 U.S.C. section 552a; and,

(ii) if provided by the government to the contractor, is marked in such a way as to place a reasonable person on notice of its sensitive nature.

(b) "Information Technology Resources" include, but are not limited to, computer equipment, networking equipment, telecommunications equipment, cabling, network drives, computer drives, network software, computer software, software programs, intranet sites, and internet sites.

(c) Contractor employees working on this contract must complete such forms, as may be necessary for security or other reasons, including the conduct of background investigations to determine suitability. Completed forms shall be submitted as directed by the Contracting Officer. Upon the Contracting Officer's request, the Contractor's employees shall be fingerprinted, or subject to other investigations as required. All contractor employees requiring recurring access to Government facilities or access to sensitive information or IT resources are required to have a favorably adjudicated background investigation prior to commencing work on this contract unless this requirement is waived under Departmental procedures.

(d) The Contracting Officer may require the contractor to prohibit individuals from working on the contract if the government deems their initial or continued employment contrary to the public interest for any reason, including, but not limited to, carelessness, insubordination, incompetence, or security concerns.

(e) Work under this contract may involve access to sensitive information. Therefore, the Contractor shall not disclose, orally or in writing, any sensitive information to any person unless authorized in writing by the Contracting Officer. For those contractor employees authorized access to sensitive information, the contractor shall ensure that these persons receive training concerning the protection and disclosure of sensitive information both during and after contract performance.

(f) The Contractor shall include the substance of this clause in all subcontracts at any tier where the subcontractor may have access to Government facilities, sensitive information, or resources.

(End of clause)

***Alternate (NOV 2004) Deviation.*** If the Department has determined that the contractor will not have access to Information Technology (IT) resources, but contractor employee access to other sensitive information or Government facilities must nonetheless be limited to U. S. citizens and lawful permanent residents, add the following paragraph:

(g) Each individual employed under the contract shall be a citizen of the United States of America, or an alien who has been lawfully admitted for permanent residence as evidenced by an Alien Registration Receipt Card Form I-151. Any exceptions must be approved by the Department's Chief Security Officer or designee.

(h) Contractors shall identify in their proposals, the names and citizenship of all non-U.S. citizens proposed to work under the contract. Any additions or deletions of personnel who are non-U.S. citizen after contract award shall also be reported to the contracting officer.

(End of clause)

### G.4.2 Security Requirements For Unclassified IT Resources (HSAR 3052.204-70) (DEC 2003)

(a) The Contractor shall be responsible for Information Technology (IT) security for all systems connected to a DHS network or operated by the Contractor for DHS, regardless of location. This clause applies to all or any part of the contract that includes information technology resources or services for which the Contractor must have physical or electronic access to sensitive information contained in DHS unclassified systems that directly support the agency's mission. The security requirements include, but are not limited to, how the Department of Homeland Security's sensitive information is to be handled and protected at the Contractor's site, (including any information stored, processed, or transmitted using the Contractor's computer systems), the background investigation and/or clearances required, and the facility security required. This requirement includes information technology, hardware, software, and the management, operation, maintenance, programming, and system administration of computer systems, networks, and telecommunications systems. Examples of tasks that require security provisions include--

(1) Acquisition, transmission or analysis of data owned by DHS with significant replacement cost should the contractor's copy be corrupted; and
(2) Access to DHS networks or computers at a level beyond that granted the general public, (e.g. such as bypassing a firewall).

(b) At the expiration of the contract, the contractor shall return all sensitive DHS information and IT resources provided to the contractor during the contract, and a certification that all DHS information has been purged from any contractor-owned system used to process DHS information. Organizational elements shall conduct reviews to ensure that the security requirements in the contract are implemented and enforced.

(c) The Contractor shall provide, implement, and maintain an IT Security Plan. This plan shall describe the processes and procedures that will be followed to ensure appropriate security of IT resources that are developed, processed, or used under this contract. The plan shall describe those parts of the contract to which this clause applies. The Contractor's IT Security Plan shall be compliant with Federal laws that include, but are not limited to, the Computer Security Act of 1987 (40 U.S.C. 1441 et seq.), and the Government Information Security Reform Act of 2000, and the Federal Information Security Management Act of 2002. The plan shall meet IT security requirements in accordance with Federal policies and procedures that include, but are not limited to OMB Circular A-130, Management of Federal Information Resources, Appendix III, and Security of Federal Automated Information Resources;

(d) Within _*_days after TO award, the contractor shall submit for approval an IT Security Plan. This plan shall be consistent with and further detail the approach contained in the offeror's proposal or quote that resulted in the award of this contract and in compliance with the requirements stated in this clause. The plan, as approved by the Contracting Officer, shall

be incorporated into the contract as a compliance document. **to be specified in the awarded Task Order.*

(e) Within 6 months after contract award the contractor shall submit written proof of IT Security accreditation to DHS for approval by the DHS Contracting Officer. Accreditation will be according to the criteria of the Homeland Security Information Technology Security program Publication, DHS MD 4300.Pub., Volume I, Policy Guide, Part A, Sensitive Systems, which is available from the Contracting Officer upon request. This accreditation will include a final security plan, risk assessment, security test and evaluation, and disaster recovery plan/continuity of operations plan. This accreditation, when accepted by the Contracting Officer, shall be incorporated into the contract as a compliance document, and shall include a final security plan, a risk assessment, security test and evaluation, and disaster recovery/continuity of operations plan. The contractor shall comply with the approved accreditation documentation.

**G.4.3 Information Technology Systems Access For Contractors (HSAR 3052.237-71) (NOV 2004) (Deviation)**

(a) "Sensitive Information" means information that is

(1) Protected Critical Infrastructure Information (PCII) as described in the Critical Infrastructure Information Act of 2002, 6 U.S.C. sections 211-224; its implementing regulations, 6 CFR Part 29; or the applicable PCII Procedures Manual; or

(2) Sensitive Security Information (SSI), as described in 49 CFR Part 1520; or

(3) Sensitive but Unclassified Information (SBU), which consists of any other unclassified information which:

(i) if lost, misused, modified, or accessed without authorization, could adversely affect the national interest, proprietary rights, the conduct of Federal programs, or individual privacy under 5 U.S.C. section 552a; and,

(ii) if provided by the government to the contractor, is marked in such a way as to place a reasonable person on notice of its sensitive nature.

(b) "Information Technology Resources" include, but are not limited to, computer equipment, networking equipment, telecommunications equipment, cabling, network drives, computer drives, network software, computer software, software programs, intranet sites, and internet sites.

(c) Contractor employees working on this contract must complete such forms, as may be necessary for security or other reasons, including the conduct of background investigations to determine suitability. Completed forms shall be submitted as directed by the Contracting Officer. Upon the Contracting Officer's request, the Contractor's employees shall be fingerprinted, or subject to other investigations as required. All contractor employees requiring recurring access to Government facilities or access to sensitive information or IT resources are required to have a favorably adjudicated background investigation prior to commencing work on this contract unless this requirement is waived under Departmental procedures.

(d) The Contracting Officer may require the contractor to prohibit individuals from working on the contract if the government deems their initial or continued employment contrary to the public interest for any reason, including, but not limited to, carelessness, and insubordination, incompetence, or security concerns.

(e) Work under this contract may involve access to sensitive information. Therefore, the Contractor shall not disclose, orally or in writing, any sensitive information to any person unless authorized in writing by the Contracting Officer. For those contractor employees authorized access to sensitive information, the contractor shall ensure that these persons receive training concerning the protection and disclosure of sensitive information both during and after contract performance.

(f) Contractors shall identify in their proposals, the names and citizenship of all non-U.S. citizens proposed to work under the contract. Any additions or deletions of personnel who are non-U.S. citizen after contract award shall also be reported to the contracting officer.

(g) The Contractor shall include the substance of this clause in all subcontracts at any tier where the subcontractor may have access to Government facilities, sensitive information, or resources.

(h) Before receiving access to IT resources under this contract the individual must receive a security briefing, which the COTR will arrange, and complete any nondisclosure agreement furnished by DHS.

(i) The contractor shall have access only to those areas of DHS Organizational Element (OE) information technology resources explicitly stated in this contract or approved by the COTR in writing as necessary for performance of the work under this contract. Any attempts by contractor personnel to gain access to any information technology resources not expressly authorized by the statement of objectives, other terms and conditions in this contract, or as approved in writing by the COTR, is strictly prohibited. In the event of violation of this provision, DHS will take appropriate actions with regard to the contract and the individual(s) involved.

(j) Contractor access to DHS networks from a remote location is a temporary privilege for mutual convenience while the contractor performs business for the DHS OE. It is not a right, a guarantee of access, a condition of the contract, nor is it Government Furnished Equipment (GFE).

(k) Contractor access will be terminated for unauthorized use. The contractor agrees to hold and save DHS harmless from any unauthorized use and agrees not to request additional time or money under the contract for any delays resulting from unauthorized use or access.

(l) Non-U.S. citizens shall not be authorized to access or assist in the development, operation, management or maintenance of Department IT systems under the contract, unless a waiver has been granted by the Head of the Organizational Element or designee, with the concurrence of the Office of Security and Department's CIO or designee. In order for a waiver to be granted:

(i) The individual must be a legal permanent resident of the U.S. or a citizen of Ireland, Israel, the Republic of the Philippines, or any nation on the Allied

Nations List maintained by the Department of State.

(ii) All required security forms specified by the government and any necessary background check must be satisfactorily completed.

(iii) There must be a compelling reason for using this individual as opposed to a U.S. citizen.

(iv) The waiver must be in the best interest of the Government.

**G.4.4 Contractor Personnel Screening For Unclassified Information Technology Access (HSAR 3052.237-72) (DEC 2003)**

(a) Contractor personnel requiring privileged access or limited risk assessment level. Guidance for selecting the appropriate level of screening is based on the risk of adverse impact to DHS missions, as indicated in FIPS PUB 199, Standards for Security Categorization of Federal Information and Information Systems (Initial Public Draft).

(b) The Contractor shall afford DHS, including the Office of Inspector General, access to the Contractor's and subcontractors' facilities, installations, operations, documentation, databases and personnel used in performance of the contract. Access shall be provided to the extent required to carry out a program of IT inspection, investigation and audit to safeguard against threats and hazards to the integrity, availability and confidentiality of DHS data or to the function of computer systems operated on behalf of DHS, and to preserve evidence of computer crime.

(c) The Contractor shall incorporate the substance of this clause in all subcontracts that meet the conditions in paragraph (a) of this clause.

**G.5 Disclosure of Information:**

Contractor shall require each of its personnel performing under this contract on-site (Government) to execute the DHS established Non-Disclosure Agreement (NDA), Attachment 2, and return all signed copies to the Contracting Officer's Technical Representative (COTR) prior to the individual's commencement of work.

**G.6 Organizational Conflicts of Interest**

**G.6.1 Limitation of Future Contracting (HSAR 3052.209-73) (JUL 2004) (DEVIATION)**

(a) The Contracting Officer has determined that this acquisition may give rise to a potential organizational conflict of interest. Accordingly, the attention of prospective offerors is invited to FAR Subpart 9.5--Organizational Conflicts of Interest

(b) The nature of this conflict is the contractor will have access to acquisition sensitive information.

(c) The restrictions upon future contracting are as follows:

(1) If the Contractor, under the terms of this contract, or through the performance of tasks pursuant to this contract, is required to develop specifications or statements of work that are to be incorporated into a solicitation, the Contractor shall be ineligible to perform the work

described in that solicitation as a prime or first-tier subcontractor under an ensuing DHS contract. This restriction shall remain in effect for a reasonable time, as agreed to by the Contracting Officer and the Contractor, sufficient to avoid unfair competitive advantage or potential bias (this time shall in no case be less than the duration of the initial production contract). DHS shall not unilaterally require the Contractor to prepare such specifications or statements of work under this contract

(2) To the extent that the work under this contract requires access to proprietary, business confidential, or financial data of other companies, and as long as these data remain proprietary or confidential, the Contractor shall protect these data from unauthorized use and disclosure and agrees not to use them to compete with those other companies.

**G.7 FAR 52.217-8 Option to Extend Services (AUG 1989)**

The Government may require continued performance of any services within the limits and at the rates specified in the contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total of the extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the contractor within the period specified in the schedule.

**G.8 SECTION 508 REQUIREMENTS**

The Contractor must provide a comprehensive list of all offered specific electronic and Information technology (EIT) products (supplies and services) that fully comply with Section 508 of the Rehabilitation Act of 1973, per the 1998 Amendments, and the Architectural and Transportation Barriers Compliance Board's Electronic and Information Technology Accessibility Standards at 36 CFR Part 1194. The Contractor must clearly indicate where this list with full details of compliance can be found (e.g., vendors or other exact web page location). The contractor must ensure that the list is easily accessible by typical users beginning five calendar days after award. The contractor must maintain this detailed listing of compliant products for the full contract term, including all forms of extensions, and must ensure that it is current within three calendar days of changes to his product line.

The offeror must ensure that all EIT products that are less than fully compliant are offered pursuant to extensive market research, which ensures that they are the most compliant products and services available to satisfy this solicitation's requirements.

For every EIT product accepted under this contract by the Government that does not comply with 36 CFR Part 1194, the contractor shall, at the discretion of the Government, make every effort to replace or upgrade it with a compliant equivalent product or service, if commercially available and cost neutral, on either the planned refresh cycle of the product or service, or on the contract renewal date, whichever shall occur first.

**G.9 ADMINISTRATIVE INSTRUCTIONS**

**G.9.1 REQUESTS FOR PAYMENT/SUBMISSION OF INVOICES.**

H.9.1.1. Contractor may submit an invoice in accordance with the negotiated Task Orders to the address indicated as payment office on the award document for review, process and payment. The contractor shall invoice only for the hours, travel and ODCs that are in direct support of contractor's efforts in performing the Task Order per the SOW. Hours in such invoice shall be identified by task/phase and by labor category. The amounts for labor shall be computed by multiplying the appropriate hourly rates prescribed in the Schedule by the number of direct labor hours performed. Fractional parts of an hour may be payable on a prorated basis. Contractor shall substantiate vouchers by evidence of actual payment and by individual daily job timecards (when required), or other substantiation as approved by the Contracting Officer. Government will not reimburse for overtime other than based on what was originally proposed and accepted at time of issuance of Task/Delivery order and as indicated in the Schedule. ODCs and travel costs shall be identified by task/phase and shall include all necessary documentation supporting the charge(s). Invoices submitted for payment must be accompanied by a copy of the government's document(s) accepting the covered services. A copy of the invoice will be submitted to the contracting officer at the same time it is submitted to the program manager. Failure to comply with the procedures outlined above may result in payment being delayed.

### G.9.2 REIMBURSEMENT OF TRAVEL COSTS

The contractor is expected to have a facility within the Washington DC Metropolitan area. Local travel within a 50-mile radius from the contractor's facility or the contractor's assigned duty station is not authorized. This includes travel, subsistence, and associated labor charges for travel time. Travel performed for personal convenience and daily travel to and from work at the contractor's facility will not be reimbursed. Travel, subsistence, and associated labor charges for travel time for travel beyond a 50-mile radius of the contractor's facility or assigned duty station are authorized; However all travel outside the Washington DC Metropolitan area must be previously approved by the Contracting Officer Technical Representative (COTR). No travel will be reimbursed without prior approval from the COTR. Travel and per diem expense, if required or deemed necessary by the Government, shall be reimbursed in accordance with the Federal Travel Regulations (FTR)

### G.10 Advertisements, Publicizing Awards AND News Releases

Under no circumstances shall the Contractor, or anyone acting on behalf of the Contractor, refer to the supplies, services, or equipment furnished pursuant to the provisions of this contract in any publicity/ news release or commercial advertising without first obtaining explicit written consent to do so from the DHS Contracting Office.

The Contractor agrees not to refer to awards in commercial advertising in such a manner as to state or imply that the product or service provided is endorsed or preferred by the Federal Government or is considered by the Government to be superior to other products or services.

### G.11 Contractor GSA Federal Supply Schedule (FSS) Contract

All Terms & Conditions of the contractor's authorized Information Technology Schedule and Price List – FSC Group 70 are applicable to this Task Order. The contractor shall provide any

subsequent modifications to the FSS contract to the Contracting Officer within seven days of the execution of any contract modifications.

## ATTACHMENT 1 - DHS e-Acquisition Management System Requirements and Features

| Req't ID | Requirement Description |
|---|---|
| 1 | General operational and environmental requirements |
| 1.1 | Fully web-based solution, with no "fat client" or other client-side software installation requirements |
| 1.2 | Scalable system architecture, to allow for expansion of users, contracts, vendors, and other data elements without significant software revisions |
| 1.3 | Single point of entry, with single sign-on for one-time user login and authentication. |
| 1.4 | Fully compliant with Section 508 accessibility standards |
| 1.5 | "Open" system with no restrictions on integration with external systems such as, but not limited to, contract writing, contract management, electronic catalog, CCR, FPDS/NG, FedBizOpps. |
| 1.5.1 | Provide open, well-defined application program interface (API), preferably web services, for integration with COTS, GOTS, or custom contract management systems. |
| 1.5.2 | Provide open, well-defined API, preferably web services, for integration with COTS, GOTS, or custom financial management systems. |
| 1.5.3 | Provide ability to use APIs of external systems for integration. |
| 2 | Provide a portal for internal, government users, for task order management and contract administration |
| 2.1 | Role and privilege-based access and security controls, with configurable access control by role to features and data |
| 2.1.1 | Roles to include, but not be limited to, Purchase Requisition (PR) Originator, Contract Specialist, Contracting Officer, Task Order Manager/COTR. |
| 2.2 | Configurable organizational hierarchy, for specifying relationships between specific users in specific roles |
| 2.3 | Configurable control over data access and reporting based on roles and organization hierarchy. |
| 2.4 | Support for the full procurement lifecycle, from purchase requisition through task order closeout. |
| 2.4.1 | Support for creation of PRs through web-based interface or as received from an external system, via electronic interface such as API or web services. |
| 2.4.2 | Ability to attach documents to a PR, with no system-imposed limit on the number of documents and no constraints on document file types |
| 2.5 | Ability to create task order solicitations, including clauses, terms, conditions, line items, specifications, statements of work, and other attached documents. |
| 2.5.1 | Ability to support conformed solicitations, with all amendments applied. |
| 2.5.2 | Solicitation issuance without restriction, as a set-aside, or to a limited vendor distribution list. |

| Req't ID | Requirement Description |
|---|---|
| 2.6 | Ability to provide early notice to industry of upcoming requirements, for advanced planning. Notices to include procurement lifecycle target dates such as pre-proposal conference, RFP release, proposal due date, anticipated award date |
| 2.7 | Configurable bid evaluation module. |
| 2.7.1 | Configurable evaluation criteria, including technical approach, past performance, price, and other criteria. |
| 2.7.2 | Configurable evaluation scoring methods, including both discrete (i.e colors or adjectival ratings) and continuous (i.e numeric) scoring and weighting, by evaluation criteria category. |
| 2.7.3 | Configurable evaluation team selection, assignment of evaluation roles for each solicitation, and electronic mail notification of evaluation team members. |
| 2.7.4 | Assignment of evaluators to evaluation criteria, with access control that constrains access to vendor response data appropriate for the evaluation criteria. Assignment of evaluation team chairperson, authorizing access to all evaluation scoring and justifications. |
| 2.7.5 | Web-based access to vendor response data based on role, including pricing, technical response, and past performance. |
| 2.7.6 | Evaluation scoring for each evaluation criteria, including written justifications. |
| 2.7.7 | Chairperson recommendation of winner(s), with overall scoring and justification of recommendation. |
| 2.7.8 | Contracting officer review of evaluation team recommendation and selection of winner(s). |
| 2.8 | Support for solicitation question and answer period, with questions submitted by potential bidders or government users electronically and answers provided to all potential bidders and cognizant government users through the same interface. |
| 2.9 | Issue recording and resolution capability, wherein staff with appropriate roles may record vendor performance issues, to be forwarded to contract management staff. |
| 2.10 | Automated notification to task order managers of Task Order Performance Evaluation and web-based interface for task order performance reporting. |
| 2.11 | Support for firm fixed price, labor hour, and cost-based line item schedules. |
| 2.12 | Ability to create task orders, including unilateral and bilateral conformed modifications. |
| 2.12.1 | Draft task order award built from winning offer. |
| 2.13 | Ability to integrate with external systems through standard, commonly-available, and best practice integration interfaces, such as web services and XML. |
| 2.14 | Subcontracting plan goals, review, and actual reporting and tracking, at the task order level, including dashboard type reporting capability |
| 2.15 | Parameterized reports, including dashboard type reporting capability |
| 2.16 | Electronic mail notifications in response to procurement cycle events. |
| 3 | Provide a portal for vendor users, for receipt of solicitations and task orders, and submission of responses |

