# United States Court of Federal Claims

No. 06-444 C
June 6, 2006

**Aeon Nexus Corp.,**

***Plaintiff,***

**v.**

**United States of America,**

***Defendant,***

**SCHEDULING ORDER**

The court conducted a telephone status conference on Tuesday, June 6, 2006. The court granted Compusearch Software Systems, Inc. ("CSSI") permission to participate in the teleconference as a likely defendant-intervenor. During the status conference, the following schedule was agreed to:

1. Parties shall confer and file a tailored protective order with the court pursuant to Form 8 in the Rules of the Court of Federal Claims ("RCFC") Appendix.

2. CSSI shall file a motion forthwith to intervene in this proceeding pursuant to RCFC 24(a)(2).

3. Defendant shall file the administrative record no later than **12:00 noon, June 19, 2006**.

4. Parties shall file cross-motions for judgment on the administrative record no later than **4:00 p.m., June 22, 2006**.

5. Parties shall file their responses to opponents' cross-motions no later than **4:00 p.m., June 26, 2006**.

6. The court will conduct a hearing at **11:15 a.m. on Wednesday, June 28, 2006**. The hearing shall take place in a courtroom (courtroom to be determined) at the U.S. Court of Federal Claims, the National Courts Building, 717 Madison Place, NW, Washington, DC 20005.

**IT IS SO ORDERED.**

s/Lawrence J. Block

**Lawrence J. Block**
**Judge**