IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AEON NEXUS CORPORATION, | ) | |
| | ) | Bid Protest |
| Plaintiff, | ) | |
| | ) | No. 06-444C |
| v. | ) | |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Jeffrey S. Pease as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
1100 L Street, N.W.
8th Floor

s/ Jeffrey S. Pease

JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division
Tel: (202) 307-0292
Fax: (202) 514-8624

June 6, 2006

CERTIFICATE OF FILING

I hereby certify that on this 6th day of June, 2006, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Jeffrey S. Pease