**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| AEON NEXUS CORPORATION<br><br>Plaintff,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant. | CPC No. 06-444-C<br><br>Judge Block |

**UNOPPOSED MOTION BY COMPUSEARCH SOFTWARE SYSTEMS, INC. TO INTERVENE AS DEFENDANT AND MOTION FOR LEAVE TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT ON SAME DATE AS DEFENDANT UNITED STATES**

---

Pursuant to Rule 24 of the Rules of the United States Court of Federal Claims, Compusearch Software Systems, Inc. ("CSSI") seeks permission to intervene as a party defendant in this action. Neither the United States nor plaintiff opposes this motion.

This is a bid protest challenging a contract award by the United States Department of Homeland Security. Because CSSI is the contract awardee, it has a direct interest in the outcome of this case. This Court routinely allows contract awardees to intervene as party-defendants in bid protests. *JWK International Corp. v. United States*, 49 Fed. Cl. 371, 385 (2001), *aff'd*, 279 F.3d 983 (Fed. Cir. 2001), *Dubinsky v. United States*, 43 Fed. Cl. 243, 252 (1999); *Candle Corp. v. United States*, 40 Fed. Cl. 658, 662 (1998); *GraphicData, LLC v. United States*, 87 Fed. Cl. 771, 777 (1997).

CSSI has a right to intervene under Rule 24(a), which states that a person may intervene as a matter of right when:

> the applicant claims an interest relating to the property or transaction which is the subject of the action and the applicant is so situated that the disposition of the action may as a practical matter impair or impede the applicant's ability to protect that interest, unless the applicant's adequately represented by existing parties.

RCFC 24(a). As the awardee, CSSI has important interests at stake in this case, and its disposition clearly could impair those interests. The protester, Aeon Nexus Corporation ("Aeon") seeks to overturn the award to CSSI. CSSI has an interest in preserving its right to perform the contract and earn benefits accruing from that performance.

CSSI's interests are not adequately represented by the Government. The Government's interest in defending bid protests typically includes preserving the discretion of agency officials and enabling itself to proceed with procurements without undue delay. CSSI's interest is to preserve its ability to perform.

Alternatively, CSSI moves for permissive intervention under Rule 24(b)(2), as (1) CSSI's motion was timely filed one business day after the Complaint was filed; (2) CSSI's "claim or defense and the main action have a question of law or fact in common," and (3) CSSI's intervention will not unduly delay or prejudice the adjudication of the action. RCFC 24(b)(2).

CSSI also respectfully requests that the Court allow it to answer or otherwise respond to the Complaint no later than the deadline for the Government's response. Rule 24(c) requires that a person desiring to intervene shall accompany its motion to intervene with a pleading setting forth the claim or defense for which intervention is sought. However, this motion is being submitted one business day after the

Complaint was submitted for filing, so CSSI has not had time yet to develop the information required to prepare an Answer.

WHEREFORE, CSSI moves that it be permitted to intervene as a party-defendant in this action and that CSSI's deadline for responding to the Complaint be extended to the date that the Government's response is due.

Respectfully submitted,

/s/ Joshua K. Chandler________
Joshua K. Chandler
of LATHAM & WATKINS LLP
555 Eleventh St., NW
Suite 1000
Washington, D.C. 20004-1304
Phone: (202) 637-2306
Fax: (202) 736-2201
Email: joshua.chandler@lw.com

Counsel for Compusearch Software Systems, Inc.

Of counsel:
David R. Hazelton
Brent W. Johnson
of LATHAM & WATKINS LLP
555 Eleventh St., NW
Suite 1000
Washington, D.C. 20004-1304
Phone: (202) 637-2254
Fax: (202) 736-2201
Email: david.hazelton@lw.com
brent.johnson@lw.com

Dated: June 7, 2006

**CERTIFICATE OF FILING**

I hereby certify that on June 7, 2006, a copy of the foregoing Unopposed Motion by Compusearch Software Systems, Inc. to Intervene as Defendant and Motion for Leave to File Answer or Otherwise Respond to Complaint on Same Date as Defendant United States was filed electronically. I understand that notice of this filing will be available to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Courtesy service by facsimile and U.S. mail was provided at the following addresses:

John J. O'Brien
Cohen Mohr, LLP
1055 Thomas Jefferson St., NW
Suite 504
Washington, DC 20007

Jeffrey Pease
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530