**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| AEON NEXUS CORPORATION<br><br>Plaintff,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant. | CPC No. 06-444-C |

**CORPORATE DISCLOSURE STATEMENT OF COMPUSEARCH SOFTWARE SYSTEMS INC.**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, I, Joshua K. Chandler, Counsel for Compusearch Software Systems, Inc. ("CSSI"), certify that the parent corporation of CSSI is Compusearch Acquisition Company, Inc. and that there is no publicly held corporation that owns 10% or more of CSSI's stock.

Respectfully submitted,

/s/ Joshua K. Chandler________

Joshua K. Chandler
of LATHAM & WATKINS LLP
555 Eleventh St., NW
Suite 1000
Washington, D.C. 20004-1304
Phone: (202) 637-2306
Fax: (202) 736-2201
Email: joshua.chandler@lw.com

Counsel for Compusearch Software Systems, Inc.

Of counsel:
David R. Hazelton
Brent W. Johnson
of LATHAM & WATKINS LLP
555 Eleventh St., NW
Suite 1000
Washington, D.C. 20004-1304
Phone: (202) 637-2254
Fax: (202) 736-2201
Email: david.hazelton@lw.com
brent.johnson@lw.com

Dated: June 7, 2006

## CERTIFICATE OF FILING

I hereby certify that on June 7, 2006, two copies of the foregoing Corporate Disclosure Statement of Compusearch Software Systems, Inc. were filed electronically. I understand that notice of this filing will be available to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Courtesy service by facsimile and U.S. mail was provided at the following addresses:

John J. O'Brien
Cohen Mohr, LLP
1055 Thomas Jefferson St., NW
Suite 504
Washington, DC 20007

Jeffrey Pease
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530