IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AEON NEXUS CORPORATION, | ) | |
| | ) | Bid Protest |
| Plaintiff, | ) | |
| | ) | No. 06-444C |
| v. | ) | |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| COMPUSEARCH SOFTWARE SYSTEMS, INC. | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

DEFENDANT’S UNOPPOSED MOTION FOR A PROTECTIVE ORDER

Pursuant to the Court’s instructions during the initial telephonic status conference on June 6, 2006, and pursuant to Rules 7 and 10 and Appendix C of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully moves for a protective order in this case. The attached proposed protective order has been reviewed and agreed upon by plaintiff’s counsel and intervenor’s counsel, who have no objection to its filing.

Certain information that may necessarily be disclosed orally or in writing during this action may be competition sensitive (e.g., source selection information), proprietary, confidential, or otherwise protectable. A protective order is needed to maintain the confidentiality of this information. Therefore, in accordance with the attached proposed protective order, we request that all further filings that include protected information be under seal in this case. The parties will, of course, be prepared to redact protected materials for public consumption in accordance with the attached proposed protective order and the Rules of this Court.

For these reasons, we request that the Court enter the attached proposed protective order in this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Jeffrey S. Pease
JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0292
Fax: (202) 514-8624

June 10, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 10th day of June, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR A PROTECTIVE ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Jeffrey S. Pease