# United States Court of Federal Claims

No. 06-444 C
June 14, 2006

**Aeon Nexus Corp.,**

***Plaintiff,***

**v.**

**United States of America,**

***Defendant,***

**and**

**Compusearch Software Systems, Inc.,**

***Intervenor.***

**ORDER**

On June 13, 2006 defendant filed a Motion for Leave to File the Administrative Record on CD-ROM and to Waive the Paper Copy Requirement. While the Court understands defendant's motion is based on a desire to provide the easiest and most efficient access to the administrative record, the court will benefit from having paper copies of the administrative record available. Therefore, defendant's motion is DENIED.

However, for convenience the court requests defendant also provide a courtesy copy of the administrative record to the parties and the court in CD-ROM format in addition to the required number of paper copies.

**IT IS SO ORDERED.**

s/Lawrence J. Block

**Lawrence J. Block**
**Judge**