IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| AEON NEXUS CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | Bid Protest |
| Defendant, | ) | No. 06-444C |
| and | ) | (Judge Block) |
| COMPUSEARCH SOFTWARE SYSTEMS, INC. | ) | |
| Defendant-Intervenor. | ) | |

**DISMISSAL OF ACTION**

Pursuant to Rule 41(a)(1)(i) of the Rules of the United States Court of Claims Aeon Nexus Corporation hereby dismisses the above captioned action.

Respectfully submitted,

Date: June 20, 2006

By: s/ David S. Cohen

David S. Cohen, Esq.
Cohen Mohr, LLP
1055 Thomas Jefferson St., NW
Suite 504
Washington, DC 20007
(202) 342-2550 (telephone)
(202) 342-6147 (facsimile)

Attorney of Record for Plaintiff
Aeon Nexus Corporation.

Of Counsel:

John J. O'Brien
Cohen Mohr, LLP
1055 Thomas Jefferson St., NW
Suite 504
Washington, DC 20007
(202) 342-2550 (telephone)
(202) 342-6147 (facsimile)