| Req't ID | Requirement Description |
|---|---|
| 3.1 | Role and privilege-based access and security controls, with configurable access control by role to features and data |
| 3.1.1 | Vendor user self-registration, with approval by cognizant point of contact for each vendor. |
| 3.2 | Ability to submit responses as a Prime contractor or as a Sub-contractor). |
| 3.3 | Ability to view open solicitations and solicitations for which the vendor is invited. |
| 3.3.1 | Presentation of opening and closing times for every solicitation. |
| 3.3.2 | Ability to view and retrieve solicitation documents and attachments. |
| 3.4 | Collaborative workspace for online response submission. Responses include form-based pricing data, electronic documents, and subcontracting goals. |
| 3.5 | Corresponding modules for questions and answers, issue resolution, and task order performance, including ability of prime contractors to respond to task order performance evaluations |
| 3.6 | Electronic notification of solicitation and amendment releases and updates. |
| 3.7 | Ability to request and manage teaming and sub-contracting relationships. |
| 3.8 | Subcontractors ability to review solicitations and submit supporting documentation directly (i.e. upload proprietary cost data separate from Prime's response) |
| 3.9 | Electronic notification and delivery of task order awards and modifications. |
| 3.10 | Ability to create and save bid responses in draft form, for later editing and submission. |
| 3.11 | Ability to submit bid response, with line item pricing and detail, and document attachments. |
| 3.12 | Electronic mail notification to vendors of solicitation release, opening, closing, and amendment. |
| 3.13 | Electronic mail notification to vendors of orders and order modifications. |
| 3.14 | Notice of award to successful and unsuccessful offerors. |
| 3.15 | Solicitations executed as reverse auctions, supporting both sealed bidding (vendors do not see competing bids) and open bidding (vendors see lowest bid) |
| 3.16 | Method for vendors to submit contract or task order modification requests, for automatic electronic delivery to the contracting officer via e-mail or via electronic interface to a contract management system. |
| 4 | Provide system management and reporting services, including dashboard type reporting capability. |
| 4.1 | Document repository containing all purchase requisitions, solicitations, vendor responses, and task order awards, including all attachments. |
| 4.2 | Role-based access to reporting, including dashboard type reporting capability. |
| 4.3 | Ability to generate reports of task orders, small business metrics, performance evaluations, and workload, including dashboard type reporting capability. |

| Req't ID | Requirement Description |
|---|---|
| 4.4 | System administration role, with capabilities for managing users, roles, permissions, and configurable system features |
| 5 | Provide system documentation and training |
| 5.1 | Provide role-based training materials for government users and vendors |
| 6.0 | Ability to view vendors' On-line commercial catalogues via direct link from the portal |
| 6.1 | Ability to compare product descriptions and pricing and order IT Commodities on-line |
| 6.2 | Ability to select various items from multiple vendors' commercial on-line catalogues, and compare the pricing and product descriptions on a single screen |
| 6.3 | Ability to execute/award a TO/DO online based on the above comparison of multiple vendor products |
| 6.4 | Ability to execute commodity purchases on-line directly after conducting the comparison in requirement 6 2 above consistent with the Federal Acquisition Regulations, and DHS business rules |

**DEPARTMENT OF DEFENSE**

**CONTRACT SECURITY CLASSIFICATION SPECIFICATION**

*(The requirements of the DoD Industrial Security Manual apply to all security aspects of this effort.)*

**1. CLEARANCE AND SAFEGUARDING**

a. FACILITY CLEARANCE REQUIRED

b. LEVEL OF SAFEGUARDING REQUIRED

**2. THIS SPECIFICATION IS FOR:** (X and complete as applicable)

| | | |
|---|---|---|
| | a. PRIME CONTRACT NUMBER | |
| | b. SUBCONTRACT NUMBER | |
| | c. SOLICITATION OR OTHER NUMBER | Due Date (YYMMDD) |

**3. THIS SPECIFICATION IS:** (X and complete as applicable)

| | | | |
|---|---|---|---|
| | a. ORIGINAL (Complete date in all cases) | | Date (YYMMDD) |
| | b. REVISED (Supersedes all previous specs) | Revision No | Date (YYMMDD) |
| | c. FINAL (Complete item 5 in all cases) | | Date (YYMMDD) |

**4. IS THIS A FOLLOW-ON CONTRACT?** ☐ YES ☐ NO. If Yes, complete the following:

Classified material received or generated under ________ (Preceding Contract Number) is transferred to this follow-on contract.

**5. IS THIS A FINAL DD FORM 254?** ☐ YES ☐ NO If Yes, complete the following:

In Response to the contractor's request dated ________, retention of the identified classified material is authorized for the period of ________

**6. CONTRACTOR** (Include Commercial and Government Entity (CAGE) Code)

| a. NAME ADDRESS AND ZIP CODE | B. CAGE CODE | C. COGNIZANT SECURITY OFFICE (Name Address and Zip Code) |
|---|---|---|
| | | |

**7. SUBCONTRACTOR**

| a. NAME ADDRESS, AND ZIP CODE | B. CAGE CODE | C. COGNIZANT SECURITY OFFICE (Name Address and Zip Code) |
|---|---|---|
| | | |

**8. ACTUAL PERFORMANCE**

| a. NAME, ADDRESS AND ZIP CODE | B. CAGE CODE | C. COGNIZANT SECURITY OFFICE (Name, Address, and Zip Code) |
|---|---|---|
| | | |

**9. GENERAL IDENTIFICATION OF THE PROCUREMENT**

| 10. THIS CONTRACT WILL REQUIRE ACCESS TO: | YES | NO | 11. IN PERFORMING THIS CONTRACT, THE CONTRACTOR WILL: | YES | NO |
|---|---|---|---|---|---|
| a. COMMUNICATIONS SECURITY (COMSEC) INFORMATION | | | a. HAVE ACCESS TO CLASSIFIED INFORMATION ONLY AT ANOTHER CONTRACTOR'S FACILITY OR A GOVERNMENT ACTIVITY | | |
| b. RESTRICTED DATA | | | b. RECEIVE CLASSIFIED DOCUMENTS ONLY | | |
| c. CRITICAL NUCLEAR WEAPON DESIGN INFORMATION | | | c. RECEIVE AND GENERATE CLASSIFIED MATERIAL | | |
| d. FORMERLY RESTRICTED DATA | | | d. FABRICATE MODIFY OR STORE CLASSIFIED HARDWARE | | |
| e. INTELLIGENCE INFORMATION: | | | e. PERFROM SERVICES ONLY | | |
| (1) Sensitive Compartmented Information (SCI) | | | f. HAVE ACCESS TO U.S. CLASSIFIED INFORMATION OUTSIDE THE U.S., PUERTO RICO, U.S. POSSESSIONS AND TRUST TERRITORIES | | |
| (2) Non-SCI | | | g. BE AUTHORIZED TO USE THE SERVICES OF DEFENSE TECHNICAL INFORMATION CENTER (DTIC) OR OTHER SECONDARY DISTRIBUTION CENTER | | |
| f. SPECIAL ACCESS INFORMATION | | | h. REQUIRE A COMSEC ACCOUNT | | |
| g. NATO INFORMATION | | | i. HAVE TEMPEST REQUIREMENTS | | |
| h. FOREIGN GOVERNMENT INFORMATION | | | j. HAVE OPERATIONS SECURITY (OPSEC) REQUIREMENTS | | |
| i. LIMITED DISSEMINATION INFORMATION | | | k. BE AUTHORIZED TO USE THE DEFENSE COURIER SERVICE | | |
| j. FOR OFFICIAL USE ONLY INFORMATION | | | l. OTHER (Specify) See Block #13 | | |
| k. OTHER (Specify) | | | | | |

e-Acquisition Management Portal

April 4, 2006

Form 254-E, JAN 95 Previous editions are obsolete Computer Generated Forn

**PUBLIC RELEASE**. Any information (classified or unclassified) pertaining to this contract shall not be released for public dissemination except as provided by the Industrial Security Manual or unless it has been approved for public release by appropriate U S Government authority Proposed public releases shall be submitted for approval prior to releas

☐ Direct ☐ Through (Specify):
NONE AUTHORIZED

**UNLESS CONTRACTOR HAS OBTAINED AUTHORITY TO RELEASE FROM THE DEPARTMENT OF HOMELAND SECURITY; CONTRACTOR SHALL COORDINATE WITH THE COTR AND THE OFFICE OF SECURITY (ASD) ON ALL CHANGES TO THIS GUIDANCE.**
to the Directorate for Freedom of Information and Security Review. Office of the Assistant Secretary of Defense (Public Affairs)* for review
In the case of non-DoD User Agencies, requests for disclosure shall he submitted to that agency

**3. Security Guidance.** The security classification guidance needed for this classified effort is identified below If any difficulty is encountered in applying this guidance or if any other contributing factor indicates a need for changes in this guidance, the contractor is authorized and encouraged to provide recommended changes; to challenge the guidance or the classification assigned to any information or material furnished or generated under this contract; and to submit any questions for interpretation of this guidance to the official identified below. Pending final decision, the information involved shall be handled and protected at the highest level of classification assigned or recommended (Fill in as appropriate for the classified effort Attach, or forward under separate correspondence any documents/guides extracts referenced herein Add additional pages as needed to provide complete guidance)

**Reference 10j.** FOR OFFICIAL USE ONLY (FOUO) FOUO is a protective marking, the contractor is responsible for marking documents "FOUO" in accordance with DHS Directive (MD 11042) Safeguarding Sensitive but Unclassified (Fo Official Use Only) Information," dated May 11, 2004 The Department of Homeland Security spells out in MD 11042 access controls on unclassified information that it deems FOUO. Such unclassified information may only be shared with individuals who are determined to have a "need to know" it Furthermore DHS employees and contractors must sign a special Non-Disclosure Agreement before receiving access to unclassified FOUO information Contractors with question on handling DHS FOUO shall contact DHS OS ASD at (202) 7?2-501?

**Reference 11a.** Contractor performance is restricted to various government owned buildings located in and around the metropolitan area of Washington, D C. DHS will provide further security classification guidance for the performance of this contract. Only cleared personnel will perform services under this contract All contractor personnel must be U.S citizens, have been granted a final security clearance by the U.S Goverment, have been approved as meeting criteria by DHS CSO, and have been indoctrinated by a Non Disclosure Agreement, Standard Form 312, for this specific program prior to being given any access to such information released or generated under this contract. Immigrant aliens, personne cleared on an interim basis or personnel holding contractor granted CONFIDENTIAL clearances are not eligible for access to classified information released or generated under this contract without the expressed permission of the CSO (throug the DHS Special Security Programs Division (DHS/SSPD) Classified material released or generated under this contract is not releasable to foreign nationals without the expressed written permission of the CSO Recipients of classified information under this contract may not be released to subcontractors without permission of the DHS CSO

**Reference 11e.** The contractor is only involved in DERIVATIVE CLASSIFICATION processes, i.e. incorporating, paraphrasing, restating or generating information that has already been classified by the Department of Homeland Security the details of any and all security countermeasures that the contractor may develop under this contract will become the property of the government Contractor shall have all employees working with material containing proprietary sensitive or classified date from various public and private sources sign a Non-Disclosure Agreement

**14. ADDITIONAL SECURITY REQUIREMENTS**. Requirements identify the pertinent contracted clauses in the contract document itself or provide an appropriate statement which identifies the additional requirements Provide a copy of the requirements to the cognizant security office Use Item 13 if additional space is needed ) ☐ Yes ☐

**INSPECTIONS**. Elements of this contract are outside the inspection responsibility of the cognizant security office (If Yes, explain and identify specific areas or elements carved out and the activity responsible for inspections Use item 13 if additional space is needed ) ☐ Yes ☐

**16. CERTIFICATION AND SIGNATURE**. Security requirements stated herein are complete and adequate for safeguarding the classified information to be released or generated under this classified effort. All questions shall be referred to the official named below.

| a. TYPED NAME OF CERTIFYING OFFICIAL | b TITLE | c. TELEPHONE (Include Area Code) |
|---|---|---|
| JOHN J YOUNG | Chief Administrative Security Division | (202) 358-1438 |

d ADDRESS (Include Zip Code)
Department of Homeland Security
Office of Security, 7th & D Street S W
Washington D C 20528

e SIGNATURE

**17. REQUIRED DISTRIBUTION**
- ☐ a CONTRACTOR
- ☐ b SUBCONTRACTOR
- ☐ c COGNIZANT SECURITY OFFICE FOR PRIME AND SUBCONTRACTOR
- ☐ d U.S ACTIVITY RESPONSIBLE FOR OVERSEAS SECURIT ADMINISTRATION
- ☐ e ADMINISTRATIVE CONTRACTING OFFICER
- f OTHERS AS NECESSARY

DD Form 254-E Reverse, JAN 95

# U.S. Department of Homeland Security

# e-Acquisition Management Portal

# Question and Answer Document

RFQ No. HSHQDC-06-Q-00079

April 6, 2006

Department of Homeland Security
Office of Procurement Operations
Washington D.C.

**QUESTION 1**
Within the proposed scope for the eAcquisition Portal, will contractors who are awarded EAGLE and First Source contracts have direct access to the DHS system in order to create requisitions, delivery orders and task orders? Or, will they order outside of the system (i.e., vendor to vendor with no government involvement)?

***ANSWER***
*No, the contractors who are awarded EAGLE and First Source contracts will not have direct access to the DHS e-Acquisition Portal in order to create requisitions, delivery orders and task orders.*
*The EAGLE and FirstSource contractors will not be permitted to communicate directly with each other using the DHS e-Acquisition Portal.*

**QUESTION 2**
What, if any, additional reporting requirements will there be to cover EAGLE and First Source contractors ordering from each other? Does DHS want or need to track this?

***ANSWER***
*It is not anticipated that additional reporting requirements will be required other than the reporting requirements for each of the individual EAGLE and FirstSource contracts or as specified in individual task orders.*

**QUESTION 3**
What is the relevance of the item at the top of page 4 regarding "documented past performance examples related to the shipment of highly sensitive and high value dollar items" to this solicitation?

***ANSWER***
*Please disregard. That language is not applicable to this effort.*

**QUESTION 4**
Page 5, the government has asked for a FFP proposal for each task identified in the SOW, yet page 18 H.9.1.1 speaks to invoicing procedures pertinent to T&M task orders. Please clarify.

***ANSWER***
*Invoices and payments will be handled in accordance with the Prompt Payment Act (31 U.S.C. 3903) and Office of Management and Budget (OMB) prompt*

*payment regulations at 5 CFR Part 1315. This is a firm-fixed task order. Please disregard instruction outlined in that section.*

**QUESTIONS 5**
What type of electronic format is for the proposal submission is acceptable—WORD, PDF?

***ANSWER***
*Either MS Word or PDF is acceptable.*

**QUESTION 6**
In Item C.4.3 of the RFQ, the last sentence is "The contractor shall provide the following specific deliverable for additional training sessions as required." Are there specific deliverables required for additional training sessions as mentioned in the last sentence?

***ANSWER***
*The specific deliverables for the additional training sessions are to provide the additional training sessions on an as required basis.*

**QUESTION 7**
Are contractors allowed to propose firm-fixed price costs for any tasks under this RFQ?

***ANSWER***
*Contractors are to submit firm-fixed prices for the tasks outlined in the statement of work (SOW). Pricing submitted for each task must be supported by established and applicable GSA rates from which it is based.*

**QUESTION 8**
The front letter to the offerers states, "Each Offeror shall include a proposed agenda for the oral presentation." This does not seem to fit into the Proposal, so we would like to know how and when to provide this agenda to you.

***ANSWER***
*The requested agenda may be submitted as an attachment to Volume 1, Oral Presentation and Demonstration section of the quotation or incorporated as a subpart to that section.*

*(an electronic word copy of the SOW has been attached to this document)*

## SECTION C - Statement of Work (SOW)

### C.1 General

The Department of Homeland Security (DHS), Chief Procurement Officer (OCPO), Office of Procurement Operations (OPO) has an immediate requirement for an e-Acquisition Management Portal to support strategic sourcing contracts, and contract management and administration activities.

### C.2 Background

The Department of Homeland Security (DHS) Office of Chief Procurement Officer (OCPO) Information Technology Acquisition Center (ITAC), Enterprise Solution Office (ESO in conjunction with the DHS Office of Chief Information Officer (OCIO) intend to use a e-Acquisition Management portal solution to optimize the procurement and administrative activities of all applicable requirements. The OPO may utilize this portal for all OPO multiple award strategic sourcing contracts. EAGLE and FirstSource are the first strategic IT initiatives.
The DHS ITAC is in the process of establishing Department-wide contracts for services and commodities under the program names EAGLE and FirstSource respectively. These contracts will be multiple-award Indefinite Quantity Indefinite Delivery vehicles that will provide for task / delivery order competitions among the winning vendors.

The EAGLE contract-level service descriptions are intended to provide sufficient scope and flexibility to meet a comprehensive range of potential agency requirements. Specific program or project requirements will be defined at the task order level. The EAGLE Statement of Work (SOW) is comprised of five comprehensive functional service categories as follows:

Functional Category 1 – Engineering Design, Development, Implementation and Integration
Functional Category 2 – Operations and Maintenance
Functional Category 3 – Independent Test, Evaluation, Validation and Verification
Functional Category 4 – Software Development
Functional Category 5 – Management Support Services

These functional categories will provide the DHS OCIO community with the support services necessary to implement both DHS enterprise-wide and Component-specific requirements. It is intended to cover a broad range of potential IT requirements. Individual task orders may include work from more than one functional category.

Within the FirstSource acquisition, it is anticipated that DHS will acquire access to the contractors' entire IT commercial commodity catalog. For planning

purposes most purchases will be in the following categories in accordance with the established CIO governance process:

- Computers
- Accessories
- Data Input Devices
- Displays & Accessories
- Network Components
- Printers

It is anticipated the EAGLE and FirstSource contracts will also be used in tandem. Contractors will have the ability to order commodities from the FirstSource vehicle to support solutions proposed under the EAGLE contract. The FirstSource contractors will also have the ability to access the services included in the scope of the EAGLE contract where necessary.

**C.3 Purpose**

The DHS Chief Procurement Officer (CPO) and the Chief Information Officer (CIO) have established a joint program management office named Enterprise Solutions Office (ESO), and have identified technology as one of the critical program management infrastructure requirements. It has been determined that having an automated, web-based process, including requisitioning, contract management, solicitation management, vendor portal, award and close-out is key to the success of the ESO. The overall goals and objectives are to standardize purchasing, improve contract management, lower purchasing costs, and centralize policy management, while integrating business processes.

The Task/Delivery Order procedures for the EAGLE and FirstSource contracts set forth specific requirements and procedures for electronically preparing and executing legally binding documents related to a Task Orders (TOs) and Delivery Orders (DOs) for IT services and commodities. The purpose of this SOW is to set forth the requirements for a web-based e-Acquisition Management Portal solution for DHS. The resulting solution implemented is intended to satisfy immediate DHS requirements to support the EAGLE and FirstSource contract management and administration. The system shall at a minimum allow for the following key processes electronically:

- Government Creation and Issuance of TO/DO Solicitations
- Contractor Submission of Proposals
- Government Evaluation of Proposals
- Government Execution/Award of TOs/DOs
- Government Market Research of IT Products and Purchase Card Procurement
- Dashboard Capability for Executive and Senior Management

## C.4 Specific Tasks and Deliverables

The contractor shall provide services and deliverables under this task order for analysis, customization, implementation, deployment, hosting, and support of the DHS ESO e-Acquisition Management Portal. The system requirements and feature for the DHS ESO e-Acquisition Management System are defined in Attachment 1. The contractor shall accomplish the tasks and provide the deliverables as outlined below.

### C.4.1 Task 1 – System Requirements Specification

The contractor shall analyze the DHS e-Acquisition Management Portal requirements and features defined in Attachment 1 as the basis for developing the proposed solution. The contractor shall developed a requirements traceability matrix that, at a minimum, addresses the Attachment 1 requirements and features in relation to the capabilities of the proposed solution. The contractor shall address key interface requirements, identified in the table below, to DHS Procurement systems that include CompuSearch Prism, Procurement desktop, Prodoc/ProTrack and IPro. The interface requirements shall detail the integration necessary to support transfer of purchase requisitions (PRs) or solicitations (RFQs, RFPs, or IFBs) from the contracting system(s) to the e-Acquisition Management Portal. The DHS e-Acquisition Management Portal shall store these documents and make them available to users as the basis for EAGLE and FirstSource solicitations and task / delivery orders. Integration with one or more financial systems shall include transmission of task order award data from the e-Acquisition Management Portal to the financial system(s). Award data shall include identification of awarded contractor(s), task / delivery order line item data, pricing data, and financial obligation data.

| Key Interface Requirements | | |
|---|---|---|
| Organization | Financial System | Acquisition System |
| **OPO/ ICE/FPS/CIS** | **FFMS (Legacy)** | **PRISM 5.0 (DHS Instance)** |
| **CPB** | **SAP** | **SAP iPro** |
| **Secret Service** | **Oracle** | **PRISM 4.1 (SS Instance) Planned migration to 5.0 in 4/06** |
| **Coast Guard/TSA/FAMS** | **Oracle** | **PRISM 4.1 (Coast Guard Instance) Planned migration to 5.0 in 4/06. Note: Coast Guard Instance of PRISM has been customized.** |
| **FLETC*** | **Momentum** | **Momentum** |
| **FEMA*** | **IFMIS (Legacy)** | **Distributed Solutions Automated Acquisition Management System** |

*** Due to planned migration of financial and acquisition systems in FY07/08, interfaces to existing systems may not be feasible. FLETC and FEMA plan to migrate to PRISM for their acquisition system. Their future financial systems are**

**unknown as of 3/30/06.**

The contractor shall also include the ordering procedures defined by the final EAGLE and FirstSource Request for Proposals (RFPs). Upon completion of this analysis, the contractor shall document the results in a System Requirements Specification, and create an Implementation Plan that specifies the prioritization of requirements for implementation. The Implementation Plan shall specifically address the roll-out of system functionality and availability of key component interfaces with existing DHS Acquisition Systems. The contractor shall, at a minimum, deploy the basic system functionality no later than July 1, 2006. The basic system functionality shall, at a minimum, include an operational interface to the DHS Instance of PRISM 5.0 identified in the table above. The contractor shall deploy the remaining operational interfaces to the existing DHS Acquisition System no later than August 1, 2006. The contractor Work in this area shall, at a minimum, include:

a. Identification and documentation of functional, operational, and performance requirements for the e-Acquisition Management Portal. The system requirements and features that form the basis of this work are provided in Attachment 1.
b. Analysis of requirements for integration of existing DHS contract management and financial systems with the DHS ESO e-Acquisition Management Portal
c. Analysis and specification of messaging protocols for communication interfaces
d. Documentation of messaging protocols, messaging methods and formats, and software design.
e. Creation of "To-Be" business process flows for implementation, to illustrate how DHS procurement processes have been addressed for use of the e-Acquisition Management Portal for EAGLE and FirstSource solicitations and orders.
f. Analysis and documentation of user roles and permissions, including control of access to information and system functions by user role.
g. Creation of an Implementation Plan for the e-Acquisition Management Portal, to document implementation of the system. The Implementation Plan shall prioritize requirements and describe a recommended release plan that identifies requirements, capabilities, and business processes to be implemented.
h. Complete Work Breakdown Structure (WBS) and Milestone Schedule.

The contractor shall provide/conduct the following for Task 1 (see Section C.4 for Schedule of Deliverables):

a. Kickoff meeting
b. System Requirements Specification
c. Implementation Plan

d. Project status meetings

### C.4.2 Task 2 – e-Acquisition Management Portal Implementation

The contractor shall implement, configure, and deploy the DHS e-Acquisition Management Portal, based on System Requirements Specification document and Implementation Plan developed in Task 1.

The contractor shall also develop and submit a detailed Security Plan that identifies the security technology and techniques to be used in the implementation of the DHS ESO e-Acquisition Management Portal. This plan shall provide assurance that the system meets the Federal and DHS information technology, cyber security, and privacy requirements in force. The contractor shall also complete the Federal Information Security Management Act (FISMA) Risk Assessment and Contingency Plan for submission with the Security Plan. These documents shall be provided to assist the Government in acquisition of Interim Authority to Operate (IATO) and Full Authority to Operate (FATO).

Work within this task shall, at a minimum, include:

a. Development of a Project plan for the implementation effort, to address management of scope, schedule, budget, communication, risk, and quality
b. Development of the System Specification Document
c. Development of the Interface Control Document
d. Development of e-Acquisition Management Portal User Guide
e. Development of the required security related documentation (C&A)
f. Configuration of the proposed solution in accordance with the System Requirements Specification and Implementation Plan
g. Testing of system capabilities against the requirements
h. Support for DHS User Acceptance Testing
i. Deployment of the system into the hosting environment specified in Task 4
j. Conducting regular project meetings, to be held on a bi-weekly basis

The contractor shall provide/conduct the following for Task 2 (see Section C.4 for Schedule of Deliverables):

a. System Specification Document
b. Interface Control Document
c. Operational e-Acquisition Management Portal, configured for DHS use according to DHS business processes and requirements.
d. e-Acquisition Management Portal User Guide
e. Project Plan
f. Regular project status meetings

g. Security Plan
h. FISMA Risk Assessment
i. Contingency Plan

### C.4.3 Task 3 - Training Plan

The contractor shall develop a documented Training Plan that describes the approach, processes, techniques, and materials to be used to train users of the DHS ESO e-Acquisition Management Portal. The Training Plan shall focus on training of DHS end users and incorporate best practices and processes and lessons learned from prior implementations. The Plan shall identify potential alternatives for providing computer based and/or online training. The contractor shall create training materials as required by the Training Plan, and conduct training as required. End-user training shall be conducted as face-to-face, and also include hands-on training or web cast training, with the contractor demonstrating use of the system through real-life scenarios. Additionally, train-the-trainer type sessions shall be required. The contractor shall plan for both on-site and off-site training sessions. DHS anticipates that each training session shall be 2-4 hours in length. The contractor shall prepare to conduct four (4) such training sessions within a 5-day period subsequent to deployment of the production system.

The contractor shall provide the following specific deliverables for Task 3:

a. Training Plan with syllabus
b. Four (4) 2 to 4 hour training sessions

The contractor shall provide additional training sessions, as deemed necessary by the Government COTR and approved by the Government CO. Additional training sessions shall be provided at the direction of the DHS Contracting Officer. End-user training shall be conducted as face-to-face, hands-on training or web cast training, with the contractor demonstrating use of the system through real-life scenarios. DHS anticipates that each training session shall be 2-4 hours in length.

The contractor shall provide the following specific deliverable for additional training sessions as required.

### C.4.4 Task 4 - DHS ESO e-Acquisition Management System Environment

The contractor shall procure all required computer equipment and software necessary for implementation, testing, training, and operation of the DHS ESO e-Acquisition Management Portal.

a. e-Acquisition Management Portal system environment

### C.4.5 Task 5 - DHS ESO e-Acquisition Management System Operations

The contractor shall provide the services required to host and operate the DHS ESO e-Acquisition Management Portal system, based on commercial best practices for hosting operations. The contractor shall be responsible for the establishment of the hosting environment, procurement of required hardware, and management of system operations. The hosting service shall provide a documented Service Level Agreement (SLA) with 24x7 hosting operations and availability of no less than 99.9%, providing for scheduled downtime for maintenance during off hours with the specific approval of the COTR and CO. The contractor shall work with DHS to establish a registered IP address and URL for the system within the DHS network domain, and coordinate with DHS network administration staff to provide information necessary so the DHS staff and support contractors may properly configure network routers, firewalls, and domain name systems to allow access to the hosted e-Acquisition Management Portal. The contractor shall ensure access to DHS staff, and provide security and authentication to restrict access to the system by unauthorized users. Hosting operations shall also provide for backup and recovery of application software and data.

The contractor shall provide the following specific deliverables for Task 5: (see Section C.4 for Schedule of Deliverables):

a. Hosting of the e-Acquisition Management Portal
b. Service Level Agreement
c. Registered IP address and URL

In the event that DHS elects to transfer hosting responsibility from the contractor to the Government, the contractor shall assist the Government in transitioning the operational environment from the contractor's facility to the designated Government facility. It is anticipated that the DHS environment will consist of an Oracle database platform using Standard Development Kits (SDKs) within an open Application Program Interface (API) framework. The contractor shall assist in the development of a Transition Plan to accomplish the required re-hosting.

**C.4.6 Task 6 - Help Desk Services**

The contractor shall provide Tier 1, Tier 2, and Tier 3 help desk support of the e-Acquisition Management Portal. Tier 1 is defined as logging services calls, resolving routine problems and routing more complex issues to subject matter experts, Tier 2 is defined as subject matter expert support for more complex problems, and Tier 3 is defined as problem resolution support escalated by Tier 2 subject matter expert, possibly involving desk-side support. The contractor shall establish standard help desk contact methods for DHS end-users, including phone and electronic mail support. The contractor shall maintain a record of all help desk calls and their resolution and shall provide monthly reports of help desk support activities to the DHS ESO COTR. The contractor shall also provide the capability to log, track and report customer requests for service as part of the front door function.

The contractor shall provide the following specific deliverables for Task 6: (see Section C.4 for Schedule of Deliverables):

a. Tier 1, Tier 2, and Tier 3 help desk support
b. Help desk contact information for phone and e-mail support
c. Monthly help desk contact summary reports

## C.5 Schedule of Deliverables

| TASK | DELIVERABLE DESCRIPTION | SCHEDULE |
|---|---|---|
| Task 1 | • Kickoff meeting (3 days after award);<br>• Requirements Analysis;<br>• System Requirements Specification (30 days);<br>• WBS/Milestone schedule (30 days);<br>• Implementation Plan (30 days);<br>• Project status meetings | No later than 30 days after Task Order Award |
| Task 2 | • e-Acquisition Management Portal User Guide;<br>• Project Plan;<br>• Regular project status meetings;<br>• Security Plan;<br>• FISMA Risk Assessment;<br>• Contingency Plan;<br>• Operational e-Acquisition Management Portal, configured for DHS use according to DHS business processes and requirements as described in Optional Task 2 of the SOW Description C.3.2 | Initial deployment to be completed by July 1, 2006<br><br>Full capability deployment to be completed by August 1, 2006 |
| Task 3 | • Training Plan with syllabus;<br>• Four (4) 2 to 4 hour training sessions as described in Optional Task 3 of the SOW Description C.3.3. The contractor shall consider both on-site and off-site training sites. | As required to support initial deployment of July 1, 2006 |
| Task 4 | • Operational system environment;<br>• Integration system environment;<br>• Computing environments for the DHS e-Acquisition Management Portal, as described in Optional Task 4 of the SOW Description C.3.4 | As required to support initial deployment of July 1, 2006 |
| Task 5 | • Hosting of the e-Acquisition Management Portal;<br>• Service Level Agreement;<br>• Registered IP address and URL as described in Optional Task 5 of the SOW Description C.3.5 | Starting with Date of Initial System Deployment |
| Task 6 | • Tier 1, Tier 2, and Tier 3 help desk support,<br>• Help desk contact information for phone and e-mail support; | Starting with Date of Initial System Deployment |

| TASK | DELIVERABLE DESCRIPTION | SCHEDULE |
| --- | --- | --- |
| | • Monthly help desk contact summary reports as described in Task 6 of the SOW Description C.3.6 | |

**C.6 Government Furnished Resources**
The Government anticipates that a significant portion of the work is to be performed on-site at the contractor facility. The contractor will be provided access to the Government facility for meetings and conferences as required.

**SECTION E – Inspection and Acceptance**

**E.1 Inspection**

Inspection shall be at the place of performance and delivery as stated in Section F.

**E.2 General Acceptance Criteria**

As stated herein Criteria for Acceptance, accordingly, the specific criteria for each Deliverable are detailed below. In addition, the general quality measures as set forth below will be applied to each Deliverable received from the Contractor under this Delivery/Task Order. Any perceived conflict between quality measures referenced in Section C of this award and the quality measures listed below should be immediately reported in writing to the COTR and the Contracting Officer.

Accuracy - Deliverables shall be accurate in presentation, technical content, and adherence to accepted elements of style.

Clarity - Deliverables shall be clear and concise; engineering terms shall be used, as appropriate. All diagrams shall be easy to understand and relevant to the supporting narrative.

Specification Validity - All Deliverables must satisfy the requirements of the Government as specified herein.

File Editing - All text and diagrammatic files shall be editable by the Government.

Format - Deliverables shall be submitted in hard copy (where applicable) and in media defined in the SOW. The Deliverable format may change from Task/Sub-task to Task/Sub-task. Hardcopy formats shall follow DHS Directives and shall be consistent with other similar efforts.

Timeliness - Deliverables shall be submitted on or before the due date specified in each individual task/delivery order.

All deliverables shall be 508 compliant in accordance with section G.8.

## SECTION F – Deliverables and Performance

### F.1 Place of Performance

The primary place of performance shall be the contractor's facility. The contractor will be required to visit DHS locations within the Washington DC metropolitan area to attend meetings and conduct interviews and training sessions to complete the tasks defined herein.

### F.2 Period of Performance

The period of performance for this Task Order shall be a base period of 12 months from the date of award with and four (4) one-year option periods of 12 months each.

### F.3 Ship To / Deliverables

Unless otherwise instructed, the contractor shall provide all Deliverables to the designated COTR per Section G.1.

### F.4 Reports, Meetings, and Deliverables

The Contractor shall plan to provide a 5 working day review period for draft deliverables, incorporate applicable changes as agreed to by the COTR, and then prepare final deliverable after incorporated changes have been vetted with all concerned groups. The contractor shall provide updated deliverables within 5 business days of receipt of DHS comments, unless otherwise agreed to by the parties. Some tasks may require several iterations of coordination before the final deliverable is produced. Contractor shall not be accessed any type disincentives for Government delay.

### F.5 Kick-Off Meeting/Draft Project Schedule

A task order kick-off meeting shall be scheduled within 3 business days after award of Task Order. The Contractor shall provide a draft schedule of its plan to meet the requirements as identified in this SOW. This shall be due in 10 business days after award of the Task Order.

## SECTION G – Special Task Order Requirements

### G.1 Government Points of Contact

| Point of Contact | Organization | Location | Telephone / Email |
|---|---|---|---|
| Bernard Salter, | DHS/OCPO/OPO | GSA Bldg., 7th & D Sts, SW, | Phone: (202) 772-9812 |

| Point of Contact | Organization | Location | Telephone / Email |
|---|---|---|---|
| Contracting Officer | | Washington, D.C. 20407 | Email:Berbnard.Salter@ s.gov |

## G.2 Key Personnel

The contractor shall designate Key Personnel that will be assigned to this Task Order. Key Personnel are considered to be those individual that are critical to the successful completion of the Tasks defined in the SOW within both mutually agreed upon project schedule and budget. During the first sixty- (60) days of the task order, the Contractor shall not make any key personnel changes unless an individual's sudden illness, death, or termination of employment necessitates such substitutions. In case of these occurrences, the Contractor shall notify the Contracting Officer and COTR promptly and submit documentation pertaining to the proposed substitution in writing at least fifteen (15) days in advance, and thirty (30) days in advance if security clearances are to be obtained in advance of the proposed substitution.

Program Manager or Project Manager
Quality Assurance Manager

The Contractor may propose one individual as the Program Manager/Project Manager and the Quality Assurance Manager.

The Contractor must provide a detailed explanation of the circumstances causing the proposed substitution. All resumes submitted for each proposed substitution must have qualifications that are equal to or superior to the qualifications of the person being substituted to perform the work under this task order.

The Contracting Officer and COTR shall evaluate the resume of each request to verify the qualifications of every new employee being assigned to this task order.

## G.3 Hours of Operation and Performance Required Beyond Standard Workday

DHS observes a five- (5) day workweek. Normal business hours are 8:00 A.M. to 4:30 P.M, Local Time except for federal holidays, Saturdays and Sundays. Performance due to security reasons beyond the normal working hours shall be submitted to and approved by the COTR 24 hours prior to commencement of work beyond normal work hours.

Work performed beyond normal work hours on Government Site without the written consent of the COTR shall be at the contractor's own expense and risk.

The E-Acquisition Management portal shall be operational 24/7.

## G.4 Security

**G.4.1 QUALIFICATIONS OF CONTRACTOR EMPLOYEES (NOV 2004) (Deviation)**

(a) "Sensitive Information" means information that is:

(1) Protected Critical Infrastructure Information (PCII) as described in the Critical Infrastructure Information Act of 2002, 6 U.S.C. sections 211-224; its implementing regulations, 6 CFR Part 29; or the applicable PCII Procedures Manual; or

(2) Sensitive Security Information (SSI), as described in 49 CFR Part 1520; or

(3) Sensitive but Unclassified Information (SBU), which consists of any other unclassified information which:

(i) if lost, misused, modified, or accessed without authorization, could adversely affect the national interest, proprietary rights, the conduct of Federal programs, or individual privacy under 5 U.S.C. section 552a; and,

(ii) if provided by the government to the contractor, is marked in such a way as to place a reasonable person on notice of its sensitive nature.

(b) "Information Technology Resources" include, but are not limited to, computer equipment, networking equipment, telecommunications equipment, cabling, network drives, computer drives, network software, computer software, software programs, intranet sites, and internet sites.

(c) Contractor employees working on this contract must complete such forms, as may be necessary for security or other reasons, including the conduct of background investigations to determine suitability. Completed forms shall be submitted as directed by the Contracting Officer. Upon the Contracting Officer's request, the Contractor's employees shall be fingerprinted, or subject to other investigations as required. All contractor employees requiring recurring access to Government facilities or access to sensitive information or IT resources are required to have a favorably adjudicated background investigation prior to commencing work on this contract unless this requirement is waived under Departmental procedures.

(d) The Contracting Officer may require the contractor to prohibit individuals from working on the contract if the government deems their initial or continued employment contrary to the public interest for any reason, including, but not limited to, carelessness, insubordination, incompetence, or security concerns.

(e) Work under this contract may involve access to sensitive information. Therefore, the Contractor shall not disclose, orally or in writing, any sensitive information to any person unless authorized in writing by the Contracting Officer.

For those contractor employees authorized access to sensitive information, the contractor shall ensure that these persons receive training concerning the protection and disclosure of sensitive information both during and after contract performance.

(f) The Contractor shall include the substance of this clause in all subcontracts at any tier where the subcontractor may have access to Government facilities, sensitive information, or resources.

(End of clause)

***Alternate (NOV 2004) Deviation.*** If the Department has determined that the contractor will not have access to Information Technology (IT) resources, but contractor employee access to other sensitive information or Government facilities must nonetheless be limited to U. S. citizens and lawful permanent residents, add the following paragraph:

(g) Each individual employed under the contract shall be a citizen of the United States of America, or an alien who has been lawfully admitted for permanent residence as evidenced by an Alien Registration Receipt Card Form I-151. Any exceptions must be approved by the Department's Chief Security Officer or designee.

(h) Contractors shall identify in their proposals, the names and citizenship of all non-U.S. citizens proposed to work under the contract. Any additions or deletions of personnel who are non-U.S. citizen after contract award shall also be reported to the contracting officer.

(End of clause)

**G.4.2 Security Requirements For Unclassified IT Resources (HSAR 3052.204-70) (DEC 2003)**

(a) The Contractor shall be responsible for Information Technology (IT) security for all systems connected to a DHS network or operated by the Contractor for DHS, regardless of location. This clause applies to all or any part of the contract that includes information technology resources or services for which the Contractor must have physical or electronic access to sensitive information contained in DHS unclassified systems that directly support the agency's mission. The security requirements include, but are not limited to, how the Department of Homeland Security's sensitive information is to be handled and protected at the Contractor's site, (including any information stored, processed, or transmitted using the Contractor's computer systems), the background investigation and/or clearances required, and the facility security required. This requirement includes information technology, hardware, software,

and the management, operation, maintenance, programming, and system administration of computer systems, networks, and telecommunications systems. Examples of tasks that require security provisions include--

(1) Acquisition, transmission or analysis of data owned by DHS with significant replacement cost should the contractor's copy be corrupted; and
(2) Access to DHS networks or computers at a level beyond that granted the general public, (e.g. such as bypassing a firewall).

(b) At the expiration of the contract, the contractor shall return all sensitive DHS information and IT resources provided to the contractor during the contract, and a certification that all DHS information has been purged from any contractor-owned system used to process DHS information. Organizational elements shall conduct reviews to ensure that the security requirements in the contract are implemented and enforced.

(c) The Contractor shall provide, implement, and maintain an IT Security Plan. This plan shall describe the processes and procedures that will be followed to ensure appropriate security of IT resources that are developed, processed, or used under this contract. The plan shall describe those parts of the contract to which this clause applies. The Contractor's IT Security Plan shall be compliant with Federal laws that include, but are not limited to, the Computer Security Act of 1987 (40 U.S.C. 1441 et seq.), and the Government Information Security Reform Act of 2000, and the Federal Information Security Management Act of 2002. The plan shall meet IT security requirements in accordance with Federal policies and procedures that include, but are not limited to OMB Circular A-130, Management of Federal Information Resources, Appendix III, and Security of Federal Automated Information Resources;

(d) Within _*_days after TO award, the contractor shall submit for approval an IT
Security Plan. This plan shall be consistent with and further detail the approach contained in the offeror's proposal or quote that resulted in the award of this contract and in compliance with the requirements stated in this clause. The plan, as approved by the Contracting Officer, shall be incorporated into the contract as a compliance document. **to be specified in the awarded Task Order.*

(e) Within 6 months after contract award, the contractor shall submit written proof of IT Security accreditation to DHS for approval by the DHS Contracting Officer. Accreditation will be according to the criteria of the Homeland Security Information Technology Security program Publication, DHS MD 4300.Pub., Volume I, Policy Guide, Part A, Sensitive Systems, which is available from the Contracting Officer upon request. This accreditation will include a final security plan, risk assessment, security test and evaluation, and disaster recovery plan/continuity of operations plan. This accreditation, when

accepted by the Contracting Officer, shall be incorporated into the contract as a compliance document, and shall include a final security plan, a risk assessment, security test and evaluation, and disaster recovery/continuity of operations plan. The contractor shall comply with the approved accreditation documentation.

**G.4.3 Information Technology Systems Access For Contractors (HSAR 3052.237-71) (NOV 2004) (Deviation)**

(a) "Sensitive Information" means information that is:

(1) Protected Critical Infrastructure Information (PCII) as described in the Critical Infrastructure Information Act of 2002, 6 U.S.C. sections 211-224; its implementing regulations, 6 CFR Part 29; or the applicable PCII Procedures Manual; or

(2) Sensitive Security Information (SSI), as described in 49 CFR Part 1520; or

(3) Sensitive but Unclassified Information (SBU), which consists of any other unclassified information which:

(i) if lost, misused, modified, or accessed without authorization, could adversely affect the national interest, proprietary rights, the conduct of Federal programs, or individual privacy under 5 U.S.C. section 552a; and,

(ii) if provided by the government to the contractor, is marked in such a way as to place a reasonable person on notice of its sensitive nature.

(b) "Information Technology Resources" include, but are not limited to, computer equipment, networking equipment, telecommunications equipment, cabling, network drives, computer drives, network software, computer software, software programs, intranet sites, and internet sites.

(c) Contractor employees working on this contract must complete such forms, as may be necessary for security or other reasons, including the conduct of background investigations to determine suitability. Completed forms shall be submitted as directed by the Contracting Officer. Upon the Contracting Officer's request, the Contractor's employees shall be fingerprinted, or subject to other investigations as required. All contractor employees requiring recurring access to Government facilities or access to sensitive information or IT resources are required to have a favorably adjudicated background investigation prior to commencing work on this contract unless this requirement is waived under Departmental procedures.

(d) The Contracting Officer may require the contractor to prohibit individuals from working on the contract if the government deems their initial or continued employment contrary to the public interest for any reason, including, but not limited to, carelessness, and insubordination, incompetence, or security concerns.

(e) Work under this contract may involve access to sensitive information. Therefore, the Contractor shall not disclose, orally or in writing, any sensitive information to any person unless authorized in writing by the Contracting Officer. For those contractor employees authorized access to sensitive information, the contractor shall ensure that these persons receive training concerning the protection and disclosure of sensitive information both during and after contract performance.

(f) Contractors shall identify in their proposals, the names and citizenship of all non-U.S. citizens proposed to work under the contract. Any additions or deletions of personnel who are non-U.S. citizen after contract award shall also be reported to the contracting officer.

(g) The Contractor shall include the substance of this clause in all subcontracts at any tier where the subcontractor may have access to Government facilities, sensitive information, or resources.

(h) Before receiving access to IT resources under this contract the individual must receive a security briefing, which the COTR will arrange, and complete any nondisclosure agreement furnished by DHS.

(i) The contractor shall have access only to those areas of DHS Organizational Element (OE) information technology resources explicitly stated in this contract or approved by the COTR in writing as necessary for performance of the work under this contract. Any attempts by contractor personnel to gain access to any information technology resources not expressly authorized by the statement of objectives, other terms and conditions in this contract, or as approved in writing by the COTR, is strictly prohibited. In the event of violation of this provision, DHS will take appropriate actions with regard to the contract and the individual(s) involved.

(j) Contractor access to DHS networks from a remote location is a temporary privilege for mutual convenience while the contractor performs business for the DHS OE. It is not a right, a guarantee of access, a condition of the contract, nor is it Government Furnished Equipment (GFE).

(k) Contractor access will be terminated for unauthorized use. The contractor agrees to hold and save DHS harmless from any unauthorized use and agrees

not to request additional time or money under the contract for any delays resulting from unauthorized use or access.

(l) Non-U.S. citizens shall not be authorized to access or assist in the development, operation, management or maintenance of Department IT systems under the contract, unless a waiver has been granted by the Head of the Organizational Element or designee, with the concurrence of the Office of Security and Department's CIO or designee. In order for a waiver to be granted:

- (i) The individual must be a legal permanent resident of the U.S. or a citizen of Ireland, Israel, the Republic of the Philippines, or any nation on the Allied Nations List maintained by the Department of State.
- (ii) All required security forms specified by the government and any necessary background check must be satisfactorily completed.
- (iii) There must be a compelling reason for using this individual as opposed to a U.S. citizen.
- (iv) The waiver must be in the best interest of the Government.

### G.4.4 Contractor Personnel Screening For Unclassified Information Technology Access (HSAR 3052.237-72) (DEC 2003)

(a) Contractor personnel requiring privileged access or limited risk assessment level. Guidance for selecting the appropriate level of screening is based on the risk of adverse impact to DHS missions, as indicated in FIPS PUB 199, Standards for Security Categorization of Federal Information and Information Systems (Initial Public Draft).

(b) The Contractor shall afford DHS, including the Office of Inspector General, access to the Contractor's and subcontractors' facilities, installations, operations, documentation, databases and personnel used in performance of the contract. Access shall be provided to the extent required to carry out a program of IT inspection, investigation and audit to safeguard against threats and hazards to the integrity, availability and confidentiality of DHS data or to the function of computer systems operated on behalf of DHS, and to preserve evidence of computer crime.
(c) The Contractor shall incorporate the substance of this clause in all subcontracts that meet the conditions in paragraph (a) of this clause.

### G.5 Disclosure of Information:

Contractor shall require each of its personnel performing under this contract on-site (Government) to execute the DHS established Non-Disclosure Agreement (NDA), Attachment 2, and return all signed copies to the Contracting Officer's Technical Representative (COTR) prior to the individual's commencement of work.

## G.6 Organizational Conflicts of Interest

### G.6.1 Limitation of Future Contracting (HSAR 3052.209-73) (JUL 2004) (DEVIATION)

(a) The Contracting Officer has determined that this acquisition may give rise to a potential organizational conflict of interest. Accordingly, the attention of prospective offerors is invited to FAR Subpart 9.5--Organizational Conflicts of Interest.

(b) The nature of this conflict is the contractor will have access to acquisition sensitive information.

(c) The restrictions upon future contracting are as follows:

(1) If the Contractor, under the terms of this contract, or through the performance of tasks pursuant to this contract, is required to develop specifications or statements of work that are to be incorporated into a solicitation, the Contractor shall be ineligible to perform the work described in that solicitation as a prime or first-tier subcontractor under an ensuing DHS contract. This restriction shall remain in effect for a reasonable time, as agreed to by the Contracting Officer and the Contractor, sufficient to avoid unfair competitive advantage or potential bias (this time shall in no case be less than the duration of the initial production contract). DHS shall not unilaterally require the Contractor to prepare such specifications or statements of work under this contract.

(2) To the extent that the work under this contract requires access to proprietary, business confidential, or financial data of other companies, and as long as these data remain proprietary or confidential, the Contractor shall protect these data from unauthorized use and disclosure and agrees not to use them to compete with those other companies.

## G.7 FAR 52.217-8 Option to Extend Services (AUG 1989)

The Government may require continued performance of any services within the limits and at the rates specified in the contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total of the extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the contractor within the period specified in the schedule.

## G.8 SECTION 508 REQUIREMENTS

The Contractor must provide a comprehensive list of all offered specific electronic and information technology (EIT) products (supplies and services) that

fully comply with Section 508 of the Rehabilitation Act of 1973, per the 1998 Amendments, and the Architectural and Transportation Barriers Compliance Board's Electronic and Information Technology Accessibility Standards at 36 CFR Part 1194. The Contractor must clearly indicate where this list with full details of compliance can be found (e.g., vendors or other exact web page location). The contractor must ensure that the list is easily accessible by typical users beginning five calendar days after award. The contractor must maintain this detailed listing of compliant products for the full contract term, including all forms of extensions, and must ensure that it is current within three calendar days of changes to his product line.

The offeror must ensure that all EIT products that are less than fully compliant are offered pursuant to extensive market research, which ensures that they are the most compliant products and services available to satisfy this solicitation's requirements.

For every EIT product accepted under this contract by the Government that does not comply with 36 CFR Part 1194, the contractor shall, at the discretion of the Government, make every effort to replace or upgrade it with a compliant equivalent product or service, if commercially available and cost neutral, on either the planned refresh cycle of the product or service, or on the contract renewal date, whichever shall occur first.

## G.9 ADMINISTRATIVE INSTRUCTIONS

### G.9.1 REQUESTS FOR PAYMENT/SUBMISSION OF INVOICES.

H.9.1.1. Contractor may submit an invoice in accordance with the negotiated Task Orders to the address indicated as payment office on the award document for review, process and payment. The contractor shall invoice only for the hours, travel and ODCs that are in direct support of contractor's efforts in performing the Task Order per the SOW. Hours in such invoice shall be identified by task/phase and by labor category. The amounts for labor shall be computed by multiplying the appropriate hourly rates prescribed in the Schedule by the number of direct labor hours performed. Fractional parts of an hour may be payable on a prorated basis. Contractor shall substantiate vouchers by evidence of actual payment and by individual daily job timecards (when required), or other substantiation as approved by the Contracting Officer. Government will not reimburse for overtime other than based on what was originally proposed and accepted at time of issuance of Task/Delivery order and as indicated in the Schedule. ODCs and travel costs shall be identified by task/phase and shall include all necessary documentation supporting the charge(s). Invoices submitted for payment must be accompanied by a copy of the government's document(s) accepting the covered services. A copy of the invoice will be submitted to the contracting officer at the same time it is submitted to the program manager. Failure to comply with the procedures outlined above may result in payment being delayed.

### G.9.2 REIMBURSEMENT OF TRAVEL COSTS

The contractor is expected to have a facility within the Washington DC Metropolitan area. Local travel within a 50-mile radius from the contractor's facility or the contractor's assigned duty station is not authorized. This includes travel, subsistence, and associated labor charges for travel time. Travel performed for personal convenience and daily travel to and from work at the contractor's facility will not be reimbursed. Travel, subsistence, and associated labor charges for travel time for travel beyond a 50-mile radius of the contractor's facility or assigned duty station are authorized; However, all travel outside the Washington DC Metropolitan area must be previously approved by the Contracting Officer Technical Representative (COTR). No travel will be reimbursed without prior approval from the COTR. Travel and per diem expense, if required or deemed necessary by the Government, shall be reimbursed in accordance with the Federal Travel Regulations (FTR).

### G.10 Advertisements, Publicizing Awards AND News Releases

Under no circumstances shall the Contractor, or anyone acting on behalf of the Contractor, refer to the supplies, services, or equipment furnished pursuant to the provisions of this contract in any publicity/ news release or commercial advertising without first obtaining explicit written consent to do so from the DHS Contracting Office.

The Contractor agrees not to refer to awards in commercial advertising in such a manner as to state or imply that the product or service provided is endorsed or preferred by the Federal Government or is considered by the Government to be superior to other products or services.

### G.11 Contractor GSA Federal Supply Schedule (FSS) Contract

All Terms & Conditions of the contractor's authorized Information Technology Schedule and Price List – FSC Group 70 are applicable to this Task Order. The contractor shall provide any subsequent modifications to the FSS contract to the Contracting Officer within seven days of the execution of any contract modifications.

## ATTACHMENT 1 - DHS e-Acquisition Management System Requirements and Features

| Req't ID | Requirement Description |
|---|---|
| 1 | General operational and environmental requirements |
| 1.1 | Fully web-based solution, with no "fat client" or other client-side software installation requirements |
| 1.2 | Scalable system architecture, to allow for expansion of users, contracts, vendors, and other data elements without significant software revisions |
| 1.3 | Single point of entry, with single sign-on for one-time user login and authentication. |
| 1.4 | Fully compliant with Section 508 accessibility standards. |
| 1.5 | "Open" system with no restrictions on integration with external systems such as, but not limited to, contract writing, contract management, electronic catalog, CCR, FPDS/NG, FedBizOpps. |
| 1.5.1 | Provide open, well-defined application program interface (API), preferably web services, for integration with COTS, GOTS, or custom contract management systems. |
| 1.5.2 | Provide open, well-defined API, preferably web services, for integration with COTS, GOTS, or custom financial management systems. |
| 1.5.3 | Provide ability to use APIs of external systems for integration. |
| 2 | Provide a portal for internal, government users, for task order management and contract administration |
| 2.1 | Role and privilege-based access and security controls, with configurable access control by role to features and data |
| 2.1.1 | Roles to include, but not be limited to, Purchase Requisition (PR) Originator, Contract Specialist, Contracting Officer, Task Order Manager/COTR. |
| 2.2 | Configurable organizational hierarchy, for specifying relationships between specific users in specific roles. |
| 2.3 | Configurable control over data access and reporting based on roles and organization hierarchy. |
| 2.4 | Support for the full procurement lifecycle, from purchase requisition through task order closeout. |
| 2.4.1 | Support for creation of PRs through web-based interface or as received from an external system, via electronic interface such as API or web services. |
| 2.4.2 | Ability to attach documents to a PR, with no system-imposed limit on the number of documents and no constraints on document file types. |
| 2.5 | Ability to create task order solicitations, including clauses, terms, conditions, line items, specifications, statements of work, and other attached documents. |
| 2.5.1 | Ability to support conformed solicitations, with all amendments applied. |
| 2.5.2 | Solicitation issuance without restriction, as a set-aside, or to a limited vendor distribution list. |
| 2.6 | Ability to provide early notice to industry of upcoming requirements, for advanced planning. Notices to include procurement lifecycle target dates such as pre-proposal conference, RFP release, proposal due date, anticipated award date. |
| 2.7 | Configurable bid evaluation module. |
| 2.7.1 | Configurable evaluation criteria, including technical approach, past performance, price, and other criteria. |
| 2.7.2 | Configurable evaluation scoring methods, including both discrete (i.e. colors or adjectival ratings) and continuous (i.e. numeric) scoring and weighting, by evaluation criteria category. |
| 2.7.3 | Configurable evaluation team selection, assignment of evaluation roles for each solicitation, and electronic mail notification of evaluation team members. |
| 2.7.4 | Assignment of evaluators to evaluation criteria, with access control that constrains access to vendor response data appropriate for the evaluation criteria. Assignment of evaluation team chairperson, authorizing access to all evaluation scoring and justifications. |
| 2.7.5 | Web-based access to vendor response data based on role, including pricing, technical response, and past performance. |
| 2.7.6 | Evaluation scoring for each evaluation criteria, including written justifications. |

| Req't ID | Requirement Description |
|---|---|
| 2.7.7 | Chairperson recommendation of winner(s), with overall scoring and justification of recommendation. |
| 2.7.8 | Contracting officer review of evaluation team recommendation and selection of winner(s). |
| 2.8 | Support for solicitation question and answer period, with questions submitted by potential bidders or government users electronically and answers provided to all potential bidders and cognizant government users through the same interface. |
| 2.9 | Issue recording and resolution capability, wherein staff with appropriate roles may record vendor performance issues, to be forwarded to contract management staff. |
| 2.10 | Automated notification to task order managers of Task Order Performance Evaluation and web-based interface for task order performance reporting. |
| 2.11 | Support for firm fixed price, labor hour, and cost-based line item schedules. |
| 2.12 | Ability to create task orders, including unilateral and bilateral conformed modifications. |
| 2.12.1 | Draft task order award built from winning offer. |
| 2.13 | Ability to integrate with external systems through standard, commonly-available, and best practice integration interfaces, such as web services and XML. |
| 2.14 | Subcontracting plan goals, review, and actual reporting and tracking, at the task order level, including dashboard type reporting capability |
| 2.15 | Parameterized reports, including dashboard type reporting capability. |
| 2.16 | Electronic mail notifications in response to procurement cycle events. |
| 3 | Provide a portal for vendor users, for receipt of solicitations and task orders, and submission of responses |
| 3.1 | Role and privilege-based access and security controls, with configurable access control by role to features and data |
| 3.1.1 | Vendor user self-registration, with approval by cognizant point of contact for each vendor. |
| 3.2 | Ability to submit responses as a Prime contractor or as a Sub-contractor). |
| 3.3 | Ability to view open solicitations and solicitations for which the vendor is invited. |
| 3.3.1 | Presentation of opening and closing times for every solicitation. |
| 3.3.2 | Ability to view and retrieve solicitation documents and attachments. |
| 3.4 | Collaborative workspace for online response submission. Responses include form-based pricing data, electronic documents, and subcontracting goals. |
| 3.5 | Corresponding modules for questions and answers, issue resolution, and task order performance, including ability of prime contractors to respond to task order performance evaluations |
| 3.6 | Electronic notification of solicitation and amendment releases and updates. |
| 3.7 | Ability to request and manage teaming and sub-contracting relationships. |
| 3.8 | Subcontractors ability to review solicitations and submit supporting documentation directly (i.e. upload proprietary cost data separate from Prime's response). |
| 3.9 | Electronic notification and delivery of task order awards and modifications. |
| 3.10 | Ability to create and save bid responses in draft form, for later editing and submission. |
| 3.11 | Ability to submit bid response, with line item pricing and detail, and document attachments. |
| 3.12 | Electronic mail notification to vendors of solicitation release, opening, closing, and amendment. |
| 3.13 | Electronic mail notification to vendors of orders and order modifications. |
| 3.14 | Notice of award to successful and unsuccessful offerors. |
| 3.15 | Solicitations executed as reverse auctions, supporting both sealed bidding (vendors do not see competing bids) and open bidding (vendors see lowest bid). |
| 3.16 | Method for vendors to submit contract or task order modification requests, for automatic electronic delivery to the contracting officer via e-mail or via electronic interface to a contract management system. |
| 4 | Provide system management and reporting services, including dashboard type reporting capability. |
| 4.1 | Document repository containing all purchase requisitions, solicitations, vendor responses, and task order awards, including all attachments. |
| 4.2 | Role-based access to reporting, including dashboard type reporting capability. |
| 4.3 | Ability to generate reports of task orders, small business metrics, performance evaluations, and workload, including dashboard type reporting capability. |

| Req't ID | Requirement Description |
|---|---|
| 4.4 | System administration role, with capabilities for managing users, roles, permissions, and configurable system features. |
| 5 | Provide system documentation and training |
| 5.1 | Provide role-based training materials for government users and vendors |
| 6.0 | Ability to view vendors' On-line commercial catalogues via direct link from the portal |
| 6.1 | Ability to compare product descriptions and pricing and order IT Commodities on-line |
| 6.2 | Ability to select various items from multiple vendors' commercial on-line catalogues, and compare the pricing and product descriptions on a single screen |
| 6.3 | Ability to execute/award a TO/DO online based on the above comparison of multiple vendor products |
| 6.4 | Ability to execute commodity purchases on-line directly after conducting the comparison in requirement 6.2 above consistent with the Federal Acquisition Regulations, and DHS business rules |

| DEPARTMENT OF DEFENSE<br>CONTRACT SECURITY CLASSIFICATION SPECIFICATION<br>*(The requirements of the DoD Industrial Security Manual apply to all security aspects of this effort.)* | **1. CLEARANCE AND SAFEGUARDING**<br>a. FACILITY CLEARANCE REQUIRED<br>b. LEVEL OF SAFEGUARDING REQUIRED |
|---|---|

| **2. THIS SPECIFICATION IS FOR:** (X and complete as applicable) | | | **3. THIS SPECIFICATION IS:** (X and complete as applicable | | |
|---|---|---|---|---|---|
| | a. PRIME CONTRACT NUMBER | | | a. ORIGINAL (Complete date in all cases) | D (( M ) |
| | b. SUBCONTRACT NUMBER | | | b. REVISED (Supersedes all previous specs) Revision No. | D (( M ) |
| | c. SOLICITATION OR OTHER NUMBER | Due Date *(YYMMDD)* | | c. FINAL (Complete item 5 in all cases) | D (( M ) |

4. IS THIS A FOLLOW-ON CONTRACT? [ ] YES [ ] NO. If Yes, complete the following:
Classified material received or generated under ______ (Preceding Contract Number) is transferred to this follow-on contract.

**5. IS THIS A FINAL DD FORM 254?** [ ] YES [ ] NO. If Yes, complete the following:

In Response to the contractor's request dated ______, retention of the identified classified material is authorized for the period of ______.

| **6. CONTRACTOR** (Include Commercial and Government Entity (CAGE) Code) | | |
|---|---|---|
| a. NAME, ADDRESS, AND ZIP CODE | B. CAGE CODE | C. COGNIZANT SECURITY OFFICE (Name, Address, and Zip Co |

| **7. SUBCONTRACTOR** | | |
|---|---|---|
| a. NAME, ADDRESS, AND ZIP CODE | B. CAGE CODE | C. COGNIZANT SECURITY OFFICE (Name, Address, and Zip Co |

| **8. ACTUAL PERFORMANCE** | | |
|---|---|---|
| a. NAME, ADDRESS, AND ZIP CODE | B. CAGE CODE | C. COGNIZANT SECURITY OFFICE (Name, Address, and Zip Code) |

**9. GENERAL IDENTIFICATION OF THE PROCUREMENT**

| **10. THIS CONTRACT WILL REQUIRE ACCESS TO:** | YES | NO | **11. IN PERFORMING THIS CONTRACT, THE CONTRACTOR WILL:** | YES |
|---|---|---|---|---|
| a. COMMUNICATIONS SECURITY (COMSEC) INFORMATION | | | a. HAVE ACCESS TO CLASSIFIED INFORMATION ONLY AT ANOTHER CONTRACTOR'S FACILITY OR A GOVERNMENT ACTIVITY | |
| b. RESTRICTED DATA | | | b. RECEIVE CLASSIFIED DOCUMENTS ONLY | |
| c. CRITICAL NUCLEAR WEAPON DESIGN INFORMATION | | | c. RECEIVE AND GENERATE CLASSIFIED MATERIAL | |
| d. FORMERLY RESTRICTED DATA | | | d. FABRICATE, MODIFY, OR STORE CLASSIFIED HARDWARE | |
| e. INTELLIGENCE INFORMATION: | | | e. PERFROM SERVICES ONLY | |
| (1) Sensitive Compartmented Information (SCI) | | | f. HAVE ACCESS TO U.S. CLASSIFIED INFORMATION OUTSIDE THE U.S., PUERTO RICO, U.S. POSSESSIONS AND TRUST TERRITORIES | |
| (2) Non-SCI | | | g. BE AUTHORIZED TO USE THE SERVICES OF DEFENSE TECHNICAL INFORMATION CENTER (DTIC) OR OTHER SECONDARY DISTRIBUTION CENTER | |
| f. SPECIAL ACCESS INFORMATION | | | h. REQUIRE A COMSEC ACCOUNT | |
| g. NATO INFORMATION | | | I. HAVE TEMPEST REQUIREMENTS | |
| h. FOREIGN GOVERNMENT INFORMATION | | | j. HAVE OPERATIONS SECURITY (OPSEC) REQUIREMENTS | |
| I. LIMITED DISSEMINATION INFORMATION | | | k. BE AUTHORIZED TO USE THE DEFENSE COURIER SERVICE | |
| j. FOR OFFICIAL USE ONLY INFORMATION | | | l. OTHER (Specify) See Block #13. | |

k. OTHER (Specify)

DD Form 254-E, JAN 95 Previous editions are obsolete Computer Gene

**12. PUBLIC RELEASE.** Any information (classified or unclassified) pertaining to this contract shall not be released for public dissemination except as provided by th Industrial Security Manual or unless it has been approved for public release by appropriate U.S. Government authority. Proposed public releases shall be submitted for prior to release

☐ Direct ☐ Through (Specify):
**NONE AUTHORIZED**

**UNLESS CONTRACTOR HAS OBTAINED AUTHORITY TO RELEASE FROM THE DEPARTMENT OF HOMELAND SECURITY; CONTRACTOR S COORDINATE WITH THE COTR AND THE OFFICE OF SECURITY (ASD) ON ALL CHANGES TO THIS GUIDANCE.**
to the Directorate for Freedom of Information and Security Review, Office of the Assistant Secretary of Defense (Public Affairs)* for review.
In the case of non-DoD User Agencies, requests for disclosure shall be submitted to that agency.

**3. Security Guidance.** The security classification guidance needed for this classified effort is identified below. If any difficulty is encountered in applying this guidance or if any other contributing factor indicates a need for this guidance, the contractor is authorized and encouraged to provide recommended changes: to challenge the guidance or the classification assigned to any information or material furnished or generated under this contract; ar any questions for interpretation of this guidance to the official identified below. Pending final decision, the information involved shall be handled and protected at the highest level of classification assigned or recommended. appropriate for the classified effort. Attach, or forward under separate correspondence, any documents/guides/extracts referenced herein. Add additional pages as needed to provide complete guidance.)

**Reference 10j** FOR OFFICIAL USE ONLY (FOUO), FOUO is a protective marking, the contractor is responsible for marking documents "FOUO" in accordance with DHS Directive (MD 11042) "Safeguarding Sensitive b Unclassified (For Official Use Only) Information," dated May 11, 2004 The Department of Homeland Security spells out in MD 11042 access controls on unclassified information that it deems FOUO. Such unclassified inf only be shared with individuals who are determined to have a "need to know" it. Furthermore, DHS employees and contractors must sign a special Non-Disclosure Agreement before receiving access to unclassified FOUO inf Contractors with questions on handling DHS FOUO shall contact DHS OS ASD at (202) 772-5012

**Reference 11a.** Contractor performance is restricted to various government owned buildings located in and around the metropolitan area of Washington, D.C. DHS will provide further security classification guidance for the of this contract. Only cleared personnel will perform services under this contract. All contractor personnel must be U.S. citizens, have been granted a final security clearance by the U.S. Government, have been approved as m criteria by DHS CSO, and have been indoctrinated by a Non Disclosure Agreement, Standard Form 312, for this specific program prior to being given any access to such information released or generated under this contract. aliens, personnel cleared on an interim basis, or personnel holding contractor granted CONFIDENTIAL clearances, are not eligible for access to classified information released or generated under this contract without the expr permission of the CSO (through the DHS Special Security Programs Division (DHS/SSPD). Classified material released or generated under this contract is not releasable to foreign nationals without the expressed written per CSO. Recipients of classified information under this contract may not be released to subcontractors without permission of the DHS CSO.

**Reference 11e.** The contractor is only involved in DERIVATIVE CLASSIFICATION processes, i.e., incorporating, paraphrasing, restating or generating information that has already been classified by the Department of Hor Security; the details of any and all security countermeasures that the contractor may develop under this contract will become the property of the government. Contractor shall have all employees working with material contain proprietary, sensitive, or classified data from various public and private sources sign a Non-Disclosure Agreement.

**14. ADDITIONAL SECURITY REQUIREMENTS. Requirements** identify the pertinent contracted clauses in the contract document itself, or provide an appropriate statement which identifies the additional requirements. Provide a copy of the requirements to the cognizant security office. Use Item 13 if additional space is needed.) ☐ **Yes**

**15. INSPECTIONS.** Elements of this contract are outside the inspection responsibility of the cognizant security office. (If Yes, explain and identify specific areas or elements carved out and the activity responsible for inspections. Use item 13 If additional space is needed.) ☐ **Yes**

**16. CERTIFICATION AND SIGNATURE.** Security requirements stated herein are complete and adequate for safeguarding the classified Information to be released or generated under this classified effort. All questions shall be referred to the official named below.

| a. TYPED NAME OF CERTIFYING OFFICIAL | b. TITLE | c. TELEPHONE (Include A Code) |
|---|---|---|
| JOHN J. YOUNG | Chief, Administrative Security Division | (202) 358-1438 |

d. ADDRESS (Include Zip Code)
Department of Homeland Security
Office of Security, 7th & D Street S.W.
Washington D.C. 20528

e. SIGNATURE

**17. REQUIRED DISTRIBUTION**
- ☐ a. CONTRACTOR
- ☐ b. SUBCONTRACTOR
- ☐ c. COGNIZANT SECURITY OFFICE FOR PRIME AN SUBCONTRACTOR
- ☐ d. U.S. ACTIVITY RESPONSIBLE FOR OVERSEAS S ADMINISTRATION
- ☐ e. ADMINISTRATIVE CONTRACTING OFFICER
- ☐ f. OTHERS AS NECESSARY

DD Form 254-E Reverse, JAN 95

GSA Schedule

# General Services Administration
# IT Schedule

AUTHORIZED FEDERAL SUPPLY SERVICE
INFORMATION TECHNOLOGY SCHEDULE PRICELIST
GENERAL PURPOSE COMMERCIAL INFORMATION TECHNOLOGY
EQUIPMENT, SOFTWARE AND SERVICES

Special Item No. 132-33 Perpetual Software Licenses
Special Item No. 132-34 Maintenance of Software
Special Item No. 132-50 Training Courses
Special Item No. 132-51 Information Technology (IT) Professional Services
Special Item No. 132-52 Electronic Commerce Services

Contract Period: July 12, 2004 through July 11, 2009
Contract Number: GS-35F-0585J

COMPUSEARCH
SOFTWARE SYSTEMS, INC.

May 2006

**Compusearch Software Systems, Inc.**
22685 Holiday Park Drive, Suite 40
Dulles, VA 20166
TEL: 703-481-3699
FAX: 703-481-3442

Products and ordering information in this Authorized FSS Information Technology Schedule Pricelist are also available on the GSA *Advantage!* System. Ordering Activities can browse GSA *Advantage!* by accessing GSA's Home Page via Internet at www.gsa.gov.

## TABLE OF CONTENTS

INFORMATION FOR ORDERING ACTIVITES .......... 3

TERMS AND CONDITIONS APPLICABLE TO PERPETUAL SOFTWARE LICENSE (SPECIAL ITEM 132-33) AND MAINTENANCE (SPECIAL ITEM 132-34) OF GENERAL PURPOSE COMMERCIAL INFORMATION TECHNOLOGY SOFTWARE .......... 11

TERMS AND CONDITIONS APPLICABLE TO PURCHASE OF TRAINING COURSES FOR GENERAL PURPOSE INFORMATION TECHNOLOGY EQUIPMENT AND SOFTWARE (SPECIAL ITEM 132-50) .......... 14

TERMS AND CONDITIONS APPLICABLE TO INFORMATION TECHNOLOGY (IT) PROFESSIONAL SERVICES (SPECIAL ITEM NUMBER 132-51) AND ELECTRONIC COMMERCE (EC) SERVICES (SPECIAL ITEM NUMBER 132-52) .......... 16

SMALL BUSINESS PARTICIPATION .......... 20

BPA FORMAT GUIDELINES .......... 21

BPA AGREEMENT .......... 22

CONTRACTOR TEAM ARRANGEMENTS .......... 24

COMPUSEARCH SOFTWARE SYSTEMS, INC. GSA FSS AUTHORIZED IT SCHEDULE PRICELIST .......... 25

# INFORMATION FOR ORDERING ACTIVITIES APPLICABLE TO ALL SPECIAL ITEM NUMBERS

## SPECIAL NOTICE TO AGENCIES:

***Small Business Participation***

*SBA strongly supports the participation of small business concerns in the Federal Supply Schedules Program. To enhance Small Business Participation SBA policy allows agencies to include in their procurement base and goals, the dollar value of orders expected to be placed against the Federal Supply Schedules, and to report accomplishments against these goals.*

*For orders exceeding the micropurchase threshold, FAR 8.404 requires agencies to consider the catalogs/pricelists of at least three schedule contractors or consider reasonably available information by using the GSA Advantage!™ online shopping service (www.fss.gsa.gov). The catalogs/pricelists, GSA Advantage!™ and the Federal Supply Service Home Page (www.fss.gsa.gov) contains information on a broad array of products and services offered by small business concerns.*

*This information should be used as a tool to assist ordering activities in meeting or exceeding established small business goals. It should also be used as a tool to assist in including small, small disadvantaged, and women-owned small businesses among those considered when selecting pricelists for a best value determination.*

*For orders exceeding the micropurchase threshold, customers are to give preference to small business concerns when two or more items at the same delivered price will satisfy their requirement.*

## 1. GEOGRAPHIC SCOPE OF CONTRACT:

*Domestic delivery* is delivery within the 48 contiguous states, Alaska, Hawaii, Puerto Rico, Washington, DC, and U.S. Territories. Domestic delivery also includes a port or consolidation point, within the aforementioned areas, for orders received from overseas activities.

*Overseas delivery* is delivery to points outside of the 48 contiguous states, Washington, DC, Alaska, Hawaii, Puerto Rico, and U.S. Territories.

Offerors are requested to check one of the following boxes:

[ ] The Geographic Scope of Contract will be domestic and overseas delivery.
[ ] The Geographic Scope of Contract will be overseas delivery only.
[x] The Geographic Scope of Contract will be domestic delivery only.

**2. CONTRACTOR'S ORDERING ADDRESS:**

Compusearch Software Systems, Inc.
22685 Holiday Park Drive
Suite 40
Dulles, VA 20166

**Contractor's Service Area:** All Government locations within the scope of the contract.

**Contractor's Payment Address:**

Compusearch Software Systems, Inc.
22685 Holiday Park Drive
Suite 40
Dulles, VA 20166

Contractors are required to accept the Government purchase card for payments equal to or less that the micro-purchase threshold for oral or written delivery orders. Government purchase cards **will** be acceptable for payment above the micro-purchase threshold. In addition, bank account information for wire transfer payments will be shown on the invoice.

The following telephone number (s) can be used by ordering activities to obtain technical and/or ordering assistance: **703-481-3699**

**3. LIABILITY FOR INJURY OR DAMAGE**

The Contractor shall not be liable for any injury to ordering activity personnel or damage to ordering activity property arising from the use of equipment maintained by the Contractor, unless such injury or damage is due to the fault or negligence of the Contractor.

**4. STATISTICAL DATA FOR GOVERNMENT ORDERING OFFICE COMPLETION OF STANDARD FORM 279**

Block 9: G. Order/Modification Under Federal Schedule
Block 16: Data Universal Numbering System (DUNS): **13-069-8921**
Block 30: Type of Contractor: **B. Other Small Business**
Block 31: Woman-Owned Small Business: **No**
Block 36: Contractor's Taxpayer Identification Number (TIN): **54-1304735**

**4a. CAGE CODE:** OCAZ6

**5. FOB DESTINATION**

When deliveries are made to destinations outside the 48 contiguous States, i.e., Alaska, Hawaii, the Commonwealth of Puerto Rico, and such overseas locations as specified, and are not covered the following conditions will apply:

(1) Delivery will be f.o.b. inland carrier, point of exportation (FAR 52.247-38), with the transportation charges to be paid by the Government from the point of exportation to destination in Alaska, Hawaii, the Commonwealth of Puerto Rico, and such overseas locations specified, as

designated by the ordering office. The Contractor shall add the actual cost of transportation to destination from the point of exportation in the 48 contiguous States nearest to the designated destination. Such costs will, in all cases, be based upon the lowest regularly established rates on file with the Interstate Commerce Commission, the U.S. Maritime Commission (if shipped by water), or any State regulatory body, or those published by the U.S. Postal Service; and must be supported by paid freight or express receipt or by a statement of parcel post charges including weight of shipment.

(2) The right is reserved to ordering agencies to furnish Government bills of lading.

Ordering offices will be required to pay differential between freight charges and express charges where express deliveries are desired by the Government.

## 6. DELIVERY SCHEDULE

a. **Time of Delivery:** The contractor shall deliver to destination within the number of calendar days after receipt of order (ARO), as set forth below.

| **Items or Groups of Items** (SIN or Nomenclature) | **Delivery Time** (Days ARO) |
|---|---|
| 132-33 | 30 days |

b. **Urgent Requirements:** When the Federal Supply Schedule contract delivery period does not meet the bona fide urgent delivery requirements of an ordering activity, ordering activities are encouraged, if time permits, to contact the contractor for the purpose of obtaining accelerated delivery. The contractor shall reply to the inquiry within 3 workdays after receipt. (Telephonic replies shall be confirmed by the contractor in writing.) If the contractor offers an accelerated delivery time acceptable to the ordering activity, any order(s) placed pursuant to the agreed upon accelerated delivery time frame shall be delivered within this shorter delivery time and in accordance with all other terms and conditions of the contract.

7. **DISCOUNTS:** Prices shown are NET Prices; Basic discounts have been deducted.

a. Prompt Payment: None - NET 30 days from receipt of invoice or date of acceptance, whichever is later.
b. Quantity: None
c. Dollar Volume: None
d. Government Educational Institutions: Government Educational Institutions are offered the same discounts as all other Government customers.
e. Credit Card: **2% discount for Credit Card Purchases**

8. **TRADE AGREEMENTS ACT OF 1979, AS AMENDED:** All items are U.S. made end products, designated country end products, Caribbean Basin country end products, Canadian end products, or Mexican end products as defined in the Trade Agreements Act of 1979, as amended.

9. **STATEMENT CONCERNING AVAILABILITY OF EXPORT PACKING:** Export packing is available at extra cost outside the scope of this contract.

10. **SMALL REQUIREMENTS:** The minimum dollar value of orders to be issued is **$50.00**.

11. **MAXIMUM ORDER:** (All dollar amounts are exclusive of any discount for prompt payment.)

a. The Maximum Order value for the following Special Item Numbers (SINs) is $500,000:

Special Item Number 132-33 - Perpetual Software Licenses
Special Item Number 132-34 – Maintenance of Software
Special Item Number 132-51 - Information Technology (IT) Professional Services
Special Item Number 132-52 - Electronic Commerce (EC) Services

b. The Maximum Order value for the following Special Item Numbers (SINs) is $25,000:

Special Item Number 132-50 - Training Courses

12. **ORDERING PROCEEDURES FOR FEDERAL SUPPLY SCHEDULE CONTRACTS**
Ordering activities shall use the ordering procedures of Federal Acquisition Regulation (FAR) 8.405 when placing an order or establishing a BPA for supplies or services. These procedures apply to all schedules.

a.FAR 8.405-1 Ordering procedures for supplies, and services not requiring a statement of work.
b.FAR 8.405-2 Ordering procedures for services requiring a statement of work.

13. **FEDERAL INFORMATION TECHNOLOGY/TELECOMMUNICATION STANDARDS REQUIREMENTS:** Ordering activities acquiring products from this Schedule must comply with the provisions of the Federal Standards Program, as appropriate (reference: NIST Federal Standards Index). Inquiries to determine whether or not specific products listed herein comply with Federal Information Processing Standards (FIPS) or Federal Telecommunication Standards (FED-STDS), which are cited by ordering activities, shall be responded to promptly by the Contractor.

13.1 **FEDERAL INFORMATION PROCESSING STANDARDS PUBLICATIONS (FIPS PUBS):** Information Technology products under this Schedule that do not conform to Federal Information Processing Standards (FIPS) should not be acquired unless a waiver has been granted in accordance with the applicable "FIPS Publication." Federal Information Processing Standards Publications (FIPS PUBS) are issued by the U.S. Department of Commerce, National Institute of Standards and Technology (NIST), pursuant to National Security Act. Information concerning their availability and applicability should be obtained from the National Technical Information Service (NTIS), 5285 Port Royal Road, Springfield, Virginia 22161. FIPS PUBS include voluntary standards when these are adopted for Federal use. Individual orders for FIPS PUBS should be referred to the NTIS Sales Office, and orders for subscription service should be referred to the NTIS Subscription Officer, both at the above address, or telephone number (703) 487-4650.

13.2 **FEDERAL TELECOMMUNICATION STANDARDS (FED-STDS):** Telecommunication products under this Schedule that do not conform to Federal Telecommunication Standards (FED-STDS) should not be acquired unless a waiver has been granted in accordance with the applicable "FED-STD." Federal Telecommunication Standards are issued by the U.S. Department of Commerce, National Institute of Standards and Technology (NIST), pursuant to National Security Act. Ordering information and information concerning the availability of FED-STDS should be obtained from the GSA, Federal Supply Service, Specification Section, 470 East L'Enfant Plaza, Suite 8100, SW, Washington, DC 20407, telephone number (202)619-8925. Please include a self-addressed mailing label when requesting information by mail. Information concerning their applicability can be obtained by writing or calling the U.S. Department of Commerce, National Institute of Standards and Technology, Gaithersburg, MD 20899, telephone number (301) 975-2833.

## 14. CONTRACTOR TASKS / SPECIAL REQUIREMENTS (C-FSS-370) (NOV 2001)

(a) **Security Clearances:** The Contractor may be required to obtain/possess varying levels of security clearances in the performance of orders issued under this contract. All costs associated with obtaining/possessing such security clearances should be factored into the price offered under the Multiple Award Schedule.

(b) **Travel:** The Contractor may be required to travel in performance of orders issued under this contract. Allowable travel and per diem charges are governed by Pub .L. 99-234 and FAR Part 31, and are reimbursable by the ordering agency or can be priced as a fixed price item on orders placed under the Multiple Award Schedule. The Industrial Funding Fee does NOT apply to travel and per diem charges.

NOTE: Refer to FAR Part 31.205-46 Travel Costs, for allowable costs that pertain to official company business travel in regards to this contract.

(c) **Certifications, Licenses and Accreditations:** As a commercial practice, the Contractor may be required to obtain/possess any variety of certifications, licenses and accreditations for specific FSC/service code classifications offered. All costs associated with obtaining/ possessing such certifications, licenses and accreditations should be factored into the price offered under the Multiple Award Schedule program.

(d) **Insurance:** As a commercial practice, the Contractor may be required to obtain/possess insurance coverage for specific FSC/service code classifications offered. All costs associated with obtaining/possessing such insurance should be factored into the price offered under the Multiple Award Schedule program.

(e) **Personnel:** The Contractor may be required to provide key personnel, resumes or skill category descriptions in the performance of orders issued under this contract. Ordering activities may require agency approval of additions or replacements to key personnel.

(f) **Organizational Conflicts of Interest:** Where there may be an organizational conflict of interest as determined by the ordering agency, the Contractor's participation in such order may be restricted in accordance with FAR Part 9.5.

(g) **Documentation/Standards:** The Contractor may be requested to provide products or services in accordance with rules, regulations, OMB orders, standards and documentation as specified by the agency's order.

(h) **Data/Deliverable Requirements:** Any required data/deliverables at the ordering level will be as specified or negotiated in the agency's order.

(i) **Government-Furnished Property:** As specified by the agency's order, the Government may provide property, equipment, materials or resources as necessary.

(j) **Availability of Funds:** Many Government agencies' operating funds are appropriated for a specific fiscal year. Funds may not be presently available for any orders placed under the contract or any option year. The Government's obligation on orders placed under this contract is contingent upon the availability of appropriated funds from which payment for ordering purposes can be made. No legal liability on the part of the Government for any payment may arise until funds are available to the ordering Contracting Officer.

15. **CONTRACT ADMINISTRATION FOR ORDERING ACTIVITIES:** Any ordering activity, with respect to any one or more delivery orders placed by it under this contract, may exercise the same rights of termination as might the GSA Contracting Officer under provisions of FAR 52.212-4, paragraphs (l) Termination for the ordering activity's convenience, and (m) Termination for Cause (See C.1.)

16. **GSA *ADVANTAGE!*:** GSA *Advantage!* is an on-line, interactive electronic information and ordering system that provides on-line access to vendors' schedule prices with ordering information. GSA *Advantage!* Will allow the user to perform various searches across all contracts including, but not limited to:

(a) Manufacturer
(b) Manufacturer's Part Number; and
(c) Product category(ies).

Agencies can browse GSA *Advantage!* by accessing the Internet World Wide Web utilizing a browser (ex: NetScape). The Internet address is http://www.fss.gsa.gov/.

17. **PURCHASE OF OPEN MARKET ITEMS**

**NOTE:** Open Market Items are also known as incidental items, noncontract items, non-Schedule items, and items not on a Federal Supply Schedule contract. ODCs (Other Direct Costs) are not part of this contract and should be treated at open market purchases. Ordering Activities procuring open market items must follow FAR 8.401(d).

For administrative convenience, an ordering activity contracting officer may add items not on the Federal Supply Multiple Award Schedule (MAS) -- referred to as open market items -- to a Federal Supply Schedule blanket purchase agreement (BPA) or an individual task or delivery order, **only if-**

(1) All applicable acquisition regulations pertaining to the purchase of the items not on the Federal Supply Schedule have been followed (e.g., publicizing (Part 5), competition requirements (Part 6), acquisition of commercial items (Part 12), contracting methods (Parts 13, 14, and 15), and small business programs (Part 19));

(2) The ordering activity contracting officer has determined the price for the items not on the Federal Supply Schedule is fair and reasonable;

(3) The items are clearly labeled on the order as items not on the Federal Supply Schedule; and

(4) All clauses applicable to items not on the Federal Supply Schedule are included in the order.

18. **CONTRACTOR COMMITMENTS, WARRANTIES AND REPRESENTATIONS:**

a. For the purpose of this contract, commitments, warranties and representations include, in addition to those agreed to for the entire schedule contract:

(1) Time of delivery/installation quotations for individual orders;

(2) Technical representations and/or warranties of products concerning performance, total system performance and/or configuration, physical, design and/or functional characteristics and capabilities of a product/equipment/ service/software package submitted in response to requirements which result in orders under this schedule contract.

(3) Any representations and/or warranties concerning the products made in any literature, description, drawings and/or specifications furnished by the contractor.

a. The above is not intended to encompass items not currently covered by the GSA Schedule Contract.

## 19. OVERSEAS ACTIVITIES:

The terms and conditions of this contract shall apply to all orders for installation, maintenance and repair of equipment in areas listed in the pricelist outside the 48 contiguous states and the District of Columbia, except as indicated below:

None

Upon request of the contractor, the ordering activity may provide the contractor with logistics support, as available, in accordance with all applicable ordering activity regulations. Such ordering activity support will be provided on a reimbursable basis, and will only be provided to the Contractor's technical personnel whose services are exclusively required for the fulfillment of the terms and conditions of this contract.

## 20. BLANKET PURCHASE AGREEMENTS (BPAs)

The use of BPAs under any schedule contract to fill repetitive needs for supplies or services is allowable. BPAs may be established with one or more schedule contractors. The number of BPAs to be established is within the discretion of the ordering activity establishing the BPA and should be based on a strategy that is expected to maximize the effectiveness of the BPA(s). Ordering activities shall follow FAR 8.405-3 when creating and implementing BPA(s).

## 21. CONTRACTOR TEAM ARRANGEMENTS

Contractors participating in contractor team arrangements must abide by all terms and conditions of their respective contracts. This includes compliance with Clauses 552.238-74, Industrial Funding Fee and Sales Reporting, i.e., each contractor (team member) must report sales and remit the IFF for all products and services provided under its individual contract.

## 22. INSTALLATION, DEINSTALLATION, REINSTALLATION

The Davis-Bacon Act (40 U.S.C. 276a-276a-7) provides that contracts in excess of $2,000 to which the United States or the District of Columbia is a party for construction, alteration, or repair (including painting and decorating) of public buildings or public works with the United States, shall contain a clause that no laborer or mechanic employed directly upon the site of the work shall received less than the prevailing wage rates as determined by the Secretary of Labor. The requirements of the Davis-Bacon Act do not apply if the construction work is incidental to the furnishing of supplies, equipment, or services. For example, the requirements do not apply to simple installation or alteration of a public building or public work that is incidental to furnishing supplies or equipment under a supply contract. However, if the construction, alteration or repair is segregable and exceeds $2,000, then the requirements of the Davis-Bacon Act applies.

> The ordering activity issuing the task order against this contract will be responsible for proper administration and enforcement of the Federal labor standards covered by the Davis-Bacon Act. The proper Davis-Bacon wage determination will be issued by the ordering activity at the time a request for quotations is made for applicable construction classified installation, deinstallation, and reinstallation services under SIN 132-8.

23. **SECTION 508 COMPLIANCE.**

If applicable, Section 508 compliance information on the supplies and services in this contract are available in Electronic and Information Technology (EIT) at the following:

The EIT standard can be found at: www.Section508.gov/.

24. **PRIME CONTRACTOR ORDERING FROM FEDERAL SUPPLY SCHEDULES.**

Prime Contractors (on cost reimbursement contracts) placing orders under Federal Supply Schedules, on behalf of an ordering activity, shall follow the terms of the applicable schedule and authorization and include with each order --

(a) A copy of the authorization from the ordering activity with whom the contractor has the prime contract (unless a copy was previously furnished to the Federal Supply Schedule contractor); and

(b) The following statement: This order is placed under written authorization from _______ dated ________. In the event of any inconsistency between the terms and conditions of this order and those of your Federal Supply Schedule contract, the latter will govern.

25. **INSURANCE—WORK ON A GOVERNMENT INSTALLATION (JAN 1997)(FAR 52.228-5)**

(a) The Contractor shall, at its own expense, provide and maintain during the entire performance of this contract, at least the kinds and minimum amounts of insurance required in the Schedule or elsewhere in the contract.

(b) Before commencing work under this contract, the Contractor shall notify the Contracting Officer in writing that the required insurance has been obtained. The policies evidencing required insurance shall contain an endorsement to the effect that any cancellation or any material change adversely affecting the Government's interest shall not be effective—

(1) For such period as the laws of the State in which this contract is to be performed prescribe; or

(2) Until 30 days after the insurer or the Contractor gives written notice to the Contracting Officer, whichever period is longer.

(c) The Contractor shall insert the substance of this clause, including this paragraph (c), in subcontracts under this contract that require work on a Government installation and shall require subcontractors to provide and maintain the insurance required in the Schedule or elsewhere in the contract. The Contractor shall maintain a copy of all subcontractors' proofs of required insurance, and shall make copies available to the Contracting Officer upon request.

26. **SOFTWARE INTEROPERABILITY**

Offerors are encouraged to identify within their software items any component interfaces that support open standard interoperability. An item's interface may be identified as interoperable on the basis of participation in a Government agency-sponsored program or in an independent organization program. Interfaces may be identified by reference to an interface registered in the component registry located at http://www.core.gov.

27. **ADVANCE PAYMENTS**

A payment under this contract to provide a service or deliver an article for the United States Government may not be more than the value of the service already provided or the article already delivered. Advance or pre-payment is not authorized or allowed under this contract. (31 U.S.C. 3324)

**TERMS AND CONDITIONS APPLICABLE TO PERPETUAL SOFTWARE LICENSES (SPECIAL ITEM 132-33) AND MAINTENANCE (SPECIAL ITEM 132-34) OF GENERAL PURPOSE COMMERCIAL INFORMATION TECHNOLOGY SOFTWARE**

1. **INSPECTION/ACCEPTANCE**

The Contractor shall only tender for acceptance those items that conform to the requirements of this contract. The ordering activity reserves the right to inspect or test any software that has been tendered for acceptance. The ordering activity may require repair or replacement of nonconforming software at no increase in contract price. The ordering activity must exercise its post acceptance rights (1) within a reasonable time after the defect was discovered or should have been discovered; and (2) before any substantial change occurs in the condition of the software, unless the change is due to the defect in the software.

2. **GUARANTEE/WARRANTY**

a. Unless specified otherwise in this contract, the Contractor's standard commercial guarantee/warranty as stated in the contract's commercial pricelist will apply to this contract.

b. The Contractor warrants and implies that the items delivered hereunder are merchantable and fit for use for the particular purpose described in this contract.

c. Limitation of Liability. Except as otherwise provided by an express or implied warranty, the Contractor will not be liable to the ordering activity for consequential damages resulting from any defect or deficiencies in accepted items.

3. **TECHNICAL SERVICES**

The Contractor, without additional charge to the ordering activity, shall provide a hot line technical support number **800-899-6665** for the purpose of providing user assistance and guidance in the implementation of the software. The technical support number is available from **8:30 AM** to **5:00 PM, EST, Monday to Friday, exclusive of Federal Government holidays**.

4. **SOFTWARE MAINTENANCE**

a. Software maintenance service shall include the following:

Telephone assistance to answer client questions during CSS' normal business hours. Distribution of all new releases, technical bulletins, manual updates and other licensed materials.

b. Invoices for maintenance service shall be submitted by the Contractor on a quarterly or monthly basis, after the completion of such period. Maintenance charges must be paid in arrears (31 U.S.C. 3324). PROMPT PAYMENT DISCOUNT, IF APPLICABLE, SHALL BE SHOWN ON THE INVOICE.

5. **PERIODS OF MAINTENANCE (132-34)**

a. The Contractor shall honor orders for periods for the duration of the contract period or a lessor period of time.

b. Maintenance may be discontinued by the ordering activity on thirty (30) calendar days written notice to the Contractor.

c. Annual Funding. When annually appropriated funds are cited on an order for maintenance, the period of the term licenses and/or maintenance shall automatically expire on September 30 of the contract period, or at the end of the contract period, whichever occurs first. Renewal of the maintenance orders citing the new appropriation shall be required, if the maintenance is to be continued during any remainder of the contract period.

d. Cross-Year Funding Within Contract Period. Where an ordering activity's specific appropriation authority provides for funds in excess of a 12 month (fiscal year) period, the ordering activity may place an order under this schedule contract for a period up to the expiration of the contract period, notwithstanding the intervening fiscal years.

e. Ordering activities should notify the Contractor in writing thirty (30) calendar days prior to the expiration of an order, if the maintenance is to be terminated at that time. Orders for the continuation of maintenance will be required if the maintenance is to be continued during the subsequent period.

**6. UTILIZATION LIMITATIONS - (132-33, AND 132-34)**

a. Software acquisition is limited to Commercial Computer Software defined in FAR Part 2.101.

b. When acquired by the Government, commercial computer software and related documentation so legend shall be subject to the following:

(1) Title to and ownership of the software and documentation shall remain with the Contractor, unless otherwise specified.

(2) Software licenses are by site and by agency. An agency is defined as a cabinet level or independent agency. The software may be used by any subdivision of the agency (service, bureau, division, command, etc.) that has access to the site the software is placed at, even if the subdivision did not participate in the acquisition of the software. Further, the software may be used on a sharing basis where multiple agencies have joint projects that can be satisfied by the use of the software placed at one agency's site. This would allow other agencies access to one agency's database. For Government public domain databases, user agencies and third parties may use the computer program to enter, retrieve, analyze and present data. The user agency will take appropriate action by instruction, agreement, or otherwise, to protect the Contractor's proprietary property with any third parties that are permitted access to the computer programs and documentation in connection with the user agency's permitted use of the computer programs and documentation. For purposes of this section, all such permitted third parties shall be deemed agents of the user agency.

(3) Except as is provided in paragraph 8.b(2) above, the Government shall not provide or otherwise make available the software or documentation, or any portion thereof, in any form, to any third party without the prior written approval of the Contractor. Third parties do not include prime Contractors, subcontractors and agents of the government who have the Government's permission to use the licensed software and documentation at the facility, and who have agreed to use the licensed software and documentation only

in accordance with these restrictions. This provision does not limit the right of the Government to use software, documentation, or information therein, which the Government may already have or obtains without restrictions.

(4) The Government shall have the right to use the computer software and documentation with the computer for which it is acquired at any other facility to which that computer may be transferred, or in cases of disaster recovery, the Government has the right to transfer the software to another site if the Government site for which it is acquired is deemed to be unsafe for Government personnel; to use the computer software and documentation with a backup computer when the primary computer is inoperative; to copy computer programs for safekeeping (archives) or backup purposes; to transfer a copy of the software to another site for purposes of benchmarking new hardware and/or software; and to modify the software and documentation or combine it with other software, provided that the unmodified portions shall remain subject to these restrictions.

(5) "Commercial Computer Software" may be marked with the Contractor's standard commercial restricted rights legend, but the schedule contract and schedule pricelist, including this clause, "Utilization Limitations" are the only governing terms and conditions, and shall take precedence and supersede any different or additional terms and conditions included in the standard commercial legend.

**7. SOFTWARE CONVERSIONS - (132-33)**

Full monetary credit will be allowed to the Government when conversion from one version of the software to another is made as the result of a change in operating system , or from one computer system to another. Under a perpetual license (132-33), the purchase price of the new software shall be reduced by the amount that was paid to purchase the earlier version.

**8. DESCRIPTIONS AND EQUIPMENT COMPATIBILITY**

The Contractor shall include, in the schedule pricelist, a complete description of each software product and a list of equipment on which the software can be used. Also included, shall be a brief, introductory explanation of the modules and documentation which are offered.

**9. RIGHT-TO-COPY PRICING**

The Contractor shall insert the discounted pricing for right-to-copy licenses.

**TERMS AND CONDITIONS APPLICABLE TO PURCHASE OF TRAINING COURSES FOR GENERAL PURPOSE COMMERCIAL INFORMATION TECHNOLOGY EQUIPMENT AND SOFTWARE (SPECIAL ITEM 132-50)**

## 1. SCOPE

a. The Contractor shall provide training courses normally available to commercial customers, which will permit ordering activity users to make full, efficient use of general purpose commercial IT products. Training is restricted to training courses for those products within the scope of this solicitation.

b. The Contractor shall provide training at the Contractor's facility and/or at the ordering activity's location, as agreed to by the Contractor and the ordering activity.

## 2. ORDER

Written orders, EDI orders (GSA Advantage! and FACNET), credit card orders, and orders placed under blanket purchase agreements (BPAs) shall be the basis for the purchase of training courses in accordance with the terms of this contract. Orders shall include the student's name, course title, course date and time, and contracted dollar amount of the course.

## 3. TIME OF DELIVERY

The Contractor shall conduct training on the date (time, day, month, and year) agreed to by the Contractor and the ordering activity.

## 4. CANCELLATIONS AND RESCHEDULING

a. The ordering activity will notify the Contractor at least seventy-two (72) hours before the scheduled training date, if a student will be unable to attend. The Contractor will then permit the ordering activity to either cancel the order or reschedule the training at no additional charge. In the event the training class is rescheduled, the ordering activity will modify its original training order to specify the time and date of the rescheduled training class.

b. In the event the ordering activity fails to cancel or reschedule a training course within the time frame specified in paragraph a, above, the ordering activity will be liable for the contracted dollar amount of the training course. The Contractor agrees to permit the ordering activity to reschedule a student who fails to attend a training class within ninety (90) days from the original course date, at no additional charge.

c. The ordering activity reserves the right to substitute one student for another up to the first day of class.

b. In the event the Contractor is unable to conduct training on the date agreed to by the Contractor and the ordering activity, the Contractor must notify the ordering activity at least seventy-two (72) hours before the scheduled training date.

**5. FOLLOW-UP SUPPORT**

The Contractor agrees to provide each student with unlimited telephone support for a period of one (1) year from the completion of the training course. During this period, the student may contact the Contractor's instructors for refresher assistance and answers to related course curriculum questions.

**6. PRICE FOR TRAINING**

The price that the ordering activity will be charged will be the ordering activity training price in effect at the time of order placement, or the ordering activity price in effect at the time the training course is conducted, whichever is less.

**7. INVOICES AND PAYMENT**

Invoices for training shall be submitted by the Contractor after ordering activity completion of the training course. Charges for training must be paid in arrears (31 U.S.C. 3324). PROMPT PAYMENT DISCOUNT, IF APPLICABLE, SHALL BE SHOWN ON THE INVOICE.

**8. FORMAT AND CONTENT OF TRAINING**

a. The Contractor shall provide written materials (i.e., manuals, handbooks, texts, etc.) normally provided with course offerings. Such documentation will become the property of the student upon completion of the training class.

b. For hands-on training courses, there must be a one-to-one assignment of IT equipment to students.

c. The Contractor shall provide each student with a Certificate of Training at the completion of each training course.

d. The Contractor shall provide the following information for each training course offered:

(1) The course title and a brief description of the course content, to include the course format (e.g., lecture, discussion, hands-on training);

(2) The length of the course;

(3) Mandatory and desirable prerequisites for student enrollment;

(4) The minimum and maximum number of students per class;

(5) The locations where the course is offered;

(6) Class schedules; and

(6) Price (per student, per class (if applicable)).

e. For those courses conducted at the ordering activity's location, instructor travel charges (if applicable), including mileage and daily living expenses (e.g., per diem charges) are governed by Pub. L. 99-234 and FAR Part 31.205-46, and are reimbursable by the ordering activity on orders placed under the Multiple Award Schedule, as applicable, in effect on the date(s) the travel is performed. Contractors cannot use GSA city pair contracts. The Industrial Funding Fee does NOT apply to travel and per diem charges.

**TERMS AND CONDITIONS APPLICABLE TO INFORMATION TECHNOLOGY (IT) PROFESSIONAL SERVICES (SPECIAL ITEM NUMBER 132-51) AND ELECTRONIC COMMERCE (EC) SERVICES (SPECIAL ITEM NUMBER 132-52)**

## 1. SCOPE

a. The prices, terms and conditions stated under Special Item Number 132-51 Information Technology Professional Services and Special Item Number 132-52 Electronic Commerce Services apply exclusively to IT/EC Services within the scope of this Information Technology Schedule.

b. The Contractor shall provide services at the Contractor's facility and/or at the ordering activity location, as agreed to by the Contractor and the ordering activity.

## 2. PERFORMANCE INCENTIVES

a. Performance incentives may be agreed upon between the Contractor and the ordering activity on individual fixed price orders or Blanket Purchase Agreements under this contract in accordance with this clause.

b. The ordering activity must establish a maximum performance incentive price for these services and/or total solutions on individual orders or Blanket Purchase Agreements.

c. Incentives should be designed to relate results achieved by the contractor to specified targets. To the maximum extent practicable, ordering activities shall consider establishing incentives where performance is critical to the ordering activity's mission and incentives are likely to motivate the contractor. Incentives shall be based on objectively measurable tasks.

## 3. ORDER

a. Agencies may use written orders, EDI orders, blanket purchase agreements, individual purchase orders, or task orders for ordering services under this contract. Blanket Purchase Agreements shall not extend beyond the end of the contract period; all services and delivery shall be made and the contract terms and conditions shall continue in effect until the completion of the order. Orders for tasks which extend beyond the fiscal year for which funds are available shall include FAR 52.232-19 (Deviation – May 2003) Availability of Funds for the Next Fiscal Year. The purchase order shall specify the availability of funds and the period for which funds are available.

b. All task orders are subject to the terms and conditions of the contract. In the event of conflict between a task order and the contract, the contract will take precedence.

## 4. PERFORMANCE OF SERVICES

a. The Contractor shall commence performance of services on the date agreed to by the Contractor and the ordering activity.

b. The Contractor agrees to render services only during normal working hours, unless otherwise agreed to by the Contractor and the ordering activity.

c. The ordering activity should include the criteria for satisfactory completion for each task in the Statement of Work or Delivery Order. Services shall be completed in a good and workmanlike manner.

d. Any Contractor travel required in the performance of IT/EC Services must comply with the Federal Travel Regulation or Joint Travel Regulations, as applicable, in effect on the date(s) the travel is performed.

Established Federal Government per diem rates will apply to all Contractor travel. Contractors cannot use GSA city pair contracts.

**5. STOP-WORK ORDER (FAR 52.242-15) (AUG 1989)**

(a) The Contracting Officer may, at any time, by written order to the Contractor, require the Contractor to stop all, or any part, of the work called for by this contract for a period of 90 days after the order is delivered to the Contractor, and for any further period to which the parties may agree. The order shall be specifically identified as a stop-work order issued under this clause. Upon receipt of the order, the Contractor shall immediately comply with its terms and take all reasonable steps to minimize the incurrence of costs allocable to the work covered by the order during the period of work stoppage. Within a period of 90 days after a stop-work is delivered to the Contractor, or within any extension of that period to which the parties shall have agreed, the Contracting Officer shall either-

(1) Cancel the stop-work order; or

(2) Terminate the work covered by the order as provided in the Default, or the Termination for Convenience of the Government, clause of this contract.

(b) If a stop-work order issued under this clause is canceled or the period of the order or any extension thereof expires, the Contractor shall resume work. The Contracting Officer shall make an equitable adjustment in the delivery schedule or contract price, or both, and the contract shall be modified, in writing, accordingly, if-

(1) The stop-work order results in an increase in the time required for, or in the Contractor's cost properly allocable to, the performance of any part of this contract; and

(2) The Contractor asserts its right to the adjustment within 30 days after the end of the period of work stoppage; provided, that, if the Contracting Officer decides the facts justify the action, the Contracting Officer may receive and act upon the claim submitted at any time before final payment under this contract.

(c) If a stop-work order is not canceled and the work covered by the order is terminated for the convenience of the Government, the Contracting Officer shall allow reasonable costs resulting from the stop-work order in arriving at the termination settlement.

(d) If a stop-work order is not canceled and the work covered by the order is terminated for default, the Contracting Officer shall allow, by equitable adjustment or otherwise, reasonable costs resulting from the stop-work order.

**6. INSPECTION OF SERVICES**

The Inspection of Services–Fixed Price (AUG 1996) (Deviation – May 2003) clause at FAR 52.246-4 applies to firm-fixed price orders placed under this contract. The Inspection–Time-and-Materials and Labor-Hour (JAN 1986) (Deviation – May 2003) clause at FAR 52.246-6 applies to time-and-materials and labor-hour orders placed under this contract.

**7. RESPONSIBILITIES OF THE CONTRACTOR**

The Contractor shall comply with all laws, ordinances, and regulations (Federal, State, City, or otherwise) covering work of this character. If the end product of a task order is software, then FAR 52.227-14 (Deviation – May 2003) Rights in Data – General, may apply.

## 8. RESPONSIBILITIES OF THE ORDERING ACTIVITY

Subject to security regulations, the ordering activity shall permit Contractor access to all facilities necessary to perform the requisite IT/EC Services.

## 9. INDEPENDENT CONTRACTOR

All IT/EC Services performed by the Contractor under the terms of this contract shall be as an independent Contractor, and not as an agent or employee of the ordering activity.

## 10. ORGANIZATIONAL CONFLICTS OF INTEREST

a. Definitions.

"Contractor" means the person, firm, unincorporated association, joint venture, partnership, or corporation that is a party to this contract.

"Contractor and its affiliates" and "Contractor or its affiliates" refers to the Contractor, its chief executives, directors, officers, subsidiaries, affiliates, subcontractors at any tier, and consultants and any joint venture involving the Contractor, any entity into or with which the Contractor subsequently merges or affiliates, or any other successor or assignee of the Contractor.

An "Organizational conflict of interest" exists when the nature of the work to be performed under a proposed ordering activity contract, without some restriction on ordering activities by the Contractor and its affiliates, may either (i) result in an unfair competitive advantage to the Contractor or its affiliates or (ii) impair the Contractor's or its affiliates' objectivity in performing contract work.

b. To avoid an organizational or financial conflict of interest and to avoid prejudicing the best interests of the ordering activity, ordering activities may place restrictions on the Contractors, its affiliates, chief executives, directors, subsidiaries and subcontractors at any tier when placing orders against schedule contracts. Such restrictions shall be consistent with FAR 9.505 and shall be designed to avoid, neutralize, or mitigate organizational conflicts of interest that might otherwise exist in situations related to individual orders placed against the schedule contract. Examples of situations, which may require restrictions, are provided at FAR 9.508.

## 11. INVOICES

The Contractor, upon completion of the work ordered, shall submit invoices for IT/EC services. Progress payments may be authorized by the ordering activity on individual orders if appropriate. Progress payments shall be based upon completion of defined milestones or interim products. Invoices shall be submitted monthly for recurring services performed during the preceding month.

## 12. PAYMENTS

For firm-fixed price orders the ordering activity shall pay the Contractor, upon submission of proper invoices or vouchers, the prices stipulated in this contract for service rendered and accepted. Progress payments shall be made only when authorized by the order. For time-and-materials orders, the Payments under Time-and-Materials and Labor-Hour Contracts at FAR 52.232-7 (DEC 2002), (Alternate II – Feb 2002) (Deviation – May 2003) applies to time-and-materials orders placed under this contract. For labor-hour orders, the Payment under Time-and-Materials and Labor-Hour Contracts at FAR 52.232-7 (DEC 2002), (Alternate II – Feb 2002) (Deviation – May 2003)) applies to labor-hour orders placed under this contract.

## 13. RESUMES

Resumes shall be provided to the GSA Contracting Officer or the user ordering activity upon request.

## 14. INCIDENTAL SUPPORT COSTS

Incidental support costs are available outside the scope of this contract. The costs will be negotiated separately with the ordering activity in accordance with the guidelines set forth in the FAR.

## 15. APPROVAL OF SUBCONTRACTS

The ordering activity may require that the Contractor receive, from the ordering activity's Contracting Officer, written consent before placing any subcontract for furnishing any of the work called for in a task order.

## 16. DESCRIPTION OF IT/EC SERVICES AND PRICING

a. The Contractor shall provide a description of each type of IT/EC Service offered under Special Item Numbers 132-51 and 132-52. IT/EC Services should be presented in the same manner as the Contractor sells to its commercial and other ordering activity customers. If the Contractor is proposing hourly rates, a description of all corresponding commercial job titles (labor categories) for those individuals who will perform the service should be provided.

b. Pricing for all IT/EC Services shall be in accordance with the Contractor's customary commercial practices; e.g., hourly rates, monthly rates, term rates, and/or fixed prices.

The following is an example of the manner in which the description of a commercial job title should be presented:

EXAMPLE: Commercial Job Title: System Engineer

Minimum/General Experience: Three (3) years of technical experience which applies to systems analysis and design techniques for complex computer systems. Requires competence in all phases of systems analysis techniques, concepts and methods; also requires knowledge of available hardware, system software, input/output devices, structure and management practices.

Functional Responsibility: Guides users in formulating requirements, advises alternative approaches, conducts feasibility studies.

Minimum Education: Bachelor's Degree in Computer Science

# USA COMMITMENT TO PROMOTE SMALL BUSINESS PARTICIPATION PROCUREMENT PROGRAMS

## PREAMBLE

**COMPUSEARCH SOFTWARE SYSTEMS, INC.** provides commercial products and services to the ordering activities. We are committed to promoting participation of small, small disadvantaged and women-owned small businesses in our contracts. We pledge to provide opportunities to the small business community through reselling opportunities, mentor-protégé programs, joint ventures, teaming arrangements, and subcontracting.

## COMMITMENT

To actively seek and partner with small businesses.

To identify, qualify, mentor and develop small, small disadvantaged and women-owned small businesses by purchasing from these businesses whenever practical.

To develop and promote company policy initiatives that demonstrate our support for awarding contracts and subcontracts to small business concerns.

To undertake significant efforts to determine the potential of small, small disadvantaged and women-owned small business to supply products and services to our company.

To insure procurement opportunities are designed to permit the maximum possible participation of small, small disadvantaged, and women-owned small businesses.

To attend business opportunity workshops, minority business enterprise seminars, trade fairs, procurement conferences, etc., to identify and increase small businesses with whom to partner.

To publicize in our marketing publications our interest in meeting small businesses that may be interested in subcontracting opportunities.

We signify our commitment to work in partnership with small, small disadvantaged and women-owned small businesses to promote and increase their participation in ordering activity contracts. To accelerate potential opportunities please contact

Reid Jackson
President
Compusearch Software Systems, Inc.
TEL: 703-481-3699
FAX: 703-481-3442
rjackson@compusearch.com

**SUGGESTED Blanket Purchase Agreement (BPA) format in the proposed FSS IT Schedule Pricelist.**

**BEST VALUE**
**BLANKET PURCHASE AGREEMENT**
**FEDERAL SUPPLY SCHEDULE**
**(Insert Customer Name)**

In the spirit of the Federal Acquisition Streamlining Act
_(Ordering activity)__ and __(Contractor)__ enter into a cooperative agreement to further reduce the administrative costs of acquiring commercial items from the General Services Administration (GSA) Federal Supply Schedule Contract(s) __________________.

Federal Supply Schedule contract BPAs eliminate contracting and open market costs such as: search for sources; the development of technical documents, solicitations and the evaluation of offers. Teaming Arrangements are permitted with Federal Supply Schedule Contractors in accordance with Federal Acquisition Regulation (FAR) 9.6.

This BPA will further decrease costs, reduce paperwork, and save time by eliminating the need for repetitive, individual purchases from the schedule contract. The end result is to create a purchasing mechanism for the **ordering activity that works better and costs less.**

**Signatures**

| | | | |
|---|---|---|---|
| ORDERING ACTIVITY | DATE | CONTRACTOR | DATE |

BPA NUMBER____________

**(CUSTOMER NAME)**
**BLANKET PURCHASE AGREEMENT**

Pursuant to GSA Federal Supply Schedule Contract Number(s)__________, Blanket Purchase Agreements, the Contractor agrees to the following terms of a Blanket Purchase Agreement (BPA) EXCLUSIVELY WITH (Ordering Activity):

(1) The following contract items can be ordered under this BPA. All orders placed against this BPA are subject to the terms and conditions of the contract, except as noted below:

| MODEL NUMBER/PART NUMBER | *SPECIAL BPA DISCOUNT/PRICE |
| --- | --- |
| ______________________ | ______________________ |
| ______________________ | ______________________ |

(2) Delivery:

| DESTINATION | DELIVERY SCHEDULE/DATES |
| --- | --- |
| ______________________ | ______________________ |
| ______________________ | ______________________ |

(3) The ordering activity estimates, but does not guarantee, that the volume of purchases through this agreement will be ____________.

(4) This BPA does not obligate any funds.

(5) This BPA expires on ______________ or at the end of the contract period, whichever is earlier.

(6) The following office(s) is hereby authorized to place orders under this BPA:

| OFFICE | POINT OF CONTACT |
| --- | --- |
| ______________________ | ______________________ |
| ______________________ | ______________________ |

(7) Orders will be placed against this BPA via Electronic Data Interchange (EDI), FAX, or paper.

(8) Unless otherwise agreed to, all deliveries under this BPA must be accompanied by delivery tickets or sales slips that must contain the following information as a minimum:

(a) Name of Contractor;

(b) Contract Number;

(c) BPA Number;

(d) Model Number or National Stock Number (NSN);

(e) Purchase Order Number;

(f) Date of Purchase;

(g) Quantity, Unit Price, and Extension of Each Item (unit prices and extensions need not be shown when incompatible with the use of automated systems; provided, that the invoice is itemized to show the information); and

(h) Date of Shipment.

(9) The requirements of a proper invoice are specified in the Federal Supply Schedule contract. Invoices will be submitted to the address specified within the purchase order transmission issued against this BPA.

(10) The terms and conditions included in this BPA apply to all purchases made pursuant to it. In the event of an inconsistency between the provisions of this BPA and the Contractor's invoice, the provisions of this BPA will take precedence.

**BASIC GUIDELINES FOR USING**
**"CONTRACTOR TEAM ARRANGEMENTS"**

Federal Supply Schedule Contractors may use "Contractor Team Arrangements" (see FAR 9.6) to provide solutions when responding to an ordering activity requirements.

These Team Arrangements can be included under a Blanket Purchase Agreement (BPA). BPAs are permitted under all Federal Supply Schedule contracts.

Orders under a Team Arrangement are subject to terms and conditions or the Federal Supply Schedule Contract.

Participation in a Team Arrangement is limited to Federal Supply Schedule Contractors.

Customers should refer to FAR 9.6 for specific details on Team Arrangements.

Here is a general outline on how it works:

- The customer identifies their requirements.
- Federal Supply Schedule Contractors may individually meet the customers needs, or -
- Federal Supply Schedule Contractors may individually submit a Schedules "Team Solution" to meet the customer's requirement.
- Customers make a best value selection.

GSA Schedule

*GSA FSS Authorized*

# IT SCHEDULE PRICELIST

COMPUSEARCH™
SOFTWARE SYSTEMS, INC.

| SIN | PART NO. | PRODUCT DESCRIPTION | GSA | WRNTY | POINT | STAR |
|---|---|---|---|---|---|---|
| 132-34 | EA-04 | **EC ANNUAL SUBSCRIPTION SUPPORT** **EC Web Subscription** allows Agencies to send/receive and Vendors to respond to EDI transactions (RFQ's) via the Internet/Intranet. | $57,756.19 | 30Days | US | N/A |
| 132-33 | FW-04 | **FARA AND DATABASE SOFTWARE** **FARA Res. & Doc. Assembly - LAN: (5 Seats)** LAN version of FW-02 and allows five (5) users. | $16,512.78 | 30Days | US | N/A |
| 132-33 | FW-05 | **FARA LAN** **Additional Seats (Each)** Allows additional users for FW-03 and FW-04 use. | $384.33 | 30Days | US | N/A |
| 132-33 | FW-06 | User Specific Databases (Each) Allows Agency specific database clauses to be researched and included in a procurement solicitation. | $667.34 | 30Days | US | N/A |
| 132-33 | FW-07 | FAR or DFAR Databases and Checklists Provide the FAR or DFAR database clauses to be researched and included in a procurement solicitation. | $833.62 | 30Days | US | N/A |
| | | **FARA AND DATABASE ANNUAL SUBSCRIPTION SUPPORT** | | | | |
| 132-34 | FY-04 | FARA Res. & Doc. Assembly - LAN: **(5 Seats)** Subscription Support for FW-04. | $3,632.81 | 30Days | US | N/A |
| 132-34 | FY-05 | **FARA LAN** **Additional Seats (Each)** Subscription Support for FW-05. | $84.79 | 30Days | US | N/A |
| 132-34 | FY-06 | **User Specific Databases Updates (Each)** Subscription Support for FW-06. | $734.07 | 30Days | US | N/A |
| 132-34 | FY-07 | **FAR or DFAR Database Updates (Each)** Subscription Support for FW-07. | $1,205.28 | 30Days | US | N/A |
| | | **ORACLE DATABASE ANNUAL SUBSCRIPTION SUPPORT** | | | | |
| 132-34 | DB-01 | **ORACLE Gold** ORACLE Database Administration within a 50-mile radius of Washington, D.C., with four (4) hours on-site support per week and weekly on-site evaluation and assistance. | $33,036.57 | 30Days | US | N/A |
| 132-34 | DB-02 | **ORACLE Silver** ORACLE Database Administration within a 50 mile radius of Washington, D.C. with four (4) hours on-site support per month and monthly on-site evaluation and assistance. | $19,821.94 | 30Days | US | N/A |
| 132-34 | DB-03 | **ORACLE Bronze** ORACLE Database Administration within a 50-mile radius of Washington, D.C. with quarterly on-site evaluation and assistance. | $9,910.97 | 30Days | US | N/A |

| SIN | PART NO. | PRODUCT DESCRIPTION | GSA | WRNTY | POINT | STAR |
|---|---|---|---|---|---|---|
| 132-34 | DB-04 | Platinum Support Plan with up to 8 hours support per week not to exceed 35 hours in a month within a 50-mile radius of Washington, DC. Includes all database upgrades of PRISM releases, all upgrades of Certified Oracle Releases, Database Maintenance, Database Backups and Recovery. | $74,582.57 | 30Days | US | N/A |
| | | **PRISM WEB SOFTWARE** | | | | |
| 132-33 | WEB-01 | **Prism Web Procurement System (10 Seats)** Software which allows ten (10) users license to contract management functionality. Software includes Requisition/Inbox, Milestones, Solicitations/Bids, Contracts, Simplified Acquisitions (Delivery Orders, Purchase Orders, BPA Set-up, and BPA Call), and System Administration Modules (Set-up, Utilities, and Bypasses) and capability to perform research and document assembly based on acquisition regulations (FARA). 508 Compliant | $176,023.27 | 30Days | US | N/A |
| 132-33 | WEB-02 | **Prism Web Buyer Additional Seats (Each) Additional** full seat licenses for use with WEB-01 & WEB-04 | | | | |
| | | **11 - 50 Seats** | $1,249.20 | 30Days | US | N/A |
| | | **51 - 100 Seats** | $1,135.63 | 30Days | US | N/A |
| | | **101 - 150 Seats** | $1,022.07 | 30Days | US | N/A |
| | | **151 - 200 Seats** | $908.51 | 30Days | US | N/A |
| | | **201 - 500 Seats** | $851.79 | 30Days | US | N/A |
| | | **501+ Seats** | $766.72 | 30Days | US | N/A |
| 132-33 | WEB-03 | **Prism Web Non-Buyer Additional Seats (Each) A** seat license, which allows a Requisitioner, Approver, or Receiver to utilize applicable functions in WEB-01 and WEB-04. | | | | |
| | | **1 - 50 Seats** | $539.46 | 30Days | US | N/A |
| | | **51 - 100 Seats** | $511.10 | 30Days | US | N/A |
| | | **101 - 150 Seats** | $454.25 | 30Days | US | N/A |
| | | **151 - 200 Seats** | $397.54 | 30Days | US | N/A |
| | | **201 - 500 Seats** | $340.69 | 30Days | US | N/A |
| | | **501+ Seats** | $312.75 | 30Days | US | N/A |
| 132-33 | WEB-04 | **Upgrade from Prism Windows to Prism Web Procurement System -** Upgrade which converts Prism Windows users to the full Prism Web functionality as described in WEB-01. The price for the conversion will be calculated based on the current configuration at the date of the conversion using WEB-01, WEB-02, and WEB-03 to calculate the Prism Web cost. | | | | |

| SIN | PART NO. | PRODUCT DESCRIPTION | GSA | WRNTY | POINT | STAR |
|---|---|---|---|---|---|---|
| | | **OPTIONAL PRISM WEB MODULES** | | | | |
| 132-33 | RW-02 | **Purchase Card Module** Same functionality as PW-03, except connectivity is Internet/Intranet based for purchase card holder transactions only. | $5,561.16 | 30Days | US | N/A |
| 132-33 | RW-03 | **Catalog Delivery Order Module** License to enter orders utilizing catalog search and selection functionality via the Internet/Intranet | $13,902.89 | 30Days | US | N/A |
| 132-33 | RW-04 | **Receiving Module** Same functionality as PW-05, except connectivity is via the Internet/Intranet. | $5,561.16 | 30Days | US | N/A |
| 132-33 | RW-05 | **Planning Module** Allow project managers an ability to create and track activity via the Internet/Intranet. | $19,821.94 | 30Days | US | N/A |
| 132-33 | RW-08 | **MIPR Module** Allows Agency transfer of funds via Internet/Intranet | $16,518.29 | 30Days | US | N/A |
| 132-33 | RW-09 | **OCI Interface -** Standard API's* as defined in the Oracle/Compusearch Joint Description Document dated 3/21/01. Labor support for agency mapping requirements, exclusive of enhancements | $136,275.87 | 30Days | US | N/A |
| 132-33 | RW-10 | **IAA Module** Allows the management of such an agreement via the Internet/Intranet | $6,607.31 | 30Days | US | N/A |
| 132-33 | RW-11 | **APP Module** Allows the creation and updates to the Advanced Procurement Planning Document via the Internet/Intranet | $6,607.31 | 30Days | US | N/A |
| 132-33 | RW-12 | **Invoice Module -** Allows the input, edit, and approval of invoices via the Internet/Intranet | $18,019.95 | 30Days | US | N/A |
| 132-33 | RW-13 | **Acquisition Package -** Provides capability to generate acquisition related documents to support a procurement request. Labor Hours to customize solution to individual agency business practices is not included in this license price. | $40,044.33 | 30Days | US | N/A |
| 132-33 | RW-14 | **NAFI Interface -** Allows automated upload of contracts and document files from PRISM to Naval Air Force Interface (NAFI). | $28,406.45 | 30Days | US | N/A |
| 132-33 | RW-15 | **FPDS-NG Module -** Allows the reporting of data via the Internet. | $20,009.65 | 30Days | US | N/A |
| 132-33 | RW-17 | **Best Value Source Selection Module -** Supports the creation of weighted scorecards used in Best Value Evaluations. | $42,046.55 | 30Days | US | N/A |
| 132-33 | RW-19 | **CCR Real Time Module -** Allows PRISM users to add vendors to the PRISM Vendor database directly from CCR in real time, as well as update existing vendors using up to the minute CCR data. A CCR account is required for this module. CCR account applications are available from the CCR web site. | $20,009.65 | 30Days | US | N/A |

| SIN | PART NO. | PRODUCT DESCRIPTION | GSA | WRNTY | POINT | STAR |
|---|---|---|---|---|---|---|
| 132-33 | RW-20 | **FedConnect Module** -- Allows PRISM to send and receive communications with the FedConnect subscription service, as well as configure solicitations and bid evaluations to for use with the FedConnect subscription service. This line item does not include the cost of the subscription to FedConnect (See RM-20)<br>**Those areas, which specifically apply to PRISM and resides in our ORACLE database.* | $146,184.54 | 30Days | US | N/A |
| | | **PRISM WEB ANNUAL SUBSCRIPTION SUPPORT** | | | | |
| 132-34 | WEBM-01 | **Prism Web Procurement System (10 Seats).** Subscription Support for WEB-01 and WEB-04 | $45,507.88 | 30Days | US | N/A |
| 132-34 | WEBM-02 | **PRISM WEB Buyer Additional Seats (Each)** Subscription Support for WEB-02 | | | | |
| | | **11 - 50 Seats** | $312.34 | 30Days | US | N/A |
| | | **51 - 100 Seats** | $283.98 | 30Days | US | N/A |
| | | **101 - 150 Seats** | $255.48 | 30Days | US | N/A |
| | | **151 - 200 Seats** | $227.13 | 30Days | US | N/A |
| | | **201 - 500 Seats** | $212.95 | 30Days | US | N/A |
| | | **501+ Seats** | $191.75 | 30Days | US | N/A |
| 132-34 | WEBM-03 | **PRISM WEB Non-Buyer Additional Seats (Each)** Subscription Support for WEB-03 | | | | |
| | | **1 - 50 Seats** | $134.90 | 30Days | US | N/A |
| | | **51 - 100 Seats** | $127.74 | 30Days | US | N/A |
| | | **101 - 150 Seats** | $113.57 | 30Days | US | N/A |
| | | **151 - 200 Seats** | $99.39 | 30Days | US | N/A |
| | | **201 - 500 Seats** | $85.21 | 30Days | US | N/A |
| | | **501+ Seats** | $78.19 | 30Days | US | N/A |
| | | **ANNUAL SUBSCRIPTION SUPPORT - OPTIONAL PRISM WEB MODULES** | | | | |
| 132-34 | RM-02 | **Purchase Card Module** Subscription Support for RW-02 | $1,223.45 | 30Days | US | N/A |
| 132-34 | RM-03 | **Catalog Delivery Order Module** Subscription Support for RW-03 | $3,058.64 | 30Days | US | N/A |
| 132-34 | RM-04 | **Receiving Module** Subscription Support for RW-04 | $1,223.45 | 30Days | US | N/A |
| 132-34 | RM-05 | **Planning Module** Subscription Support for RW-05 | $4,955.49 | 30Days | US | N/A |
| 132-34 | RM-08 | **MIPR Module** Subscription Support for RW-08 | $4,129.57 | 30Days | US | N/A |
| 132-34 | RM-09 | **OCI Module** - Subscription Support for RW-09 | $34,068.97 | 30Days | US | N/A |
| 132-34 | RM-10 | **IAA Module** - Subscription Support for RW-10 | $1,651.83 | 30Days | US | N/A |
| 132-34 | RM-11 | **APP Module** - Subscription Support for RW-11 | $1,651.83 | 30Days | US | N/A |

| SIN | PART NO. | PRODUCT DESCRIPTION | GSA | WRNTY | POINT | STAR |
|---|---|---|---|---|---|---|
| 132-34 | RM-12 | **Invoice Module** - Subscription Support for RW-12 | $4,504.99 | 30Days | US | N/A |
| 132-34 | RM-13 | **Acquisition Package**- Subscription Support for RW-13 | $10,011.08 | 30Days | US | N/A |
| 132-34 | RM-14 | **NAFI Interface** - Subscription Support for RW-14 | $7,101.61 | 30Days | US | N/A |
| 132-34 | RM-15 | **FPDS-NG Module** - Subscription Support for RW-15 | $10,004.83 | 30Days | US | N/A |
| 132-34 | RM-17 | **Best Value Source Selection Module** - Subscription Support for RW-17 | $10,887.05 | 30Days | US | N/A |
| 132-34 | RM-19 | **CCR Real Time Module** - Subscription Support for RW-19 | $10,004.83 | 30Days | US | N/A |
| 132-34 | RM-20 | **FedConnect Module** - Subscription Support for RW-20 | $36,546.14 | 30Days | US | N/A |
| | | **TRAINING** | | | | |
| 132-50 | TT-01 | **FARA System - One (1) Day** User training for the FARA software. Students create Solicitations and Contracts using FAR matrices, Agency specific checklists and clause decision lists. Students learn how to search the FAR and Agency specific databases. Students are shown how to create Customized Databases and Agency specific checklists. System Administration is also shown. Uses the FARA Workbook. | $214.41 | 30Days | US | N/A |
| 132-50 | TT-05 | **PRISM Non-Buyer - One (1) Day** Non-Buyer training for the PRISM software. Routing for Approval and Review is shown. Post award features such as Receiving, Inspection and Acceptance are also discussed. Uses the PRISM User Workbook. | $214.41 | 30Days | US | N/A |
| 132-50 | TT-07 | **PRISM System Administration - Two (2) Days** Administration training for the PRISM software. Students learn how to configure PRISM for their agency needs. Configuration includes: configuration of agency's business rules; setup of codes & templates used in system; adding/editing agency clause databases & clause templates; Archiving; System Bypasses; Requisition Rollover, Recurring Obligations; creating users, vendors and office addresses; and configuring routing lists and security groups. Uses the PRISM System Administrator Workbook. | $428.81 | 30Days | US | N/A |

| SIN | PART NO. | PRODUCT DESCRIPTION | GSA | WRNTY | POINT | STAR |
|---|---|---|---|---|---|---|
| 132-50 | TT-08 | **PRISM Large Contracts - Five (5) Days** User training for the PRISM large contracts software modules. Students create Requisitions, solicitations and Contracts. Contract types include Fixed-price, Cost and indefinite Delivery as well as hybrid contracts. Post award features such as Receiving, Inspection, Acceptance and Closeout are also discussed. Students are shown how to set up Milestone Plans as well as Advanced Procurement Plans. Document workflow and workload management are also discussed. Uses the PRISM Web user Workbook. | $1,072.03 | 30Days | US | N/A |
| 132-50 | TT-09 | **PRISM Small Purchases - Four (4) Days** User training for the PRISM small purchases software modules. Students create Requisition, Solicitations and Small Purchase Awards such as Purchase Orders, Delivery Orders against GSA schedules, Delivery Orders/Task Orders against PRISM Contracts, BPAs, BPA Calls and Credit Card awards. Post award features such as Receiving, Inspection, Acceptance and Closeout are also discussed. Document workflow and workload management are also discussed. Uses the PRISM Web User Workbook. | $857.63 | 30Days | US | N/A |
| | | *Training class size is a minimum of six (6) students, maximum of ten (10) students on Compusearch site or twelve (12) students on the Government site. The above reflects the cost for one (1) student for the duration of the class.* | | | | |
| | | **MANUALS** | | | | |
| 132-50 | TM-08 | **PRISM REQUISITIONER Manual** Requisitioner Manual, which describes software functionality. | $51.21 | 30Days | US | N/A |
| 132-50 | TM-09 | **PRISM User Manual** PRISM Manual, which describes complete functionality of the entire system. | $100.21 | 30Days | US | N/A |
| 132-50 | TM-10 | **PRISM System Administration Manual** PRISM System Administration Manual, which describes software functionality. | $89.20 | 30Days | US | N/A |

| SIN | PART NO. | PERSONNEL DESCRIPTION | GSA |
|---|---|---|---|
| | | **PROFESSIONAL INFORMATION TECHNOLOGY SERVICES *** | |
| 132-51 | CS-01 | **Customization/Enhancement** proposals for site or agency specific requirements will be provided on a fixed price basis using the labor categories and rates included in this schedule | |
| 132-51 | CSS-002 | **Database Administrator**<br><br>**Minimum/General Experience:** Considerable (typically 4+ years) experience, with demonstrated experience using current DBMS technologies, application design and DBMS internals. Proven ability to work with client personnel to optimize system database performance.<br><br>**Functional Responsibility:** Manages database programs. Provides highly technical expertise in the use of Database Management Systems (DBMS) concepts. Evaluates and recommends available DBMS products and services to support validated user requirements. Defines file organization, indexing methods, and security procedures for specific Compusearch user applications.<br><br>**Minimum Education:** Bachelors degree in Computer Science, Information Systems, Engineering, Business, or other related scientific or technical discipline. | $281.04 |
| 132-51 | CSS-005 | **Application Requirements Manager**<br><br>**Minimum General Experience:** Significant (typically 4+ years) of management experience in a technology or service industry with a successful record of accomplishments. Responsible for setting business direction within the automated procurement industry. Experience in Compusearch application implementation, product engineering, product development, or technical services.<br><br>**Functional Responsibility:** Gather information to define strategy and requirements for Compusearch applications. Recommend future direction of product releases. Communicate effectively with other members of senior management team. Work with other managers to communicate timing and delivery of development activities.<br><br>**Minimum Education:** BA/BS in Computer Science, Engineering, or related field and/or equivalent experience. | $227.64 |
| 132-51 | CSS-007 | **Senior Support Manager**<br><br>**Minimum General Experience:** Significant (typically 4+ years) experience in a customer support consulting environment. High level of technical competence relative to Compusearch application functionality.<br><br>**Functional Responsibility:** Perform analysis of client requirements and relate them to application specifications. Manage application implementations. Provide consulting services to the clients regarding integrated applications. Possess skills in designing and developing approaches to satisfy clients' business needs.<br><br>**Minimum Education:** BA/BS in Computer Science, Information Systems, Business, or related field and/or equivalent experience. | $166.94 |

| SIN | PART NO. | PERSONNEL DESCRIPTION | GSA |
|---|---|---|---|
| 132-51 | CSS-008 | **Senior Internet Systems Engineer**<br><br>**Minimum General Experience:** Considerable (typically 4+ years) in internet/intranet systems development, functional and data requirements analysis, systems analysis, and program development. Experience managing implementation of standard internet/intranet protocols and programming languages to build web pages and business applications. Possess leadership and/or supervisory skills.<br><br>**Functional Responsibility:** Apply set of disciplines for planning, analysis, design, and development of Compusearch internet/intranet systems. Analysis of clients' processes and adaptation of products to clients' needs. Transform client needs into project design specifications. Provide expertise and advise on interactive and multimedia-related issues, and evaluate emerging technologies. Develop and administer client-designed DB solutions. Prepare detailed design documents. Provide supervision and direction to staff on technical assignments in development.<br><br>**Minimum Education:** BA/BS in Computer Science, Business, or related field and/or equivalent experience. | $196.73 |
| 132-51 | CSS-009 | **Senior Developer**<br><br>**Minimum General Experience:** Considerable (typically 4+ years) in information systems development, functional and data requirements analysis, systems analysis, and program design. Experience managing implementation of information/software engineering projects and either in systems design, programming, or DBA with knowledge/experience in CASE tools/methods, or functional experience performing business systems analysis working with RDBMS application products.<br><br>**Functional Responsibility:** Apply set of Compusearch disciplines for planning, analysis, design, and development of applications for implementation. Analysis of clients' processes and adaptation of products to clients' needs. Transform client needs into project design specifications. Develop and support client or web based automated procurement solutions. Prepare detailed design documents of development processes.<br><br>**Minimum Education:** BA/BS in Computer Science, Information Systems, Business, or related field and/or equivalent experience. | $166.94 |
| 132-51 | CSS-010 | **Senior Network Engineer**<br><br>**Minimum General Experience:** Considerable (typically 2+ years) experience in software applications implementation, or functional experience performing business systems analysis working with RDBMS applications products. Should possess specific industry experience. Solid ability to perform analysis and design of application platform. Experience may include that with PL/SQL, UNIX, and Windows NT development environment and in database design and entity relationship modeling<br><br>**Functional Responsibility:** Develop standards for use in designing and building Compusearch integrated, shared software and database management systems. Apply QA standards to design, develop, and test of packaged application. Ensure that project-testing tasks are completed thoroughly and on time with the highest quality standards. Convert specifications into design and convert design into deliverables on schedule. Perform quality assurance on all platform deliverables.<br><br>**Minimum Education:** BA/BS in Computer Science, Electrical Engineering, or related field and/or equivalent experience. | $121.41 |

| SIN | PART NO. | PERSONNEL DESCRIPTION | GSA |
|---|---|---|---|
| 132-51 | CSS-011 | **Application Staff Engineer**<br><br>**Minimum General Experience:** Fundamental (typically 1+ years) experience performing application software implementation activities. Experience working with RDBMS products and functional experience performing business systems analysis working with application products. Knowledge of applicable standards and functionality.<br><br>**Functional Responsibility:** Analyze and study complex information systems requirements. Provide client support using formal specifications, data-flow diagrams and other accepted design techniques. Demonstrated ability to work with client to impart Compusearch application functionality at the user level.<br><br>**Minimum Education:** BA/BS in Computer Science, Information Systems, or related field and/or equivalent experience. | $101.17 |
| 132-51 | CSS-012 | **Documentation/QA Engineer**<br><br>**Minimum General Experience:** Experience (typically 1+ years) providing design, compliance and testing of business system software, or functional experience performing business systems analysis working with applications products. Knowledge of computer software and ability to perform analysis of software to satisfy design objectives. Related writing skills needed.<br><br>**Functional Responsibility:** Experience with Compusearch applications based on RDBMS products. Test, debug, and refine application software to produce required product. Prepare required documentation including program and user-level information. Experience in application requirements and program specifications. Ability to work with multiple cross-functional teams.<br><br>**Minimum Education:** BA/BS in Computer Science, Information Systems, Engineering, or related field and/or equivalent experience. | $111.29 |
| 132-51 | CSS-013 | **Senior Systems Analyst**<br><br>**Minimum General Experience:** Considerable (typically 4+ years) experience in software applications implementation, or functional experience performing business systems analysis working with RDBMS applications products. Should possess specific industry experience. Solid ability to perform analysis and design of application platform and to oversee development of such. Experience may include that with PL/SQL, UNIX, and Windows NT development environment and in database design and entity relationship modeling<br><br>**Functional Responsibility:** Develop standards for use in designing and building Compusearch integrated, shared software and database management systems. Apply QA standards to design, develop, and test of packaged application. Ensure that project-testing tasks are completed thoroughly and on time with the highest quality standards. Convert specifications into design and convert design into deliverables on schedule. Perform quality assurance on all platform deliverables.<br><br>**Minimum Education:** BA/BS in Computer Science, Electrical Engineering, or related field and/or equivalent experience. | $134.90 |

| SIN | PART NO. | PRODUCT DESCRIPTION | GSA | WRNTY | POINT | STAR |
|---|---|---|---|---|---|---|
| | | **ELECTRONIC COMMERCE SERVICES** | | | | |
| 132-52 | FC-01 | **FedConnect** Allows agencies to capture and manage efficiently both transactions and interactions with vendors in a structured and secure environment. It controls vendor communication and data exchanges, and helps to manage contractor relationships throughout the acquisition cycle. For Federal Government agencies, it is the perfect complement to FedBizOpps. 508 Compliant. Unlimited FedConnect Enterprise Subscription. | $100,755.67 | 30Days | US | N/A |
| 132-52 | FC-02 | **FedConnect** Transaction-Based Subscription Fee. Scaling Factor (Buyer-initiated actions** per trailing 6 mos.) | | | | |
| | | <= 1,000 Transactions Per Month | $15,113.35 | 30Days | US | N/A |
| | | 1,001 to 5,000 Transactions Per Month | $22,670.03 | 30Days | US | N/A |
| | | 5,001 to 9,000 Transactions Per Month | $30,226.70 | 30Days | US | N/A |
| | | 9,001 to 13,000 Transactions Per Month | $37,783.38 | 30Days | US | N/A |
| | | 13,001 to 17,000 Transactions Per Month | $45,340.05 | 30Days | US | N/A |
| | | 17,001 to 23,000 Transactions Per Month | $52,896.73 | 30Days | US | N/A |
| | | 23,001 to 28,000 Transactions Per Month | $60,453.40 | 30Days | US | N/A |
| | | 28,001 to 40,000 Transactions Per Month | $68,010.08 | 30Days | US | N/A |
| | | 40,001 to 50,000 Transactions Per Month | $75,566.75 | 30Days | US | N/A |
| | | 50,001 to 75,000 Transactions Per Month | $83,123.43 | 30Days | US | N/A |
| | | 75,001 to 100,000 Transactions Per Month | $90,680.10 | 30Days | US | N/A |
| | | 100,001 to 150,000 Transactions Per Month | $98,236.78 | 30Days | US | N/A |
| | | >150,000 Transactions Per Month | $100,755.67 | 30Days | US | N/A |

| SIN | PART NO. | PRODUCT DESCRIPTION | GSA | WRNTY | POINT | STAR |
|---|---|---|---|---|---|---|
| 132-52 | FC-03 | **FedConnect Start Up** Additional cost for the initiation of the FedConnect subscription to configure the portal for operations with the client's contract writing system. | $45,340.05 | 30Days | US | N/A |
| 132-52 | FC-04 | **FedConnect** Additional Cost for a Dedicated Environment (Up to 100 Concurrent Users) Includes Production plus Failover Environments--One Time Set Up Fee | $387,974.79 | 30Days | US | N/A |
| 132-52 | FC-05 | **FedConnect** Annual Maintenance Charge for Dedicated Environment (Up to 100 Concurrent Users) | $190,311.85 | 30Days | US | N/A |
| 132-52 | FC-06 | **FedConnect** Additional Cost for a Dedicated Environment (Up to 500 Concurrent Users) Includes Production plus Failover Environments-One Time Set Up Fee | $756,485.24 | 30Days | US | N/A |
| 132-52 | FC-07 | **FedConnect** Annual Maintenance Charge for Dedicated Environment (Up to 500 Concurrent Users) | $441,103.25 | 30Days | US | N/A |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6 day of June 2006, a copy of the foregoing was served by hand delivery on:

Counsel for the United States:

Mark Melnick
U.S. Department of Justice
1100 L Street, N.W.
Washington, DC 20530

David S. Cohen